Kimberly R. Olson, In Pro Per
PO Box 243
Hornbrook, CA 96044
530-475-3669

**FILED**
Aug 18, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

Kimberly R. Olson, )
    Plaintiff, ) Case No: 2:21-cv-1482 KJM DMC (PS)
)
vs. ) **DECLARATION OF PLAINTIFF**
) **KIMBERLY R. OLSON IN SUPPORT OF**
Robert Puckett, Sr., et al, ) **MOTION FOR A TEMPORARY**
) **RESTRAINING ORDER**
    Defendants, )
)

## DECLARATION OF KIMBERLY OLSON

    I, Kimberly Olson, the undersigned, make the following declaration under penalty of perjury, and under the provisions of 28 USC §1746:

    1. I live at 408 Henley Hornbrook Rd., Siskiyou County California, and have lived there since the latter part of 2006. My residence is surrounded on all sides by fencing with locked gates in the front (northern) section of the property, and my driveway area is just north of my northern fence line, with an additional portion passing through a gate in the north-east corner thereof, and proceeding south along the eastern side of the parcel.

    2. When I obtained my property, I entered into an agreement for water service with the Hornbrook Community Services District ("HCSD" hereinafter), a true copy of which is attached hereto as **Exhibit 01**. From that time, until my water meter was stolen by the HCSD, HCSD President Robert Puckett, Sr. ("Puckett"), and Clint Dingman ("Dingman") on or about July 20, 2021, I have never had my water shut off for any reason other than normal repairs to the system, or as part of a system-wide outage (such as after the Klamathon Fire in 2018).

    3. A couple of years or so after I began living in my home in Hornbrook, the water meter malfunctioned, and I was informed by the then-Board President, Mary Ryce, that the meters were the responsibility of the homeowner, and that I would have to buy a new one to replace it. Rather than pay the exorbitant price asked by President Ryce, I obtained a meter second-hand, and it was installed in my meter box - which meter box was also replaced by me at my expense at the same time due to having been damaged some time in the past.

4. I am a seriously disabled individual on a fixed income falling within the protections of Health and Safety Code §116910. I have obtained certifications thereof from my physician for Pacific Power, and for the HCSD, a true copy of which is attached as **Exhibit 02**. On August 10, 2021, I mailed a copy of the certification to the HCSD at P.O. Box 29, Hornbrook, CA, 96044, which is the same address I have used to send payment for my bills for the past 15 years.

5. On or about July 20, and July 23, 2021, my neighbors observed the HCSD, via its agents Puckett and Dingman, and assisted by some unknown Siskiyou County Sheriff's Deputies, came onto my property (the driveway portion on the north side, just outside of the fence line), in order to seize my property, along with that of my overnight guests, and service contractors[1] - all without my permission. After my water meter was taken, the HCSD, Puckett, and Dingman never bothered to contact me in any way to explain what they did, why, or what I would have to do to get my water service back on, and I never received any notice or due process concerning the things they did, or regarding the termination of my water service. Whenever I called the phone number for the HCSD listed on its website during normal business hours, it just rang, and nobody ever answered it.

6. After learning that my water meter had been stolen by the HCSD, Puckett, and Dingman, I attempted to hire a local contractor to connect a potable water storage tank and pump system to my house plumbing in the front of my house in the driveway area so that it would be easy for water trucks to come and fill the storage tank. When I did so, I learned that the contractor had found that the water lines going throughout my property, and to my house had been <u>plugged and locked off</u> by the HCSD, Puckett, and Dingman, such that there was no way to provide me this service. Those lines are not the property of the HCSD, and do not connect in any way to any water lines maintained by the HCSD other than through my water meter (which by this time had been stolen, so was not present).

6. The HCSD does not have an easement on any part of my property, and its employees only have my permission to be on the property to read my meter in conformance with the contract (Exhibit A), or in the case of a bona fide emergency. The normal meter reading day is always between the 25th and 30th of the month, so there was no reason to expect anyone from

---

[1] This property included my privately-owned water meter, a utility van belonging to a plumbing contractor I had hired, and a 2001 Honda CR-V belonging to my Caregiver (actually seized <u>twice</u>, once on July 20, and again on July 23). Puckett and Dingman also destroyed some of my landscaping and bushes while seizing property. The HCSD, Puckett, and Dingman also actually <u>seized a portion of my driveway</u> by threatening my guests, and the contractor, with their vehicles being towed without warning if they parked there at any time.

the HCSD to need to come onto my property to read the meter on or between the dates of July 20 and 23, 2021, and I had not been informed that they would be doing so.

7. Thereafter, I received my water bill for July, which showed the usual charges for water, but did not show any additional fees or explanation as to why my water meter had been seized, and my water pipes locked off on both sides of the former meter connection. Since the bill was uninformative, I paid part of it by check, and enclosed a letter with my payment demanding that my water service be restored, and that I be provided access to certain public records by way of a California Public Records Act ("CPRA") request. A true copy of my bill, my check, and my letter are attached hereto as **Exhibit 03**. I know the HCSD received my letter because they deposited my check, which posted to my account on August 10, 2021, but they never responded to that letter[2]. See a true copy of my check to the HCSD, marked "for deposit only" as **Exhibit 04**. I also looked at the "Operation Policies" on the HCSD website[3], and those policies state in many places that I was supposed to get written notices in the mail, and have at least 48 hours to correct any problems before they could shut off my water - which was not done.

8. Because I could not connect to my main water lines at the front of my home, I had to buy a complete storage tank, pressure tank, and pump setup, and pay to have that installed to my home. I also had to use a portion of my neighbor's land along his driveway for the tank so it could be close to my house, and in a secured place so that nobody would steal the pump. I now have to have potable water brought to the storage tank by truck, which is very expensive (about 50x what the water from the HCSD costs), and I do not have the funds to keep doing so while I wait for restoration of my water service.

9. As of 6:00 pm on August 18, 2021, I still have not received <u>any</u> letters or phone calls from the HCSD concerning my water, nor any response to my letter of August 4 - including the CPRA request therein, which required a response within 10 days by statute.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and recollection. Executed on this 18th day of August, 2019, at Hornbrook, California.

By: /s/ Kimberly R. Olson
Kimberly R. Olson, Plaintiff Pro Se

---

[2] I also checked the agendas for the Board meetings held on July 24, and August 16, 2021, and there is no agenda item concerning any water shut offs, or my letter to the HCSD, so I believe they are deliberately ignoring me. True copies of those agendas are attached collectively as **Exhibit 05**.
[3] See https://hornbrookcsd.specialdistrict.org/operation-policies "Rules and Regulations" PDF link.

Declaration of Kimberly R. Olson in Support of Motion for TRO - 3

# EXHIBIT #01

# EXHIBIT #01

Application

**HORNBROOK COMMUNITY SERVICES DISTRICT**
P.O. BOX 29
HORNBROOK, CA 96044
(530) 475-3156 3730 or 475-3127

## APPLICATION FOR WATER SERVICE

I wish to apply for water service at the address listed below. I understand that the current minimum monthly charge is $39.00 per month for up to 12,000 gallons and that an additional charge will be calculated for all use over 12,000 gallons at the rate of $1.75 per 1,000 gallons.

Water statements will be mailed at the end of the month and are due and payable when received. Bills become delinquent at the 15th of the month, at which time a 10% late fee will be added to all unpaid balances. Accounts that are 45 days past due will be subject to a disconnection of water services. All disconnects will be required to pay all balances in full in addition to a $35.00 restoration fee.

NEW SERVICE CONNECTION FEE IS $40.00 PLUS A $100.00 DEPOSIT. THIS IS REQUIRED FOR ALL NEW CUSTOMERS. Deposits will be HELD until you request the water to be turned off, final meter reading is completed and the account brought current.

CUSTOMERS CAN USE OUR DROPBOX AT MCLEANS COUNTRY STORE FOR THEIR PAYMENTS OR MAIL IT TO: HORNBROOK COMMUNITY SERVICES DISTRICT, PO BOX 29, HORNBROOK, CA. 96044.

All meters are subject to the rules and regulations as set forth in the Hornbrook Community Services District By-Laws. Tampering with utility meters will result in fines from $35.00 on up plus the cost of labor and materials.

**APPLICANT** Kimberly Olson
**MAILING ADDRESS** PO Box 1731, Yreka, CA 96097
**ADDRESS OF SERVICE** 408 Henley Hornbrook RD  **METER#** 097
**TELEPHONE#** 467-3025    **DO YOU HAVE A WELL? (YES)-(NO)** NO
**EMPLOYER** Disabled —
**ADDRESS** N/A     **TELEPHONE#** N/A
**IF RENTING NAME, ADDRESS & TELEPHONE # OF OWNER:**
N/A

Name, address & telephone # of nearest Relative not living with you:
None — All deceased

**SIGNATURE** Kimberly Olson   **DATE** 9/13/06
**CONNECTION FEE PAID $** 40—    **DEPOSIT PAID $** 100—
check # 2106

Kimberly Olson
P.O. Box 1781
Yreka, CA 96097
(530) 842-0788
(530) 467-3025

2106
90-7162-3222

DATE Sept. 13, 06

PAY TO THE ORDER OF Hornbrook Community Services District   $ 140 00/100

One hundred forty & 0/100   DOLLARS

WASHINGTON MUTUAL BANK, FA
Yreka Financial Center 744

X097

For Water  to Stanley Hornbrook
Correction Fee of deposit

Kimberly Olson

⑆322271627⑆ 3513372916⑈ 2106

# EXHIBIT #02

# EXHIBIT #02

TO: HORNBROOK COMMUNITY SERVICES DISTRICT

**CERTIFICATION PURSUANT TO HEALTH AND SAFETY CODE §116910(a)(1)**

You are hereby notified, pursuant to Health and Safety Code §116910, that discontinuation of residential water service to the home of Kimberly R. Olson, a disabled person within the meaning of State and Federal laws, will pose a serious threat to her health and safety.

Address of water service: 408 Henley Hornbrook Rd., Hornbrook CA 96044.

THE FOLLOWING IS TO BE COMPLETED BY A QUALIFIED MEDICAL PROFESSIONAL:

Patient Name: Kimberly R. Olson

Patient's Relationship to Water Customer: Self

If water service is not available due to nonpayment or any other reason, the patient will be gravely inconvenienced, and it will cause or aggravate a serious illness or infirmity, and very likely lead to, or cause, additional harm to the patient.

Patient's medical condition: Degenerative disc disease; diabetes; Associated symptomologies.

Duration of condition: Permanent

I have completed this form to the best of my knowledge as the patient's medical care provider.

Print Name and Title: Karin B. Kuhl, M.D.

Registration/Lic. #: MD27315 (Oregon)

Signature: _____   Date 8/10/21

Office: Providence Medical Group
   1661 Rogue Valley Hwy. 99N, Ste.100
   Ashland OR 97520      Telephone 541-732-8300

# EXHIBIT #03

# EXHIBIT #03

# HCSD

| | Amount Due | Phone # |
|---|---|---|
| 1097 | 08/15/2021 | 549.15 | |
| Billing Date | Rate Code | Meter # | |
| 07/30/2021 | 1 | 1097 | |
| | | Amt Enclosed $ | |

KIMBERLY OLSON
P O BOX 243
HORNBROOK, CA 96044

*Pd 8-4-21*
*Ck # 4174*
*$50.00*

HORNBROOK COMMUNITY SERVICE DISTRICT
P O BOX 29
HORNBROOK, CA 96044
530-937-3279

Please detach and return with your payment payable to: Hornbrook Community Service District - HCSD



**Your Usage**

**Rate Information (Gallons)**
0 - 12000 @ 54.8
Over 12001 @ 0.00175

## Water Bill
For service at: 408 HENLEY HORNBROOK ROAD

| Account # | Billing Period | Billed Days | Billing Date |
|---|---|---|---|
| 1097 | 7/1/2021 to 7/30/2021 | 30 | 07/30/2021 |
| **Meter Reading** | **Previous** 5768190 | **Current** 5900510 | **Usage in Gallons** 132320 | **Last Read** 07/22/2021 |
| **Charges & Adjustments** | **Fees** | **Prev Balance** | **Total Due** |
| 265.36 | 0.00 | 283.79 | 549.15 |

Last Payment received was $139.05 on 06/28/2021

### Account Detail

**Water Service Charges & Adjustments**

| Water | 265.36 |
|---|---|

| Total Water Service Charges & Adjustments | 265.36 |
|---|---|

**Fees**

| Total Fees | 0.00 |
|---|---|

| Current Charges | 265.36 |
| Previous Balance | 283.79 |

| Due Date 08/15/2021 | Total Due | $549.15 |

Please ensure payment is received by due date to avoid a late charge



**Customer Service**

Monday - Friday
9am - 5pm
Closed Weekends
By Phone Only

Make your check payable to: HCSD
Your Company
Please remember to include your acct #

August 4, 2021

HCSD
P.O. Box 29
Hornbrook, CA 96044

Re: Meter #97, Bill for July, 2021; Demand for Renewal of Water Service; CPRA Request

HCSD,

Enclosed is a check in partial payment of my bill. As you know, the Governor has a moratorium on water disconnections for non-payment.

However, despite that moratorium, you saw fit to trespass onto my land, seize my property, and to cut off my water service without any warrant, notice, or other due process - and all in violation of your own Bylaws as well as rules, regulations, policies, and procedures. You also deliberately placed a barrel lock <u>on the house side of the water pipe</u> so that I could not obtain water service via truck, or placement of a tank and pump on the line.

I therefore demand the immediate return to me of all of my property, as well as restoration of water service to 408 Henley Hornbrook Rd.

Secondly, I am requesting, pursuant to CPRA, copies of all notices, warnings, reports, notes, meter readings, and communications either sent to, or received by, you concerning any customer of the HCSD, for the period beginning July 14, 2021, through and including July 28, 2021. I am also requesting that you provide all communications from you <u>to</u> any State or local governmental agency (including law enforcement agencies), and all communications sent to you <u>from</u> any State or local governmental agency (including law enforcement agencies) for that same time period.

You may send responsive documents to the address below.

*Kimberly R Olson*

Kimberly R. Olson
P.O. Box 243
Hornbrook, CA 96044



# EXHIBIT #04

# EXHIBIT #04

# JPMorgan Chase & Co.

Post date: 08/10/2021
Amount: $ 50.00

Account:
Check Number: 4174

**Check image:**

Kimberly Olson
PO Box 243
Hornbrook, CA 96044-0243

Check # 4174
Date: 8-4-2021

Pay to the Order of: HC3D
Fifty 00/100 -------- Dollars
$50.00/100

Chase

#097 without waiving fee disputes
paid under protest

Signed: Kimberly Olson

:322271627: 351337291 4174

**Back of check endorsement:**
FOR DEPOSIT ONLY
702009538 order of
COUNTY OF SISKIYOU
CHK023 00D4906

# EXHIBIT #05

# EXHIBIT #05

## Special Meeting of the HCSD Board of Directors

### July 24, 2021 at 11 A.M.

### NOTE MEETING LOCATION:

Due to Covid-19 Stay at Home Order, Meeting Will Be Held Via

Teleconferencing Per March 17, 2020 Executive Order

To Attend Please Dial **1-669-900-6833** at 6pm when prompted enter code

**83431713391#,** then pass code **96044#**

Hornbrook, CA 96044

### AGENDA

**Board of Directors:** Robert Puckett, Elaine Mellon, Melissa Tulledo, Michele Hanson and Reagan Duncan.

1. Call To Order:

2. **Public Comment:** Due to the circumstances, the Chair will ask each member of the public if they wish to make a comment at this time to avoid confusion and retain order and will be subject to 3 min. each. Then again after each agenda Item.

3. **Discussion and Possible Action:** An Urgency Ordinance, Theft of District Water, Tampering of District Meters, Equipment, Services and Facilities:

4. Adjournment:

Meeting agendas and written materials supporting agenda items, if produced, can be received by the public for free in advance of the meeting by any of the following options: A paper copy mailed pursuant to a written request and payment of associated mailing fees. An electronic copy received by email. Note – if you would like electronic copies please email hornbrookcsd@gmail.com prior to the Board meeting. A limited number of copies of agenda materials will also be available at the meeting. Americans with Disabilities Act Compliance: If you require special assistance to participate in Board Meetings, please contact any HCSD Board Member. Advance notification will enable the District to make reasonable arrangements to insure accessibility

Regular Meeting of the HCSD Board of Directors
Aug. 16, 2021 at 5:00 P.M.
**NOTE MEETING LOCATION:**
Due to Covid-19 Stay at Home Order, Meeting Will Be Held Via
Teleconferencing Per March 17, 2020 Executive Order
To Attend Please Dial **1-669-900-6833** at 5pm when prompted then enter code

**87222083907#** then pass code **96044#**

Hornbrook, CA 96044

## AGENDA

**BOARD OF DIRECTORS:** Robert Puckett, Elaine Mellon, Melissa Tulledo, Michele Hanson and Reagan Duncan.

**1. CALL TO ORDER:**

**2. Public Comment:** Due to the circumstances, the Chair will ask each member of the public if they wish to make a comment at this time to avoid confusion and retain order and will be subject to 3 min. each. Then again after each agenda Item.

**3. Approve and Authorize Signatures:** on Warrant Authorization Form for District expenses received through Aug. 16, 2021, "A list of the bills to be paid will be read to the Board and public at the meeting. Including payroll: With a correction for the 6/15/21-6/30/21 payroll amount to be ratified.

**4. Discussion and Possible Approval of Minutes:** Meeting minutes of July 16, 2021 emergency meeting, July 19, 2021 regular meeting and July 24, 2021 special meeting:

**5. Discussion, SAFER unit:** This is a third party administrator who will run the system for a period of time to be discussed. Presented by the SWRCB.

**6. President Puckett:** Updates on new well, leak detection, State and OES funding for needed repairs:

**7. Discussion, Reminder to Conserve Water and Water Restrictions:**

**8. Discussion for Extra Help Reading Meters and other Miscellaneous Duties:**

**9. Board Member Comments and Questions:** At this time, members of the Board may ask questions of the staff, request reports be made at a later date, or ask to place an item on a future agenda on any subject within the Board's jurisdiction. Directors may make comments on any topic not listed on the agenda but may not be acted upon:

**10. ADJOURNMENT:**

Meeting agendas and written materials supporting agenda items, if produced, can be received by the public for free in advance of the meeting by any of the following options: A paper copy mailed pursuant to a written request and payment of associated mailing fees. An electronic copy received by email. Note – if you would like electronic copies please email hornbrookcsd@gmail.com prior to the Board meeting.