**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIMBERLY OLSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT PUCKETT, SR., et al.,<br><br>　　　　　Defendants. | No. 2:21-CV-1482-KJM-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Plaintiff's motion for preliminary injunctive relief. <u>See</u> ECF No. 3. Good cause appearing therefor, the Court will direct Plaintiff to serve the motion and supporting declaration and file proof of service thereof on all defendants.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall serve a copy of her motion for preliminary injunctive relief and supporting declaration, ECF Nos. 3 and 4, on all defendants no later than 5:00 p.m. on August 25, 2021.

2. Plaintiff shall file a copy of a proof of service of her motion and supporting declaration on all defendants no later than 5:00 p.m. on August 31, 2021.

/ / /

/ / /

1

3. Upon the filing of a proof of service of Plaintiff's motion and supporting declaration on all defendants, the Court will set a briefing schedule on the motion for preliminary injunctive relief.

Dated:  August 23, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE