**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIMBERLY OLSON, | No. 2:21-CV-1482-KJM-DMC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| ROBERT PUCKETT, SR., et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Plaintiff's motion, ECF No. 3, for preliminary injunctive relief.

On August 23, 2021, the Court determined this action is appropriate for service and directed Plaintiff to initiate the process of serving this action on Defendants. The Court also directed Plaintiff to serve her motion for preliminary injunctive relief and supporting declaration on Defendants and to file a proof of service on or before 5:00 p.m. on August 25, 2021. Plaintiff has complied and the Court now directs Defendants to show cause in writing why Plaintiff's motion for preliminary injunctive relief should not be granted.

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants shall show cause in writing on or before 5:00 p.m. on September 3, 2021, why Plaintiff's motion for preliminary injunctive relief should not be granted;

2. Plaintiff may file a reply on or before 5:00 p.m. on September 8, 2021;

3. The matter is set for a hearing before the undersigned in Redding, California, on September 14, 2021, at 1:00 p.m.

4. The Court sua sponte authorizes Plaintiff, who is disabled and proceeding pro se, to appear by telephone;

5. To avoid unnecessary expense to Plaintiff, the Court will initiate Plaintiff's telephonic appearance by calling her at the date and time set herein at the following number: (530) 475-3669;

6. Plaintiff's failure to be available at the time the Court initiates the telephone call shall be deemed waiver of the right to be heard and the matter will be submitted on the papers without oral argument;

7. Defendants or their counsel shall appear in person unless prior approval for a telephonic appearance is granted upon application made in writing and for good cause shown;

8. The Clerk of the Court is directed to serve by mail a copy of this order and the Court's docket sheet for this action on Defendants at: Post Office Box 29, Hornbrook, California 96044;

9. The Clerk of the Court is further directed to serve by email a copy of this order and the Court's docket sheet for this action on Defendants at: hornbrookcsd@gmail.com; and

10. The Clerk of the Court is further directed to serve by email a copy of this order and the Court's docket sheet for this action on Plaintiff at: kimberlyrenee@yahoo.com.

Dated: August 26, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE