# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY OLSON, | No. 2:21-CV-1482-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| ROBERT PUCKETT, SR., et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. The matter is currently set for hearing before the undersigned in Redding, California, on September 14, 2021, at 1:00 p.m. for arguments on Plaintiff's motion for preliminary injunctive relief. Pending before the Court is Defendants' request for an extension of time. See ECF No. 17.

Defendants' request is denied. Plaintiff's motion concerns Defendants' allegedly improper disconnection of her water, leaving Plaintiff, who is disabled, without a reliable source of drinking water and water to protect her residence in the case of fire. As such, the risk of irreparable injury seems high and would only rise with further delay. Moreover, despite Defendants' representations concerning difficulty obtaining counsel, Defendants have in fact obtained counsel, who has reviewed Plaintiff's filings. The short amount of time the Court has provided for a response, while arguably some hardship for Defendants, is necessary given the possibility of irreparable injury to Plaintiff which only increases with the passage of time.

Defendants shall be prepared to present to the Court their arguments at the September 14, 2021, hearing, which remains on calendar as scheduled.

The Clerk of the Court is directed to serve a copy of this order on Plaintiff by email to: kimberlyrenee@yahoo.com.

IT IS SO ORDERED.

Dated:  September 8, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE