Kimberly R. Olson, In Pro Per
PO Box 243
Hornbrook, CA 96044
530-475-3669



FILED
SEP 09 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kimberly R. Olson,<br>    Plaintiff,<br><br>vs.<br><br>Robert Puckett, Sr., et al,<br><br>    Defendants, | Case No: 2:21-cv-01482-KJM-DMC<br><br>**DECLARATION OF RANDALL SCHEIMER IN REPLY TO OPPOSITION OF DEFENDANTS TO MOTION FOR A TEMPORARY RESTRAINING ORDER** |

## DECLARATION OF RANDALL SCHEIMER

I, Randall Scheimer, the undersigned, make the following declaration under penalty of perjury, and under the provisions of 28 USC §1746:

1. I live at 339 Henley Hornbrook Rd., Siskiyou County California, which is about 125 feet from the residence of Kimberly Olson, and to the west, across the street.

2. During the middle of July, and while there was a complete water outage on our block, Hornbrook Community Services District ("HCSD") President Robert Puckett, Sr. ("Puckett") came to my home to deliver a "boil water notice" as ordered by the state.

3. I informed Puckett that I thought the Notice was pointless, since there was no water coming from the system into my home, and that there had been no water for several days. I had also spoken to my neighbors to the west and southwest, and they did not have any flowing water at all, either. In reply Puckett stated that "you should have water, because all the wells are pumping nonstop", and that he had seen watering over several days in the yard of Kimberly Olson's home that he called "illegal".

4. I and my partner pointed out to him that there is a new agricultural (not for domestic use) well on the lot right across from my house, and two (50 foot wide) lots immediately to the west of Ms. Olson, that was feeding the outside watering at Olson's house, but he said, in essence, that it didn't matter, and that he was going to "take her water meter", along with some other actions relating to the "illegal watering".

5. The water service to my home was not restored until July 27, 2021, at about 3:30 p.m. I learned later from the news that local people had found a leak in the HCSD system, dug up the main to get to it, and fixed it themselves without permission of, or help from, Puckett, or the HCSD. The estimate was that the leak was flowing at a rate of 17 gallons each minute.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and recollection. Executed on this __4__ day of September, 2019, at Hornbrook, California.

By: _Randall L. Scheimer_
Randall Scheimer