1  **SPINELLI, DONALD & NOTT**
2  A Professional Corporation
   DOMENIC D. SPINELLI, SBN: 131192
3  J. SCOTT DONALD, SBN: 158338
   601 University Avenue, Suite 225
4  Sacramento, CA 95825
   Telephone: (916) 448-7888
5  Facsimile:  (916) 448-6888

6  Attorneys for Defendants
   ROBERT PUCKETT, SR., CLINT
7  DINGMAN, MICHELE HANSON,
   MELISSA TUELLEDO and HORNBROOK
8  COMMUNITY SERVICES DISTRICT

9

10                 UNITED STATES DISTRICT COURT

11                EASTERN DISTRICT OF CALIFORNIA

12

13  KIMBERLY R. OLSON,                    Case No.: 2:21-cv-1482-KJM-DMC (PS)

14         Plaintiff,                     **SUPPLEMENTAL DECLARATION OF**
                                          **ROBERT PUCKETT, SR. IN SUPPORT**
15     vs.                                **OF OPPOSITION OF MOTION TO DENY**
                                          **PLAINTIFF KIMBERLY R. OLSON'S**
16  ROBERT PUCKETT, SR., CLINT            **TEMPORARY RESTRAINING ORDER**
    DINGMAN; MICHELE HANSON;              **OR ALTERNATIVELY CONTINUE THE**
17  MELISSA TUELLEDO; HORNBROOK           **BRIEFING SCHEDULE**
    COMMUNITY SERVICES DISTRICT;
18  BRUCE'S TOWING/RADIATOR &
    DISMANTLING; and DOES 1 through 20,
19  inclusive,

20         Defendants.

21  I, Robert Puckett, Sr., hereby declare:

22      1.  That on April 29, 2021, a document entitled Conserve Hornbrook Water was sent out via

23         email and also by hand delivery to all customers of the district specifically providing

24         notification that customers would need to begin conserving water immediately.  A copy

25         of the Conserve Hornbrook Water flyer is attached as **Exhibit A** to this declaration.

26      2.  On July 14, 2021, the Siskiyou County Office of Emergency Services sent out an

27         "urgent message" asking all customers of the district to conserve water due to a finding

28         that the storage tanks were nearly empty and that the current level of water usage was

beyond the available supply to adequately replenish the system.  This notice was posted on the district website and distributed to all customers by hand.  **Exhibit B** to this declaration is a copy of the warning.

3. On July 16, 2021, HCSD passed and adopted through its board of directors Resolution No. 2021-02 "Declaration of Water Shortage Emergency".  Under the terms of this resolution, which was enacted as a response to an extreme water shortage brought about by the drought and determined necessary under the California Water Code to address a determination that the ordinary demands and requirements of water consumers within the district could not be satisfied without depleting the water supply of the district to the extent that there would be insufficient water for human consumption, sanitation and fire protection.  In furtherance of the ordinance, the district's customers were restricted to 200 gallons per household per day during the emergency.  A copy of this Resolution is attached as **Exhibit C** to this declaration.

4. On July 17, 2021, a public notice declaring an emergency water use reduction and boil water notice was issued and hand delivered to all customers and posted at business and on the district website.  At that time, all meters were read to keep an eye on water usage.

5. On July 19, the water meter for Kimberly Olson could not be accessed because a car had been parked on top of the meter making it impossible for the meter to be read.  (See **Exhibit D**.)  However, it was observed and Ms. Olson was cited for violating Resolution 2021-02 by outdoor watering.  (See **Exhibit E**.)

6. On July 20, 2021, a second notice of violation for tampering and obstruction of the water meter siting Government Code Section 61064 and District Rules & Regulations 4.11 and 4.12 were issued to Kimberly Olson.  (See **Exhibit F**.)

7. On July 22, 2021, Ms. Olson's meter was read and it was shown that she was significantly exceeding the water use restriction of 200 gallons per day.  At that time, she was ordered to immediately cease and desist exceeding the allotting amount and that

a result of a violation of her meter would be the removal and discontinuance of service. (See **Exhibit G**.)

8. On July 23, 2021, Ms. Olson was issued another violation for obstruction and outside watering and at that time the sheriff was called out to have her remove the obstruction which she refused to do.  It was explained to her that if she did not remove the car which she had again parked on top of the meter, that it would be towed away by the sheriff's office.  When she refused again, her car was towed.  Her car was retrieved that same day and again parked back on the meter along with a van and a very large water tank, all of which obstructed the reading of her meter.

9. For the month of July, and while a restriction on use was in place for households to limit their use to 200 gallons per day, Ms. Olson was utilizing 6,200 gallons per day.  In addition to utilizing motor vehicles to block her meter from being read, Ms. Olson poured kitty litter over it and placed the board over it.

10. Due to the multiple violations and overuse of water and after being placed on notice that her water would in fact be turned off if she continued such actions.  On July 23, 2021, Ms. Olson was issued with another violation to remove an obstruction of her water meter and placed on notice that if the obstruction was not removed that her water would be disconnected and her meter removed.  Due to her refusal to the district, the sheriff's department was called out and after she refused to comply with the sheriff's request and remove the obstruction, the vehicles obstructing the meter were towed away and her water was disconnected and meter removed.

11. Ms. Olson received notification of all of the violations noted above both through email and the hand-delivery of the notices.  Due to the fact that Ms. Olson kept her gate locked, the notices were taped to her fence and were also placed in the window of the car parked on top of the meter.

12. The applicable emergency ordinance due to drought remains in effect.  As a result of the drought and Ms. Olson's persistent misuse of water, the district is concerned that an

injunction will significantly impact the health, safety and welfare of the other 121

customers serviced by the district.  It is expected that if the court enforces the injunction

that Ms. Olson will revert to her prior conduct that includes grossly excessive use of

water during a drought and purposeful interference with the district's ability to monitor

her use.

I declare under penalty of perjury, in the State of California, that the foregoing matters are

true and correct and executed on this 13th day of September, 2021 in Hornbrook, California.


_____ /s/ Robert Puckett, Sr. _____
ROBERT PUCKETT, SR.

SUPP. DEC. OF ROBERT PUCKETT, SR. ISO OPPOSITION TO MOTION TO DENY TRO OR ALTERNATIVELY
CONTINUE BRIEFING SCHEDULE

# EXHIBIT A

# CONSERVE HORNBROOKS WATER

Water is always on our minds. We worry about it constantly, thinking "will we have enough?" and "what happens if we run out?

Due to weather in the past season HCSD is requesting **all** to start an **immediate Water Conservation.** Water conservation can go a long way to help alleviate these impending shortages.

## 1. Check your toilet for leaks.

Put a few drops of food coloring in your toilet tank. If, without flushing, the coloring begins to appear in the bowl., you have a leak that may be wasting more than 100 gallons of water a day.

## 2. Stop using your toilet as an ashtray or wastebasket.

Every cigarette butt or tissue you flush away also flushes away five to seven gallons of water.

## 3. Put a plastic bottle in your toilet tank.

Put an inch or two of sand or pebbles in the bottom of a one liter bottle to weigh it down. Fill the rest of the bottle with water and put it in your toilet tank, safely away from the operating mechanism. In an average home, the bottle may save five gallons or more of water every day without harming the efficiency of the toilet.

## 4. Take shorter showers.

Limit your showers to the time it takes to soap up, wash down and rise off.

## 5. Install water-saving shower heads or flow restrictors.

They are easy to install, and your showers will still be cleansing and refreshing.

## 6. Take baths

A partially filled tub uses less water than all but the shortest showers.

## 7. Turn off the water while brushing your teeth.

Before brushing, wet your brush and fill a glass for rinsing your mouth.

## 8. Turn off the water while shaving.

## 9. Check faucets and pipes for leaks.

Even a small drip can waste 50 or more gallons of water a day.

### 10. Use your automatic dishwasher for full loads only.

### 11. Use your automatic washing machine only for full loads.

### 12. Don't let the faucet run while you clean vegetables.

Rinse your vegetables instead in a bowl or sink full of clean water.

### 13. Keep drinking water in the refrigerator.

This puts a stop to the wasteful practice of running tap water to cool it for drinking

### 14. If you wash dishes by hand, do not leave the water running for rinsing.

If you have two sinks, fill one with rinse water. If you have only one sink, first gather all your washed dishes in a dish rack, then rinse them quickly with a spray device or a pan of water.

### 15. Check faucets and pipes for leaks.

Leaks waste water 24 hours a day, seven days a week. An inexpensive washer is usually enough to stop them.

### 16. Water your lawn only when it needs it.

Step on some grass. If it springs back up when you move your foot, it doesn't need water.

### 17. Water during the cool parts of the day.

Early morning is better than dusk since it helps prevent the growth of fungus. Position your sprinklers so that water lands on your lawn or garden, not in areas where it does no good. Avoid watering on windy days.

### 18. Plant drought-resistant trees and plants.

Many beautiful trees and plants thrive without irrigation.

### 19. Put a layer of mulch around trees and plants.

Mulch slows the evaporation of moisture.

### 20. Use a broom to clean driveways, sidewalks and steps.

### 21. Don't run the hose while washing your car Use a hose only to rinse it off.

### 22. Tell your children not to play with the hose and sprinklers.

Unfortunately, this practice is extremely wasteful of precious water and should be discouraged.

**23. Check for leaks in pipes, hoses faucets and couplings.**

Leaks outside the house are easier to ignore since they don't mess up the floor or keep you awake at night. However, they can be even more wasteful than inside water leaks especially when they occur on your main water line.

**Doing as many of these items on this list will help our community conserve our supply of water.**

**If anyone has any questions regarding how to conserve water in Hornbrook you can**

**Call Hornbrook CSD (530) 475-3730 or Email hornbrookcsd@gmail.com**

# EXHIBIT B



# Siskiyou County
## Office of Emergency Services

Angela Davis
County Administrator

Bryan Schenone
Director, OES

## July 14 Urgent Message

**The Hornbrook Community Services District is asking all users of the Hornbrook water system to conserve water.**

-The current level of water usage is beyond the available supply to adequately replenish the system.

- At present, storage tanks are nearly empty.

Please refrain from unnecessary water usage to allow the system to recover the capacity needed to ensure public safety and provide for the community's basic needs.





# EXHIBIT C

## HORNBROOK COMMUNITY SERVICES DISTRICT

### Resolution No. 2021-02
### Declaration of Water Shortage Emergency

**WHEREAS,** drought conditions and water demand in the year 2021 have contributed to a water shortage emergency severely affecting and disrupting the supply of water within the Hornbrook Community Services District such that there is insufficient water for human consumption, sanitation, and fire protection unless emergency water conservation and restriction measures are implemented immediately; and

**WHERAS,** Water Code Section 350 requires that the governing body of a distributor of a public water supply declare a water shortage emergency condition to prevail within the area served by such distributor whenever it finds and determines that the ordinary demands and requirements of water consumers cannot be satisfied without depleting the water supply of the distributor to the extent that there would be insufficient water for human consumption, sanitation, and fire protection; and

**WHEREAS,** the above described drought conditions and water demands have caused a failure to the District's ability to supply water and constitutes an emergency which requires immediate action to be taken; and

**WHEREAS,** pursuant to Water Code Section 351, under the current circumstances the failure of the District water supply qualifies the District to be exempt from causing notice of this Declaration of Water Shortage Emergency to be published in accordance with applicable statutory requirements set forth at Water Code Section 352 and the public hearing process set forth at Water Code Section 351; and

**WHEREAS,** Water Code Section 353 states that when the governing body has so determined and declared the existence of an emergency condition of water shortage within its service area, it shall thereupon adopt such regulations and restrictions on the delivery of water and the consumption within said area of water supplied for public use as will in the sound discretion of such governing body conserve the water supply for the greatest public benefit with particular regard to domestic use, sanitation, and fire protection; and

**WHEREAS,** Water Code Section 354 states that after allocating and setting aside the amount of water which in the opinion of the governing body will be necessary to supply water needed for domestic use, sanitation, and fire protection, the regulations may establish priorities in the use of water for other purposes and provide for the allocation, distribution, and delivery of water for such other purposes, without discrimination between consumers using water for the same purpose or purposes; and

**WHEREAS,** Water Code Section 355 states that such regulations and restrictions shall thereafter be and remain in full force and effect during the period of the emergency and until the supply of water available for distribution within such area has been replenished or augmented; and

**WHEREAS,** Water Code Section 356 states that such regulations and restrictions may include the right to deny applications for new or additional service connections, and provision for their enforcement by discontinuing service to consumers willfully violating the regulations and restrictions; and

1

**WHEREAS,** Water Code Section 357 states that if the regulations and restrictions on delivery and consumption of water adopted pursuant to the above mentioned Water Code Sections conflict with any law establishing the rights of individual consumers to receive either specific or proportionate amounts of the water supply available for distribution within such service area, the regulations and restrictions adopted pursuant to said Water Code Sections shall prevail over the provisions of such laws relating to water rights for the duration of the period of emergency.

NOW, THEREFORE, BE IT RESOLVED BY THE BOARD OF DIRECTORS OF THE HORNBROOK COMMUNITY SERVICES DISTRICT AS FOLLOWS:

1. That the foregoing recitals are true and correct and are incorporated by this reference as fully set forth herein.

2. The Board of Directors finds and determines, pursuant to Water Code Section 350, that the ordinary demands and requirements of water consumers cannot be satisfied without depleting the water supply of the District to the extent that there would be insufficient water for human consumption, sanitation, and fire protection.

3. The Board of Directors finds and determines, pursuant to Water Code Section 351, that the District's water supply has failed and there exists an immediate emergency to the water supply of the District to the extent that there is insufficient water for human consumption, sanitation, and fire protection and that a such an immediate emergency exempts the District from the noticed published hearing process set forth at Water Code Sections 351 & 352.

4. The Board of Directors declares a Water Shortage Emergency for the year 2021, to take effect immediately upon adoption of this Resolution.

5. The Board of Directors is hereby authorized to adopt such regulations and restrictions on the delivery of water and the consumption within the District of water supplied for public use as will in the sound discretion of such governing body to restrict and conserve the water supply for the greatest public benefit with particular regard to domestic use, sanitation, and fire protection, pursuant to Water Code Section 353.

6. The Board of Directors finds and determines that due to the failure of a reliable water supply to the District, the following restrictions shall immediately apply:

   a. All residential water users shall be restricted to 200 gallons of water per household per day. The District Board of Directors reserves the right to make further adjustments as needed to protect the health and safety of the public.

   b. No new water service connections or commitments for new water service shall be put in place.

   c. Outdoor watering is prohibited, including watering and irrigation of any landscaping, gardens, plants, shrubs, trees, ground cover, turf, grass, and lawn.

d. No new or expanded landscaping, gardens, planting of trees, shrubs, plants, ground cover, turf grass shall be planted, hydroseeded, or laid.

e. The use of running water from a hose, pipe, or faucet for the purpose of cleaning buildings and outdoor hardscape surfaces is prohibited.

f. Filling pools and spas is prohibited.

g. The operation of, and introduction of water into, ornamental fountains is prohibited.

h. Washing of boats, vehicles, and equipment shall be prohibited.

i. Operators of hotels, motels, restaurants and other commercial establishments shall post notice at their establishment or work site a notice of water shortage emergency and shall serve water only upon request.

j. During this declared water shortage emergency the District shall impose other or further regulations, which the District Board of Directors determines to be necessary to ensure that water supply is used only to meet public health and safety needs.

k. In the event that the District observes that water use is in violation of these Declaration of Water Shortage Emergency regulations is occurring at a customer's premises, the District may, after a written warning to the customer, authorize installation of a flow-restricting device on the service line for any customer observed by the District to be willfully violating any of the regulations and restrictions on water use set forth in this Declaration of Water Shortage Emergency. In the event that a further willful violation is observed by the District, the District may discontinue service. Charges for the installation of flow-restricting devices or restoring service may be fixed by the District Board of Directors from time to time.

l. Water waste, as defined below in Section 6(m) of this Declaration of Water Shortage Emergency, is prohibited.

m. "Water waste" means:

   i. Residential water use that exceeds the 200 gallons per household per day limit set above at Section 6(a) of this Declaration of Water Shortage Emergency.
   ii. Water use that violates any water restriction set forth in this Declaration of Water Shortage Emergency.
   iii. Causing or permitting excessive water to discharge, flow, or run to waste into any drain, gutter, sanitary sewer, watercourse, or storm drain, or to any adjacent property, from any tap, hose faucet, pipe,

3

ii.   Water use that violates any water restriction set forth in this Declaration of Water Shortage Emergency.

iii.  Causing or permitting excessive water to discharge, flow, or run to waste into any drain, gutter, sanitary sewer, watercourse, or storm drain, or to any adjacent property, from any tap, hose faucet, pipe, sprinkler, or nozzle. In the case of irrigation, "discharge," "flow," or "run to waste" means that the earth intended to be irrigated has been saturated with water to the point that excess water flows over the earth to waste.

iv.   Allowing water fixtures or heating or cooling devices to leak or discharge excessively.

v.    Backwashing so as to discharge to waste from swimming pools, decorative basins or ponds in excess of the frequency necessary to ensure the healthful condition of the water or in excess of that required by standards for professionally administered maintenance or to address structural considerations.

vi.   Operation of an irrigation system that applies water to an impervious surface or that is in disrepair.

vii.  Outdoor watering or irrigation of landscaping.

viii. Any other factors as determined by the District Board of Directors.

7. If any provision of this Declaration of Water Shortage Emergency is held illegal or unenforceable in a judicial proceeding, such provision shall be severed and shall be inoperative, and the remainder of this Declaration of Water Shortage Emergency shall remain operative and binding.

Passed and adopted by the Board of Directors of the Hornbrook Community Services District at their meeting held on this _16_ th day of July 2021, by the following vote:

AYES: Puckett, Mellon, Tulledo, Hanson
NOES: 0
ABSENT: 1, Duncan

_____
President of the Board

ATTEST:

_____
Secretary of the Board

# EXHIBIT D



### Hornbrook Community Services District

hornbrookcsd@gmail.com

P.O. Box 29, Hornbrook, CA. 96044

530-475-3730

Date July 16, 2021

Dear Customer, Kimberly Olson and Peter Harrell

Address 408 Henly Hornbrook Rd. Hornbrook Ca. 96044     meter# 97

## NOTICE OF

## VIOLATION OF WATER EMERGENCY REGULATIONS.

On July 19, 2021, you are in violation of tampering and obstruction of water meter.  Parking car on top of meter making it impossible for meter to be read and refusing to remove it.

Signature_____          Date_____

# EXHIBIT E



### Hornbrook Community Services District

hornbrookcsd@gmail.com

P.O. Box 29, Hornbrook, CA. 96044

530-475-3730

Date July 16, 2021

Dear Customer, Kimberly Olson and Peter Harrell

Address 408 Henly Hornbrook Rd. Hornbrook Ca. 96044    meter# 97

## NOTICE OF

## VIOLATION OF WATER EMERGENCY REGULATIONS.

On July 19, 2021, this is a warning for violation of outdoor watering.  Cease and desist all outdoor watering immediately.

Signature_____          Date_____

# EXHIBIT F



### Hornbrook Community Services District

hornbrookcsd@gmail.com

P.O. Box 29, Hornbrook, CA. 96044

530-475-3730

Date July 20, 2021

Customer Kimberly Olson and Peter Harrell

Address 408 Henley Hornbrook Rd.  Hornbrook, Ca. 96044 meter # 97

## NOTICE OF

## VIOLATION OF WATER EMERGENCY REGULATIONS.

You are in violation of the water shortage emergency regulations again today July 20, 2021 for irrigation.  You must immediately cease and desist. As a result of your violation a flow restrictor will be installed on your meter.  If the violation continues, your meter will be locked out with discontinuance of service.  Any attempt to cut the lock will result in your meter being removed. You will be held liable for all cost and charges of the installation of flow-restricting devices, restoring service, meter locks and meter removal if applicable.

Signature_____          Date_____

## HORNBROOK COMMUNITY SERVICES DISTRICT     Date 07/20/21

**Kimberly Olson** - 408 Henley Hornbrook Road, Hornbrook. Ca. 96044

## SECOND VIOLATION NOTICE

**Notice of Violation,** obstructing and tampering with a district water meter in violation of District Rule 4.11 and 4.11.

**Pursuant to Government Code Section 61064**, a violation of any district rule, regulation or ordinance adopted by the board of directors is punishable as a misdemeanor under section 19 of the Penal Code. District Rule 4.11 Tampering with District Property – Except as otherwise specifically authorized by The General Manager, no one, except and employee or representative if the District, shall at any time in any manner operate the curb cock or valves, main cocks, gates or valves of the District's system; or interface with meters or their connections, street mains or other parts of the water system, with the district meter is a violation. Parking a vehicle over a district water meter and willfully refusing to move it so the district can read the meter is a violation of District Rule 4.11.

You are in violation of District Rule 4.11 if you refuse to move the vehicle you would also be subject to a misdemeanor under Government Code section 61064 and Penal Code section 19 and the Sheriff will be called to issue a misdemeanor violation and your car will be towed away at your expense if you refuse to move it.

If the meter is obstructed again your water will be shut off per district rules. The district has the right to enter the premises of the customer, per Government Code Section 61064 and district rules.

**Charge for Violation** 4.12 - Failure of a customer to comply with all or any part if this Resolution, any other resolution fixing rates and charges of this District, or a charge for which has not hereafter been specifically fixed, shall be discontinued and the water shall not be supplied such customer until the customer is in full compliance with the rules and regulations, rate or charge which has been violated.

## Government Code Sec. 61064.

**(a)** Violation of any rule, regulation, or ordinance adopted by a Board of directors is a misdemeanor punishable pursuant to Section 19 of The Penal Code. **(b)** Any citation issued by a district for violation of a rule, regulation, or ordinance adopted by a board of directors may be processed as an infraction pursuant to subdivision **(d)** of Section 17 of the Penal Code. **(c)** To protect property and to preserve the peace at facilities owned or managed by a district, a board of directors may confer on designated uniformed district employees the power to issue citations for misdemeanor and infraction violations of state law, city or county ordinances, or district rules, regulations, or ordinances when the violation is committed within a facility and in the presence of the employee issuing the citation. District employees shall issue citations pursuant to Chapter 5C (commencing with Section 853.5) of Title 3 of Part 2 of the Penal Code.

_____                        _____
Signature                                                                      Date

EXHIBIT G



**Hornbrook Community Services District**

hornbrookcsd@gmail.com

P.O. Box 29, Hornbrook, CA. 96044

530-475-3730

Date July 22, 2021

Customer Kimberly Olson and Peter Harrell

Address 408 Henley Hornbrook Rd.  Hornbrook, Ca. 96044 meter # 97

## NOTICE OF

## VIOLATION OF WATER EMERGENCY REGULATIONS.

On July 22, 2021 your meter was read and it exceeded the water shortage emergency regulation water use restriction of 200 gallons per household per day. You are in violation of the water shortage emergency regulations. You must immediately cease and desist exceeding the allotted 200 gallons per day per household during this declared water shortage.  As a result of your violation your meter will  be removed and discontinuance of service.  You will be held liable for all cost and charges of the installation of flow-restricting devices, restoring service, meter locks and meter removal if applicable.

Signature_____                    Date_____

## HORNBROOK COMMUNITY SERVICES DISTRICT          Date_____

**Kimberly Olson** - 408 Henley Hornbrook Road, Hornbrook. Ca. 96044

**Notice of Violation,** obstructing and tampering with a district water meter in violation of District Rule 4.11 and 4.11.

**Pursuant to Government Code Section 61064**, a violation of any district rule, regulation or ordinance adopted by the board of directors is punishable as a misdemeanor under section 19 of the Penal Code. District Rule 4.11 Tampering with District Property – Except as otherwise specifically authorized by The General Manager, no one, except and employee or representative if the District, shall at any time in any manner operate the curb cock or valves, main cocks, gates or valves of the District's system; or interface with meters or their connections, street mains or other parts of the water system, with the district meter is a violation. Parking a vehicle over a district water meter and willfully refusing to move it so the district can read the meter is a violation of District Rule 4.11.

You are in violation of District Rule 4.11 if you refuse to move the vehicle you would also be subject to a misdemeanor under Government Code section 61064 and Penal Code section 19 and the Sheriff will be called to issue a misdemeanor violation and your car will be towed away at your expense if you refuse to move it.

If the meter is obstructed again your water will be shut off per district rules. The district has the right to enter the premises of the customer, per Government Code Section 61064 and district rules.

**Charge for Violation** 4.12 - Failure of a customer to comply with all or any part if this Resolution, any other resolution fixing rates and charges of this District, or a charge for which has not hereafter been specifically fixed, shall be discontinued and the water shall not be supplied such customer until the customer is in full compliance with the rules and regulations, rate or charge which has been violated.

**Government Code Sec. 61064.**

**(a)  Violation of any rule, regulation, or ordinance adopted by a Board of directors is a misdemeanor punishable pursuant to Section 19 of The Penal Code. (b)**  Any citation issued by a district for violation of a rule, regulation, or ordinance adopted by a board of directors may be processed as an infraction pursuant to subdivision **(d)** of Section 17 of the Penal Code. **(c)**  To protect property and to preserve the peace at facilities owned or managed by a district, a board of directors may confer on designated uniformed district employees the power to issue citations for misdemeanor and infraction violations of state law, city or county ordinances, or district rules, regulations, or ordinances when the violation is committed within a facility and in the presence of the employee issuing the citation. District employees shall issue citations pursuant to Chapter 5C (commencing with Section 853.5) of Title 3 of Part 2 of the Penal Code.

_____                    _____
Signature                                          Date