**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIMBERLY OLSON,<br><br>        Plaintiff,<br><br>    v.<br><br>ROBERT PUCKETT, SR., et al.,<br><br>        Defendants. | No.  2:21-CV-1482-KJM-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. The scheduling conference set for January 5, 2022, at 10:00 a.m., before the undersigned in Redding, California, is vacated pending resolution of Defendants' amended motion to dismiss.

IT IS SO ORDERED.

Dated:  September 23, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1