Kimberly R. Olson, In Pro Per
PO Box 243
Hornbrook, CA 96044
530-475-3669

**FILED**

SEP 29 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
　　　　　　DEPUTY CLERK

THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

Kimberly R. Olson, )
　　　　Plaintiff, )
　　　　　　　　　) Case No: 2:21-cv-01482-KJM-DMC
　　　　　　　　　)
vs. ) **DECLARATION OF MARCI BUTTRAM**
) **IN SUPPORT OF OBJECTIONS TO**
Robert Puckett, Sr., et al, ) **FINDINGS AND RECOMMENDATIONS**
) **OF MAGISTRATE JUDGE (ECF#29)**
　　　　Defendants, )
　　　　　　　　　)

## DECLARATION OF MARCI BUTTRAM

　　　　I, Marci Buttram, the undersigned, make the following declaration under penalty of perjury, and under the provisions of 28 USC §1746:

　　　　1. I live at 414 Henley Hornbrook Rd., Siskiyou County California, which is immediately adjacent to the residence of Kimberly Olson (which is 408 Henley Hornbrook Rd.), and to the east. Our properties share a common fence line at the west side of my parcel, and the east side of hers. I have lived at that location for over 20 years. Water is provided to my home by the Hornbrook Community Services District ("HCSD"). I do not have a well.

　　　　2. During the month of July, from about the 12th until the late afternoon of the 27th, there was no water service to my home, nor to any of my neighbors on the block, which I know that because I checked with them. When I say "no water service", I mean that when you would turn on the tap in the house, or the hose in the yard, <u>no water at all</u> would come out. During that entire time period, there is absolutely no way that anyone on my block could have run a sprinkler, or have used even five gallons of water a day from the HCSD system.

　　　　3. I am often outside when I am home, which is almost always, and I drive to and from my house (and so past the home of Kimberly Olson as well) at least a couple of times each day. I can see both the side, and front porches of Kimberly Olson's home, as well as both of the gates at the front of her property from different vantage points in my yard, on my porch, and from the windows of my home. For at least the past three years, although I have seen Kimberly Olson occasionally come out onto the side porch, or the front porch, of her house for very brief periods,

she no longer comes down the porch steps into her yard, and she does not use either of the front gates to her property to go to and from her home.

4. I know that sometimes Kimberly Olson allows people to park one or more vehicles in her front or side driveways, and it is not unusual for those vehicles to be parked in the same spot for several days, or sometimes even weeks, without being moved.

5. I know that in June of 2021, an agricultural well was drilled on the vacant property that is three parcels to the west of mine, at 404 Henley Hornbrook Rd., and so two parcels to the west of Kimberly Olson's property. Once the well was finished being drilled at the beginning of July, 2021, the caretaker of that property ran a one inch diameter water line along the back (south) side of all the properties, and ending at my property, in order to set up a fire suppression system to use in case of emergency. The water line is also for the purpose of carrying irrigation water to the three parcels immediately to the west of me, including Kimberly Olson's parcel. At the time the line was put in, I was warned the water was not safe to drink, as it had residual drilling fluids in it, and hadn't been decontaminated as a domestic well would be.

6. I know that the three parcels to my west, including that belonging to Kimberly Olson, have extensive fruit trees, bushes, vines, and other crops growing on them. There are also many colonies of bees spread out over these same parcels. Beginning in the first week of July, I know that the well system installed at 404 Henley Hornbrook Rd. supplied irrigation water to Kimberly Olson's property, as I could sometimes hear pumps running, and/or see impact sprinklers and other watering devices operating - even during the period during which there was no water service from the HCSD. Although I was offered some of this well water to use for toilet flushing, etc, I could not accept it, as I had no storage tank for it at the time, and it was not potable water that I could pipe into the house.

7. I was home on the day in July that Robert Puckett, the President of the HCSD, Clint Dingman the meter reader and water plant operator, and the Sheriff's Department showed up at Kimberly Olson's residence late in the afternoon. There was a lot of noise, and I went outside to see what was going on. There were two vehicles, both with Oregon plates, parked in front of Kimberly Olson's north-eastern driveway gate (the one closest to my property), one of which, an old Honda CR-V, had been parked there for a week or so, while the other was a small, white van.

8. While I was standing there watching them, the police asked me if I recognized the CR-V, and I said I did, and that I believed it belonged to one of Kimberly Olson's friends. The police then asked if I knew if Kimberly Olson was home, and I said that I did not know, but that I had not seen her that day. While I was standing there, although it seemed like everyone had

Declaration of Marci Buttram - 2

cell phones, I never saw anyone use their phone to try and call Kimberly Olson. At no time from when I first noticed the commotion in front of the house, until the time everyone left (which was about 45 minutes), did Kimberly Olson come out of her home, nor did Kimberly Olson otherwise interact with Robert Puckett, Clint Dingman, or the Sheriff during the time they were in front of her house.

9. After they towed the cars away, Robert Puckett and Clint Dingman got into Kimberly Olson's water meter box, but I did not see what they did other than that. I do know that there were no papers left on the gate by either of them, because I was watching them as they left, and I also went back out into my yard later, and would have seen anything like that if they had put something there. There was no "kitty litter" on or around Kimberly Olson's meter box.

10. Sometime over the next few days, I learned that Kimberly Olson's meter had been removed, and water service had been terminated by the HCSD, which seemed pointless to me, since there was no water for anyone to use anyway. In fact, water service was not restored to me, or anyone else on my block until almost another week later, on July 27, 2021 in the afternoon, when I and many other residents of Hornbrook found and fixed a huge leak caused by a hole in the six inch water main at the very bottom of the system in the middle of town by the railroad tracks. While we were working to fix this leak, we did not get any help from the HCSD, Robert Puckett, or Clint Dingman, although both of them drove up to watch everyone else work a few times.

11. I know that my neighbor across the street from me has a well, and that during the same timeframe all of the commotion was happening at Kimberly Olson's house, he was regularly watering his roses, vegetable garden, and fruit trees using that well water. I also know that Robert Puckett, Clint Dingman, and the police never came to his house, or towed away any vehicles from his driveway during any time in July or August.

12. Attached to this Declaration is a true and correct copy of the "NOTICE OF WATER EMERGENCY REGULATIONS" that I received on or about September 4, 2021 after the notice was personally handed to my housemate by HCSD employee Clint Dingman.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and recollection. Executed on this 9th day of September, 2021, at Hornbrook, California.

By: /s/ Marci Buttram
Marci Buttram



**Hornbrook Community Services District**

hornbrookcsd@gmail.com

P.O. Box 29, Hornbrook, CA. 96044

530-475-3730

Date *Sept. 3 2021*

Customer **Marc Buttram**

Address **414 Henley Hornbrook Rd Hornbrook, Ca. 96044** meter # 96

## NOTICE OF WATER EMERGENCY REGULATIONS.

This is just a warning notice that you are using over the 200 gal. Per day per drought emergency water restrictions. Your usage is an average of 302 gal. a day. Please correct. Your meter will be read again between the 11th and 15th of Sept. If the over usage is not corrected you will be issued a violation to correct within 2 days. If you are still not in compliance, a flow regulator will be installed on you meter. If the violation continues your meter will be locked out. If you attempt to cut or tamper with the meter, your meter will be pulled and you will be liable for the cost to remove and/or to replace it. If you attempt to block or restrict access to meter the Sheriff will be called to gain access.

Signature _Robert D Puckett_   Date _9/3/21_