Kimberly R. Olson, In Pro Per
PO Box 243
Hornbrook, CA 96044
530-475-3669

**FILED**

SEP 29 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

THE UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kimberly R. Olson,<br>　　　　　Plaintiff,<br><br>　vs.<br><br>Robert Puckett, Sr., et al,<br><br>　　　　　Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No: 2:21-cv-1482 KJM DMC (PS)<br><br>**DECLARATION OF PLAINTIFF**<br>**KIMBERLY R. OLSON IN SUPPORT OF**<br>**OBJECTIONS TO FINDINGS AND**<br>**RECOMMENDATIONS OF MAGISTRATE**<br>**JUDGE (ECF #29)** |

## DECLARATION OF KIMBERLY OLSON

I, Kimberly Olson, the undersigned, make the following declaration in support of my Objections to ECF #29, under penalty of perjury, and under the provisions of 28 USC §1746:

1. During the period if about July 13, 2021, through the date that my water meter was taken by the HCSD (on or about July 20, 2021), there was no reliable water service by the HCSD to my property. Sometimes during that time period, usually in the late evening or at night, I would get a small trickle of water that would fill the toilet tank overnight, or allow a gallon jug to be filled over an hour or so in the sink, but most of the time there was nothing at all coming out of the taps in my home. Because of the new well feeding water to my yard, and the total lack of HCSD water pressure during the month of July, and specifically between the dates of July 17 and 23, I did not use the HCSD system water to irrigate any part of my yard, and I know there is no possible way that I could have used even 6.2 gallons of the HCSD's water in a day - much less "6200 gallons per day" (which is over 258 gallons per hour, every hour of the day) as claimed by Robert Puckett. I know that despite Puckett's removal of my water meter on or about July 20, 2021, water service to any of my neighbors on all sides was not restored until July 27th after a large leak (about 25,000 gallons per day) in the bottom section of the main water line that goes down our block was found and repaired by some of the townspeople. I also saw the story about that leak on the local news, which is now posted at: https://ktvl.com/news/local/amid-water-crisis-small-community-takes-matters-into-its-own-hands

2. Before I found out what the problem was with the water system, I engaged the services of a licensed contractor and plumber, and those of a Certified Water Distribution Operator, to inspect my interior and exterior plumbing, and make any modifications or repairs that might be required to restore or improve my water service.

3. Part of the inspection process of my water system involved placing both an air pressure meter, and a water pressure meter on my outdoor facets and leaving them there over the course of many days to evaluate the system for leaks, and to record the water flow (if any), and I am aware that the "keeper hand" of the water pressure meter registered a high of only 2 PSI at some point overnight on a few occasions, but that almost all the rest of the time the gauge showed nothing, or "negative" water pressure, although often there would often be changes in the "air pressure" - which meant that water was very often surging up and down the pipes in my yard and between my meter and the house due to the 3-4' of elevation from my meter connection to the house lines and taps, but with <u>water never actually coming out of the taps</u>.  Just prior to when the events described in Puckett's "supplemental" Declaration occurred at the front of my home, the Plumber and  the Water Distribution Operator were engaged in the project of trying to make sure nothing in my piping from the street on up was preventing me from getting fresh water, and were also trying to set up an alternative water service to me via a tank in the driveway, and a dedicated pump.  They had put a water tank in the driveway for testing purposes, and had pumped well water to it, but had quit for the day and left my property before Robert Puckett, Clint Dingman, and the Police came to my front driveway, which is where my neighbor, Marci Buttram, saw Puckett and the others when they arrived and undertook their actions.

4. I was not home on the late afternoons of July 19, 20, 21, 22, nor 23, 2021 due to not having any water, and so was in Medford to take a shower and get drinking water for me and my animals in the late afternoon and evenings on those days.  I did not have any interactions with, and did not see or speak with, <u>anyone</u> from the HCSD, and/or <u>any</u> law enforcement agencies at my home on any of those days at any time, and in fact, **I have not spoken to, or even seen, Puckett in person for about five years**.  As I told the Court on September 14, 2021, I did not hear anything unusual outside my home on any of those days during the time up until the late morning when I <u>was</u> there, so if anyone was out in front of my house at those times, I did not know it.  Due to my disabilities, and associated mobility problems, I come and go from my home by use of the back door (which is level with the ground and so does not have steps), and then walk along a cement path to the south east edge of my property, where there is an opening in the fence for me to access the back end of the neighbor's driveway where someone can pick me up.  When I am driven away from that driveway, it is always by going <u>west</u> up Henley Hornbrook Rd., which is the shortest route towards the freeway access, and I do not go in an easterly direction which would go past my house (so I never have occasion to even see the front fence or gates from the roadway).  This is also the route used by  my caregivers, and friends/family on the very rare occasions they come to visit.  I have not personally used either of my front gates for several years, as I cannot safely walk down the steps of my front or

side porches and out into the yard anymore.  I also do not have, and have never had, any mailbox at my house, so I rent a PO Box from the local Post Office, and have my mail picked up and personally delivered (by which I mean handed directly) to me in my home.  I do not have a note pad at my gates, or along my fences, and I do not use them as message boards.  Because I got no phone calls or US Mail letters from the HCSD or Puckett, I did not know until the hearing held on September 14, 2021 that I was supposed to look on my fence for documents he may have taped there, but I do feel that it is unfair and unreasonable to expect me to do so.

5.  I own my own water meter and meter box.  I have never "given" either of those items to the HCSD, and both of those things are located on my own private property, in my driveway, where vehicles have been normally and regularly parked by service persons, friends, and neighbors for the past 15 years (and it has never been a problem until now).  The HCSD does not have any easement on my property.  I do not own <u>any</u> vehicles, and have not owned <u>any</u> vehicles for several years, as I find it difficult and painful to drive.  I do not have any legal interest in, and did **not** park, <u>any</u> of the vehicles that were in front of my home during the months of July and August, 2021.  I did not, and never have, instructed anyone to park their vehicles in my driveway in a manner so as to deliberately interfere with access to the water meter servicing my house, and if the HCSD had contacted me in advance <u>by phone or letter</u> to let me know they wanted to read the meter at other than the usual time (the 25th through the 30th of every month for the past 15 years), then I would have made sure the meter was available to them - yet I was never given that opportunity.  Even the "notice" concerning a vehicle that Puckett attached to his "supplemental" Declaration (ECF #26, Exhibit D) does <u>not</u> state a date and time that the HCSD would like the vehicle to be moved, nor for how long, and it is clearly speaking in the <u>past</u> tense - not the future.  It is not "notice" to me to have people show up unannounced, then **afterwards** send a note complaining that they were "refused" an accommodation that nobody knew they wanted at the time - and it makes even less sense to me for that untimely complaint <u>not</u> to include a date and time in the future that they might seek another accommodation (which I note is routine for <u>other</u> customers - see **Exhibit 06** hereto).

6.  I generally do not consent for anyone to send me email communications for important issues and delivery of documents unless special arrangements have been made, so that I know to expect those communications and documents, and can see about getting help to access them.  This is because I do not have reliable access to the internet due to living in such a remote, rural area, and since I am disabled and do not work, I do not have any internet or email access that way.  Often I cannot get online while at my home for many days at a time (and even then the connection is usually bad), and so I do not routinely even use email, or bother to check it, which also means I often do not <u>ever</u> see some emails because they become "buried" by spam in my inbox.  If I need to reliably use

the internet, I have to make special arrangements to either get a ride to travel to town, or to borrow a laptop with a cellular tower connection. I also do not own a "smartphone", and only have a landline with a regular hand set receiver. I do know that Robert Puckett has my phone number, as I have called him, and he has called me, a few times over the past years. I also have a message machine he could have used if I was not home, and he had called me about access, and/or any of his accusations. I have never given Puckett, or the HCSD, permission to send me "notices" or other process concerning my water service via email, or by "taping them to [my] fence".

7. Although it is true that I received a copy of the purported Resolution 2021-02 attached to the "supplemental" Declaration of Robert Puckett (ECF #26) as Exhibit C, I did not receive that document until it came in the mail with my water bill, which was mailed to me <u>after the 30th of July, 2021</u>, when the billing period closed (so <u>after</u> the seizures at my home, and termination of my water service). I attached a copy of this bill to my previous Declaration (ECF #4) as Exhibit 3, but I am attaching it again to this Declaration as **Exhibit 01** to show the billing date. Except for that single mailed document, I did not receive from the HCSD (or from Siskiyou County, or the State Water Resources Control Board) <u>any</u> other communications in the mail during the months of July and August (except for another water bill in late August), even after I wrote the HCSD a letter demanding restoration of my water service, and copies of public records pursuant to the CPRA on August 4, 2021, which I attached to my original Declaration, but which is also attached hereto as **Exhibit 02**. <u>At no time</u> during the months of July and August did the HCSD, via (true) personal delivery <u>to my hands</u>, USPS mail of any sort, nor by email, send me **any** <u>notice of my due process hearing rights (before a neutral tribunal) to challenge their cutting off my water service, or the accusations they made associated therewith</u> (nor did any member of the HCSD Board, including Puckett, ever get within sight or speaking distance of me). It appears to me from looking over their materials in this case so far that Robert Puckett acts as investigator/cop, executive officer, jury, judge, court of appeals, and executioner for the HCSD all rolled into one - which I know from my own time as a Board Member of the HCSD is completely improper for a single Board member of a local government agency per Gov. Code §§61045 and 61051.

. 8. I have never obstructed, or tampered with my water meter. I have never placed boards, or poured any "kitty litter" over my water meter. I have also confirmed that there is no "kitty litter" in or around my meter box by ordering a photo of my meter box. See attached printed copy of the original photo in my possession of my empty meter box, with locks on both sides of the piping (the bottommost side is the one that goes to my home), and without any "kitty litter" present, dated September 19, 2021 attached as **Exhibit 03**. Lest the Defendants, and/or the Court, be inclined to think that perhaps the "kitty litter" has disintegrated with the passing of time, I am attaching as

**Exhibit 04** a true copy of another photo of my meter box that was taken after I realized my meter was removed, and which is **dated July 22, 2021**. It is my observation that this photo (at the least) establishes also that the meter was completely absent no later than July 22, 2021, so there was simply no reason for me to believe that any of the events and circumstances alleged to have occurred on July 23, 2021, and initiated by the HCSD and/or Robert Puckett in his "supplemental" Declaration of September 13, 2021 (ECF #26), at items #8 and #10, and as he testified to at the hearing, could have happened the way he claims; nor could I (or anyone parking vehicles in my driveway) possibly have been in violation of any HCSD Rules or policies on July 23, 2021 in any way, since no meter was present and I was no longer connected to the system by that date. I also do not see how my meter could have been removed *again* on July 23, as Puckett claims in his "supplemental" Declaration at item #10, when I know it was already removed, and the pipes locked off, prior to that date, and no later than July 22, 2021. (**Exhibit 04**) I also know I never saw or spoke to Puckett or the police on July 23, 2021, so never "refused" to do anything as he claims because they never contacted me.

      9. Around the end of June, an agricultural well was drilled on the parcel two 50'-wide lots up from mine (to the west) along Henley Hornbrook Rd. The owner of that parcel, and my neighbor to the immediate west, have a farm on those two lots, but which farm is also designated with the USDA as encompassing my lot due to the fruit trees, grapes, sunflowers, and nuts planted there - as well as numerous beehives being maintained on the properties. In return for use of my land, I receive free farm products, but in this instance, I also was tied into the new well system for purposes of irrigation by way of new poly pipe lines from the back, and east sides of my property. All irrigation on my parcel occurring at least from the date of July 14, 2021 (but possibly earlier), through the current date, and ongoingly, was, and is, fed by the new well, and none of the irrigation water came from the HCSD. The main reason the well was put in is that the HCSD often is mismanaged, and the Chlorine levels while varying frequently, are often so excessive that they are toxic to the living things growing or living on the land, including soil flora and fauna, with the secondary reason being the need for a supply of water to fight fires. However, the well is "unfinished", so is currently still mildly contaminated by drilling fluids/foam, and low-yielding, so water must be stored up for a while in tanks before it can be very effectively used (which, other than some small tanks, has not yet been accomplished due to more work needing to be done on the well), and is not for drinking. It was also only permitted by Siskiyou County as an "agricultural well", which means it cannot lawfully be used for domestic purposes, even when it is finally properly cleaned out and decontaminated. A true copy of the well permit, and well report are attached hereto as **Exhibit 05**. The well has no meter on it, and none is required.

10. I note by looking at the Exhibits to the ECF #26 "supplemental" Declaration of Robert Puckett, that the various "notices" are purportedly addressed to myself and to "Peter Harrell", but Mr. Harrell is not a customer of the HCSD, and does not reside with me or on my property. Instead, I am the only customer of the HCSD at 408 Henley Hornbrook Rd., and nobody lives with me. I also do not have any "mother in law" units, trailers, motorhomes, or other structures on my property that might house people.

10. After I had filed my Reply to the Opposition of the Defendants to the TRO/Injunction Motion within the time ordered by Magistrate Cota, I received documents produced by the HCSD in response to a public records request. I did not file in these documents because I believed that briefing had been closed based on the FRCivP, the Local Rules, and Magistrate Cota's Order at ECF #18. These records appear to be reprints (rather than the true copies I requested) of "warnings" and "violations" of the purported water use regulations that the HCSD and Puckett imposed in July. The warnings and violations purport to be issued to water customers of the HCSD in Hornbrook, but have been redacted by the HCSD of the names and addresses of the consumers to protect their privacy. In looking these documents over, I immediately noticed that these notices are broken up into two categories. In the first category are those claiming to be "just a warning notice", and granting the recipient **many days** to correct the alleged infraction. The second category of actual "Violation notice" gives additional time to correct the stated (and by then, repeated) violation, and threatens to impose a flow restrictor on the customers meter thereafter. All of the "warnings" and the actual "violations" have more complete language, actual meter readings, and calculate the overage in a specific number of gallons - all things that are missing from the "notices" that were purportedly provided to me, and which are attached to the "supplemental" Declaration of Robert Puckett (ECF #26, Exhibits D-G). None of "warnings" or "violations", however, have any language informing people of how to contest the allegations against them, how to ask for a hearing, or information about who they can contact at the HCSD about the warnings and/or violations. I have attached true copies of those responsive records designated as "warnings" hereto as **Exhibit 06 (6A** through **6G)**. I also looked at the two "violations" which were part of the responsive records, and noticed that after already being given a "warning", and many days to correct the impending violation, these alleged violators were still given more time to correct violations prior to any enforcement action being taken by the HCSD - which is much different than the mistreatment I received from the HCSD concerning my water service where punishment was inflicted immediately. I have attached the two "violations" hereto as **Exhibit 07 (7A** and **7B)**. Based upon the fact that **no** responsive records were received that predate August 16, 2021, I reasonably believe that nobody but me was prosecuted or acted against by the HCSD for any violations of water usage rules prior to August 16, 2021.

11. I also collected two "warning" notices, and one "Second Notice of Violation" issued to some of my neighbors, which are actually signed by HCSD representatives, and have attached those hereto as **Exhibit 08**. I learned that each of those notices was provided the recipient <u>by placing them directly into the person's hands</u>, and not by "email", or taping them to a fence.

12. Although Magistrate Cota ordered the water service restored to my house in the ECF #29 F&Rs, he also allowed the placement of a "flow restrictor" on my meter, and did not specify any <u>rate</u> of flow. This means that the HCSD arbitrarily decided to impose a rate of "10 gallons per hour", so right now I only get a trickle of water - one-sixth (**1/6**) of a gallon <u>per minute</u>- or none at all. It is enough to fill the toilet, water my animals, or rinse out a dish (not to "do dishes" - just a single dish), but nothing close to being enough to take a shower, for instance, and also does not consider my special needs as a disabled person with incontinence needing frequent bathing. As a result of the flow restrictor being used on my service in such an overzealous manner, I am only effectively able to use a tiny amount of water each day (see true copies of photos of my meter showing use from September 21 through September 26, 2021 of <u>about 10 gallons</u> attached hereto as **Exhibit 09**). I have never had <u>any</u> hearing by the HCSD on the allegations of the violations of water rules the HCSD accused me of, and the HCSD refuses to grant me one despite my request, nor will they explain what I must do to be restored to full service on their own initiative <u>for the past over two months</u>. It is pretty clear to me that they feel once they turn my water off, they can just keep it off forever - no matter what.

13. On September 14, 2014 which was the day of the TRO hearing where Magistrate Cota ordered me to appear by phone, I had not received <u>any</u> notice that there would be any live testimony of witnesses, that the Defendants would suddenly be allowed to file in more documents, or that I would be required to testify. Because of that, I did not have any opportunity to create questions for the witness, or for myself, in order to prepare for such testimony, and I also took my prescribed medications as normal - which includes powerful opioids and other mind-impairing substances as I alerted the Court to in my ECF #16 ADA notice. Because of my disabilities, I do not have a table, or a desk, and so was sitting up in bed with my case file, a notepad, and a pen when the hearing started. After the Puckett ECF #26 Declaration was introduced, and he went up on the stand, I <u>also</u> had to get the laptop I had borrowed open and running, and spread my papers out in a somewhat haphazard and confusing fashion, both of which caused me a lot of difficulty. Trying to look at a small laptop screen and read a document in bits and pieces in a few minutes rather than having it in hand with a proper amount of time for review and to make notes was also extremely difficult, and I was not given time at the hearing to properly examine the declaration to form the numerously applicable objections to it, nor any time to look up the proper terminology of the objections that applied to each item of

Puckett's ECF #26 "supplemental" Declaration and/or its exhibits, even if I had not been impaired by the effects of my medications. Since I was on the phone, I could not put into evidence any documents or photos to rebut Robert Puckett's suddenly-submitted "supplemental" Declaration (ECF #26), and live testimony, although I could have mailed documents and photos in, and probably even gotten a witness or two, if I had been given at least <u>some</u> reasonable notice prior to the hearing. I <u>did</u> repeatedly object to Puckett's declaration and live testimony coming in without any notice an opportunity to rebut it, and was told by Magistrate Cota that I would have a chance to submit things as part of my Objections to his ruling, which is what I am doing by this Declaration and its attached Exhibits, and the concurrently-filed Declaration of Marci Buttram.

14. During the hearing of September 14, I became aware on several occasions that the Court was not able to hear my comments, and due to the delay with waiting for the phone to start working again, I could not keep track of what I had said, what the Court may have heard, etc, and it was very confusing to try and ask questions, or to respond timely to the Court's statements and questions. Although the Court sometimes noticed that the phone was acting up on their end, and they hung up, then called me back, I have no idea how many other times they missed something I said, although I can see from the Court's F&Rs (ECF #29) that there were at least a few critical things that I said to the Court, asked Robert Puckett, and/or said in response to testimony by Puckett, that didn't get heard. I put the things that I remember, and that are mentioned by Magistrate Cota in the F&Rs, into my Objections thereto, but it is very clear that the technical problems only made the hearing even less fair to me since the Magistrate did not even hear all of the things I said in opposition to Puckett's baseless claims. I also read a statement at the beginning of the hearing, a true copy of which statement I have attached hereto as **Exhibit 10**.

15. I did not bring this action to seek adjudication of any administrative violations alleged against me by the HCSD and Puckett. I brought it to seek vindication of my Constitutional rights to due process (including the right to a hearing <u>by the HCSD</u> of alleged administrative violations), to be treated the same as other customers of the HCSD, to not be retaliated against for filing legal actions and governmental complaints, to petition, and to stop the HCSD from acting contrary to those rights in the future via unconstitutional resolutions, rules, policies, or customs.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct as of my own personal knowledge and recollection, and if called to testify, I could, and would testify to the facts set forth above. Executed on this 27ᵗʰ day of September, 2021, at Hornbrook, California.

By: *Kimberly R. Olson*
Kimberly R. Olson, Plaintiff Pro Se

# EXHIBIT 1

# EXHIBIT 1

# HCSD

| 1097 | 08/15/2021 | 549.15 |
|---|---|---|
| 07/30/2021 | 1 | 1097 |
| | Amt Enclosed $ | |

KIMBERLY OLSON
P O BOX 243
HORNBROOK, CA 96044

*Pd 8-4-21*
*Ck# 4174*
*$50.00*

HORNBROOK COMMUNITY SERVICE DISTRICT
P O BOX 29
HORNBROOK, CA 96044
530-937-3279

Please detach and return with your payment payable to: Hornbrook Community Service District - HCSD



## Water Bill
**For service at: 408 HENLEY HORNBROOK ROAD**

| Account # | Billing Period | Billed Days | Billing Date |
|---|---|---|---|

| Charges & Adjustments | Fees | Prev Balance | Total Due |
|---|---|---|---|

Last Payment received was $139.05 on 06/28/2021

### Water Service Charges & Adjustments

| Water | 265.36 |
|---|---|

### Fees

| Current Charges | 265.36 |
|---|---|
| Previous Balance | 283.79 |

### Rate Information (Gallons)
0 - 12000 @ 54.8
Over 12001 @ 0.00175

### Customer Service
**Monday - Friday
9am - 5pm
Closed Weekends
By Phone Only**

Please ensure payment is received by due date to avoid a late charge

# EXHIBIT 2

# EXHIBIT 2

August 4, 2021

HCSD
P.O. Box 29
Hornbrook, CA 96044

Re: Meter #97, Bill for July, 2021; Demand for Renewal of Water Service; CPRA Request

HCSD,

Enclosed is a check in partial payment of my bill. As you know, the Governor has a moratorium on water disconnections for non-payment.

However, despite that moratorium, you saw fit to trespass onto my land, seize my property, and to cut off my water service without any warrant, notice, or other due process - and all in violation of your own Bylaws as well as rules, regulations, policies, and procedures. You also deliberately placed a barrel lock on the house side of the water pipe so that I could not obtain water service via truck, or placement of a tank and pump on the line.

I therefore demand the immediate return to me of all of my property, as well as restoration of water service to 408 Henley Hornbrook Rd.

Secondly, I am requesting, pursuant to CPRA, copies of all notices, warnings, reports, notes, meter readings, and communications either sent to, or received by, you concerning any customer of the HCSD, for the period beginning July 14, 2021, through and including July 28, 2021. I am also requesting that you provide all communications from you to any State or local governmental agency (including law enforcement agencies), and all communications sent to you from any State or local governmental agency (including law enforcement agencies) for that same time period.

You may send responsive documents to the address below.

Kimberly R. Olson
P.O. Box 243
Hornbrook, CA 96044



# EXHIBIT 3

# EXHIBIT 3



# EXHIBIT 4

EXHIBIT 4



# EXHIBIT 5

# EXHIBIT 5

Siskiyou County Community Development-Environmental Health Division
808 South Main Street, Yreka CA 96097
Telephone: (530) 841-2100  FAX: (530) 841-4076

**WATER WELL PERMIT**

T47NR6Ws 20

PERMIT# W21072

**APPLICANT** (Must be licensed contractor or property owner and must be legible)

Name Joelle Harrell

Address 256 B St

Mailing Address PO Box 131

City, State, Zip Code Ashland OR 97520

Telephone (541) 930-1254

| Well Type | Annular Seal Depth |
|---|---|
| Domestic | 20 foot minimum |
| ☐ Industrial | 50 foot minimum |
| ☒ Agricultural | 20 foot minimum |
| ☐ Public | 50 foot minimum |
| ☐ Monitoring | as approved  #_____ |
| ☐ Deepening | n/a |
| ☐ Destruction | n/a |
| ☐ Soil bores | as approved  #_____ |
| ☐ Other | as approved |

Minimum thickness of annular space seal is 2 inches

A **PLOT PLAN MUST** be submitted on an 8½ x 11 sheet of paper. It must include all property boundaries, waterways, roads, septic systems and structures, location of the proposed well in relationship to the property boundaries.

**Permit Conditions**

Well driller must provide a minimum of 24 hours notice prior to installing or placing annular seal.
All wells must be drilled under a C-57 license.
Applicant/well driller is responsible for maintaining all setbacks as approved by on location map below including a minimum of 100 feet from any established on-site sewage disposal location.
Owner and well contractor are required to submit a completed well log within 30 days of well completion.
This permit does not guarantee issuance of any other development permits or land use requests for this property.
This permit expires six months from the date of issuance

**Owner/Contractor Signatures**

**SIGNATURE OF OWNER:** *(required on all applications)*

I am the owner of the property and certify that the information contained herein is accurate. I understand that this application will become a permit upon review and approval by the Environmental Division. I understand that well construction may not begin prior to receiving a permit and all terms and conditions apply. I hereby authorize SISKIYOU COUNTY to enter the property for inspection purposes.

I hereby authorize the contractor listed herein to obtain the permit.

_Joelle Harrell_  10/20/20
Signature  Date

**Signature of Contractor** *(required on all applications)*
I certify that I possess a valid C-57 contractor's license that is in full force and effect. I certify that I have read this application and the above information is correct. I agree to comply with all Siskiyou County Ordinances and State Laws relating this well construction. I understand that this application will become a permit upon review and approval by the Environmental Division. I understand that well construction may not begin prior to receiving a permit and all terms and conditions apply.

X _Riley Enloe_  10/20/20
Contractor  Date

**Property Location**

Property Owner Joelle Harrell

Assessors parcel # 040-440-030-000

Location Hornbrook

Parcel Size 50 X 125

**WELL CONTRACTOR**

Name ENLOE DRILLING AND PUMPS, INC.

Mailing Address 6845 Granada Dr

City, State, Zip Code Redding, CA 96002

Telephone 530-964-2807

License # 889728

**FEES-Subject to Change**

| | |
|---|---|
| Water Well permit | $360 |
| Water Well Deepening | $185 |
| Water Well destruction | $185 |
| Monitoring Well(s) construction or destruction and Soil bores.........., First three | $360 |
| $75 for each additional bore/MW construction/destruction | |

**For Official Use Only**

| | Date | Initials |
|---|---|---|
| Property Owner Verification | 4/28/21 | LF |

Set back Requirements _____

Flood _____

Zoning R:R

Received by _____  Date _____

Fee Received _____

Permission is hereby granted for the above well work in accordance with all State and County laws and standards as provided in Siskiyou County Code, Title 5, Chapter 8 and any conditions as set forth in this permit.

Issued by _____  Date 4-29-21

Seal Inspection _____  Date _____

Seal Depth _____

Final Inspection by _____  Date _____

Inspection Notes Per Location from Enl. Map

Date Well Log Received _____  Log # _____

**LOCATION MAP**
(to be completed by department)

GNP-108

State of California
# Well Completion Report
Form DWR 188 Submitted 7/19/2021
WCR2021-008972

| Owner's Well Number | 1 | | Date Work Began | 06/18/2021 | | Date Work Ended | 06/21/2021 |
|---|---|---|---|---|---|---|---|

Local Permit Agency   Siskiyou County Community Development Environmental Health Division

| Secondary Permit Agency | | Permit Number   W21072 | Permit Date   04/29/2021 |
|---|---|---|---|

| Well Owner (must remain confidential pursuant to Water Code 13752) | | Planned Use and Activity |
|---|---|---|

| Name   Joelle Harrell | | Activity   New Well |
|---|---|---|
| Mailing Address   256 B ST | | Planned Use   Water Supply Irrigation - Agriculture |
| City   Ashland | State   OR   Zip   97520 | |

## Well Location

| Address   406 Henley RD | | | | APN   040-440-030-000 |
|---|---|---|---|---|
| City   Hombrook | Zip   96044 | County   Siskiyou | | Township   47 N |
| Latitude   41   54   32.6304   N | Longitude   -122   33   40.7987   W | | | Range   06 W |
| Deg.   Min.   Sec. | Deg.   Min.   Sec. | | | Section   20 |
| Dec. Lat.   41.909054 | Dec. Long.   -122.561333 | | | Baseline Meridian   Mount Diablo |
| Vertical Datum | Horizontal Datum   WGS84 | | | Ground Surface Elevation |
| Location Accuracy | Location Determination Method | | | Elevation Accuracy |
| | | | | Elevation Determination Method |

| Borehole Information | | Water Level and Yield of Completed Well | |
|---|---|---|---|
| Orientation   Vertical | Specify | Depth to first water   135 | (Feet below surface) |
| Drilling Method   Downhole Hammer | Drilling Fluid   Foam | Depth to Static Water Level   25   (Feet)   Date Measured | |
| Total Depth of Boring   310 | Feet | Estimated Yield*   (GPM)   Test Type | |
| Total Depth of Completed Well   307 | Feet | Test Length   (Hours)   Total Drawdown   (feet) | |
| | | *May not be representative of a well's long term yield. | |

## Geologic Log - Lite

| Depth from Surface Feet to Feet | | Material Type | Material Color | Material Texture | Material Description |
|---|---|---|---|---|---|
| 0 | 20 | Soil or Organic | | | |
| 20 | 60 | Soil or Organic | | w/rock | |
| 60 | 310 | Rock | | Fractured | |

## Casings

| Casing # | Depth from Surface Feet to Feet | | Casing Type | Material | Casings Specifications | Wall Thickness (inches) | Outside Diameter (inches) | Screen Type | Slot Size if any (inches) | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 310 | No Casing Installed | PVC | OD: 4.500 in.  | SDR: 19 | Thickness: 0.237 in. | 0.237 | 4.5 | | | |

## Annular Material

| Depth from Surface Feet to Feet | | Fill | Fill Type Details | Filter Pack Size | Description |
|---|---|---|---|---|---|
| 0 | 20 | Bentonite | Non Hydrated Bentonite | | |
| 20 | 310 | Other Fill | See description. | | no annular material |

Form DWR 188 rev. 12/19/2017

**Other Observations:**

| Borehole Specifications | | |
|---|---|---|
| **Depth from Surface Feet to Feet** | | **Borehole Diameter (Inches)** |
| 0 | 310 | 8 |

## Certification Statement

I, the undersigned, certify that this report is complete and accurate to the best of my knowledge and belief

| Name | ENLOE DRILLING AND PUMPS INC | | | |
|---|---|---|---|---|
| | Person, Firm or Corporation | | | |
| | 6845 GRANADA DRIVE | REDDING | CA | 96002 |
| | Address | City | State | Zip |
| Signed | electronic signature received | 07/19/2021 | | 989728 |
| | C-57 Licensed Water Well Contractor | Date Signed | | C-57 License Number |

### DWR Use Only

| CSG # | State Well Number | Site Code | Local Well Number |
|---|---|---|---|
| | | | |

| | | | | N | | | | | | W |
|---|---|---|---|---|---|---|---|---|---|---|
| | Latitude Deg/Min/Sec | | | | | Longitude Deg/Min/Sec | | | | |

TRS:

APN:

# EXHIBIT 6

# EXHIBIT 6



**Hornbrook Community Services District**

Hornbrook Com Svcs Dist

P.O. Box 29, Hornbrook, CA. 96044

530-475-3730

Date <u>Aug. 16, 2021</u>

Customer █████████

Address ██████████████████████meter # ████████

### NOTICE OF WATER EMERGENCY REGULATIONS.

This is just a warning notice that you are using over the 200 gal. Per day per drought emergency water restrictions.  Reading- beg. 5553400**end. 5558350 330 gal. per day.  Please correct. Your meter will be read again between the 7ᵗʰ and 10ᵗʰ of Aug.  If the over usage is not corrected you will be issued a violation to correct within 2 days.  If you are still not in compliance, a flow regulator will be installed on you meter.  If the violation continues your meter will be locked out.  If you attempt to cut or tamper with the meter, your meter will be pulled and you will be liable for the cost to remove and/or to replace it  If you attempt to block or restrict access to meter the Sheriff will be called to gain access.

Signature_____　　　　Date_____

Ex 6A

Firefox                                                                                    about:blank



**Hornbrook Community Services District**

hornbrookcsd@gmail.com

P.O. Box 29, Hornbrook, CA. 96044

530-475-3730

Date <u>Aug. 16, 2021</u>

Customer ▬▬▬▬

Address ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ meter # ▬▬

### NOTICE OF WATER EMERGENCY REGULATIONS.

This is just a warning notice that you are using over the 200 gal. Per day per drought emergency water restrictions.  Reading- beg. 4513250**end. 4518070. 321 gal. per day.  Please correct. Your meter will be read again on the 26th of Aug.  If the over usage is not corrected you will be issued a violation to correct within 2 days.  If you are still not in compliance, a flow regulator will be installed on you meter.  If the violation continues your meter will be locked out.  If you attempt to cut or tamper with the meter, your meter will be pulled and you will be liable for the cost to remove and/or to replace it.  If you attempt to block or restrict access to meter the Sheriff will be called to gain access.

Signature_____          Date_____

Ex 6B

Firefox                                                                                          about:blank



### Hornbrook Community Services District

hornbrookcsd@gmail.com

P.O. Box 29, Hornbrook, CA. 96044

530-475-3730

Date Aug. 16, 2021

Customer ▮▮▮▮▮▮▮▮

Address ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ meter # ▮▮▮▮

## NOTICE OF WATER EMERGENCY REGULATIONS.

This is just a warning notice that you are using over the 200 gal. Per day per drought emergency
water restrictions.  Reading- beg. 2970780 **end. 2976270, 362 gal. per day.  Please correct.
Your meter will be read again on the 26th of Aug.  If the over usage is not corrected you
will be issued a violation to correct within 2 days.  If you are still not in compliance  a
flow regulator will be installed on you meter.  If the violation continues your meter will
be locked out.  If you attempt to cut or tamper with the meter, your meter will be pulled
and you will be liable for the cost to remove and/or to replace it.  If you attempt to
block or restrict access to meter the Sheriff will be called to gain access.

Signature_____              Date_____

Ex 6C



### Hornbrook Community Services District

hornbrookcsd@gma il.com

P.O. Box 29, Hornbrook, CA. 96044

530-475-3730

Date Aug. 16, 2021

Customer █████████

Address █████████████████████████ 96044 meter #████

## NOTICE OF WATER EMERGENCY REGULATIONS.

This is just a warning notice that you are using over the 200 gal. Per day per drought emergency water restrictions.  Reading- beg. 5017110**end. 5021410, 286 gal. per day.  Please correct. Your meter will be read again on the 26th of Aug.  If the over usage is not corrected you will be issued a violation to correct within 2 days.  If you are still not in compliance, a flow regulator will be installed on you meter.  If the violation continues your meter will be locked out.  If you attempt to cut or tamper with the meter, your meter will be pulled and you will be liable for the cost to remove and/or to replace it.  If you attempt to block or restrict access to meter the Sheriff will be called to gain access.

Signature_____          Date_____

Ex 6D



**Hornbrook Community Services District**

hcrcprocess.@gma..com

P.O. Box 29, Hornbrook, CA. 96044

530-475-3730

Date Aug. 16, 2021

Customer

Address ─────────────── ter #

### NOTICE OF VIOLATION WATER EMERGENCY REGULATIONS.

This is just a warning notice that you are using over the 200 gal. Per day per drought emergency
water restrictions. Reading- beg. 5178060 end. 5187300. 616 ga. per day. Please correct
Your meter will be read again the 26th of Aug. . If you are still not in compliance a flow
regulator will be installed on you meter. If the violation continues your meter will be
locked out. If you attempt to cut or tamper with the meter your meter will be pulled
and you will be liable for the cost to remove and/or to replace it. If you attempt to
block or restrict access to meter the Sheriff will be called to gain access.

Signature_____            Date_____

Ex 6E



### Hornbrook Community Services District

hornbrookcsd@gmail.com

P.O. Box 29, Hornbrook, CA. 96044

530-475-3730

Date Aug. 16, 2021

Customer ▒▒▒▒▒▒▒▒▒▒

Address ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒ meter # ▒▒▒

## NOTICE OF WATER EMERGENCY REGULATIONS.

This is just a warning notice that you are using over the 200 gal. Per day per drought emergency water restrictions.  Reading- beg. 4682220**end. 4687710; 366 gal. per day.  P ease correct. Your meter will be read again on the 26th of Aug.  If the over usage is not corrected you will be issued a violation to correct within 2 days.  If you are still not in compliance, a flow regulator will be installed on you meter.  If the violation continues your meter will be locked out.  If you attempt to cut or tamper with the meter, your meter will be pulled and you will be liable for the cost to remove and/or to replace it.  If you attempt to block or restrict access to meter the Sheriff will be called to gain access.

Signature_____  Date_____

Ex 6 F



**Hornbrook Community Services District**

hornbrookcsd@gmail.com

P.O. Box 29, Hornbrook, CA. 96044

530-475-3730

Date <u>Aug. 16, 2021</u>

Customer █████████████

Address █████████████████ meter #████

## NOTICE OF WATER EMERGENCY REGULATIONS.

This is just a warning notice that you are using over the 200 gal. Per day per drought emergency water restrictions. Reading- beg. 3084330**end. 3089230, 326 gal. per day. Please correct. Your meter will be read again on the 26th of Aug. If the over usage is not corrected you will be issued a violation to correct within 2 days. If you are still not in compliance, a flow regulator will be installed on you meter. If the violation continues your meter will be locked out. If you attempt to cut or tamper with the meter, your meter will be pulled and you will be liable for the cost to remove and/or to replace it. If you attempt to block or restrict access to meter the Sheriff will be called to gain access.

Signature_____        Date_____

Ex 6 G

# EXHIBIT 7

# EXHIBIT 7



**Hornbrook Community Services District**

hornbrookcsd@frontier.com

P.O. Box 29, Hornbrook, CA. 96044

530-475-3730

Date Aug. 16, 2021

Customer ████████████

Address ████████████████████████ 96044 meter ████

## NOTICE OF WATER EMERGENCY REGULATIONS

## VIOLATION

**Second Notice.**

This is a Violation notice that you are using over the 200 gal. Per day per drought emergency water restrictions. Reading- beg. 3190070 end. 3208426 1224 gal. per day. Please correct. Your meter will be read again on the 26th of Aug. If you are still not in compliance, a flow regulator will be installed on you meter. if the violation continues your meter will be locked out. If you attempt to cut or tamper with the meter, your meter will be pulled and you will be liable for the cost to remove and/or to replace it. If you attempt to block or restrict access to meter the Sheriff will be called to gain access.

Signature_____          Date_____

*Ex 7A*



**Hornbrook Community Services District**

hornbrookcsd@gmail.com

P.O. Box 29, Hornbrook, CA. 96044

530-475-3730

Date Aug. 16, 2021

Customer ▬▬▬

Address ▬▬▬▬▬▬▬▬▬▬▬ meter # ▬

## NOTICE OF WATER EMERGENCY REGULATIONS

## VIOLATION

**Second Notice.**

**This is a Violation notice that you are using over the 200 gal. Per day per drought emergency water restrictions. Reading- beg. 1350370**end. 1360110, 649 gal. per day. Please correct. Your meter will be read again on the 26th of Aug. If you are still not in compliance, a flow regulator will be installed on you meter. If the violation continues your meter will be locked out. If you attempt to cut or tamper with the meter, your meter will be pulled and you will be liable for the cost to remove and/or to replace it. If you attempt to block or restrict access to meter the Sheriff will be called to gain access.**

Signature_____      Date_____

Ex 7B

# EXHIBIT 8

# EXHIBIT 8

1133960
1126290
———————
7670

113396O 23 ed
1130890
———————
3070

**Hornbrook Community Services District**

hornbrookcsd@gmail.com

P.O. Box 29, Hornbrook, CA. 96044

530-475-3730

109
7)7670

Date <u>Aug. 16, 2021</u>

Customer Jerry Adams

43
7)3070
28
27
21
60

Address <u>15520 Hornbrook Rd. Hornbrook, Ca. 96044</u> meter # 67

## NOTICE OF WATER EMERGENCY REGULATIONS.

This is just a warning notice that you are using over the 200 gal. Per day per drought emergency water restrictions. Reading- beg. 1126290**end. 1130890, 306 gal. per day. Please correct. Your meter will be read again on the 26th of Aug. If the over usage is not corrected you will be issued a violation to correct within 2 days. If you are still not in compliance, a flow regulator will be installed on you meter. If the violation continues your meter will be locked out. If you attempt to cut or tamper with the meter, your meter will be pulled and you will be liable for the cost to remove and/or to replace it. If you attempt to block or restrict access to meter the Sheriff will be called to gain access.

Signature _____     Date Aug 23, 2021



**Hornbrook Community Services District**

hornbrookcsd@gmail.com

P.O. Box 29, Hornbrook, CA. 96044

530-475-3730

Date Sept. 3, 2021

Customer Moody Kathy

Address : 328 Henley Hornbrook Rd Hornbrook Ca. 96044 meter # 100

## NOTICE OF WATER EMERGENCY REGULATIONS.

This is just a warning notice that you are using over the 200 gal. Per day per drought emergency water restrictions. Your average usage per day is 266 gal. a day. Please correct. Your meter will be read again between the 11th and 15th of Sept. If the over usage is not corrected you will be issued a violation to correct within 2 days. If you are still not in compliance, a flow regulator will be installed on you meter. If the violation continues your meter will be locked out. If you attempt to cut or tamper with the meter, your meter will be pulled and you will be liable for the cost to remove and/or to replace it. If you attempt to block or restrict access to meter the Sheriff will be called to gain access.

Signature _Robert Puckett_                    Date_ 9/7/21_



**Hornbrook Community Services District**

hornbrookcsd@gmail.com

P.O. Box 29, Hornbrook, CA. 96044

530-475-3730

Date Sept. 17, 2021

Customer Jim Soares

Address 15624 Hornbrook Rd Hornbrook, Ca. 96044 meter # 73

## NOTICE OF WATER EMERGENCY REGULATIONS.

### SECOND NOTICE OF VIOLATION

This is your second notice of violation that you are using over the 200 gal. Per day per drought
emergency water restrictions. Your usage is still 211gal. per. day. Please correct. A flow
regulator will be installed on you meter. Your meter will be read again in two days. If
the violation continues your meter will be locked out. If you attempt to cut or tamper
with the meter, your meter will be pulled and you will be liable for the cost to remove
and/or to replace it. If you attempt to block or restrict access to meter the Sheriff will be
called to gain access.

Signature _____                    Date 9/17/21

# EXHIBIT 9

# EXHIBIT 9



09/26/2021

09/21/2021



# EXHIBIT 10

# EXHIBIT 10

# Hearing Oral Argument Outline

Since my water was shut off on July 20, I have gotten two bills from the HCSD that do not have any explanation or charges for the shut off on them, and no enclosures addressing how I might get my water turned back on.

Based on the submissions in response to the Court's TRO, it seems that the Defendants think that since they believe me to be a bad person for filing lawsuits against them, then they are justified in arbitrarily and capriciously shutting off my water without any notice or hearings, and then just keeping it shut off forever as some sort of cruel and unusual punishment.

When the Court issued its OSC in response to my Verified Complaint, the Motion for a TRO, and my supporting evidence, your honor specifically told the Defendants to set forth in writing why my preliminary injunction should not be granted. They failed to obey that order with the declarations they submitted, which are just a bunch of inadmissible hearsay, conclusions, speculation, and improper arguments that have nothing to do with what they did, or why they did it - and don't explain why there was no hearing given about my water service, or what the compelling state interest might be in shutting my water off and keeping it off. The Defendants' submissions also do not explain how or when I might get my water turned on besides an Order of the Court, and so leave completely unanswered the serious questions going to the merits of the Complaint, and of the TRO Motion.

Right now, I am living in a County with a declared emergency for fires that has gone on for over two months, and CDF has stated on the news that they expect fire season to last until November. Every day there is news of new fires around us, and smoke and ash blow over my house, which is very scary anyway, but now I have no way to fight any fires with my water shut off, so am scared and worried all the time, and have trouble sleeping because I am afraid I will be trapped in the house and killed along with my animals. When the Klamathon Fire hit us in 2018, there was no response to my home from CDF or our single-engine local fire department, and it was my caregiver and neighbors who stopped the fire in my backyard using the hose.

Personally, my medical condition means that I suffer from incontinence, and need to take a full shower at least once a day, with at least a few extra occasional quick rinses, and a lot of hand washing. Not having water service means I dont get to do that, and I cant do laundry or even just rinse out my clothes in the sink, so instead I get to be filthy and miserable a lot, as well as being unsanitary, and developing

painful rashes, along with other symptoms.  My house is always smelly now because I have to conserve flushes of toilet as much as I can.

I have had to borrow thousands of dollars to put in a holding tank, pumps, and a pressure system so I could have at least some potable water delivered and available for my use, but the cost of water delivery to my small holding tank is $50 for 150 gallons of water, and deliveries are only twice per week, so I run out of water often, and go a day or two with nothing but a few gallon jugs for my animals to drink.  I am also out of money, my friends are out of money to loan me, and I have run up my credit cards paying for all of this stuff because the HCSD wont turn my water back on no matter what I do, and they refuse to respond in any way to my letters and emails about turning my water service back on.  My last delivery was yesterday, and I have about another day's worth of water left.

The Defendants have not demonstrated that an Order of this Court requiring them to immediately give back my water meter and restore water service, and forbidding them from shutting it off again during the pendency of this action would cause them any hardship or harm at all, and did not show that any public interest is being served by shutting my water off and keeping it off.

I ask that based on the evidence submitted, the Court grant those orders, along with the other relief I asked for about my driveway, as well as specifically ordering that the Defendants stick to the normal routine of reading the meter once each month between the 27th and the 30th, and that they give me at least 48 hours notice when they plan to do so in order that I can make sure the driveway is clear for them.

I would also ask that the Court order the Defendants not to charge me any fees to restore my meter and water service, and that they be required to file a notice of compliance.