**SPINELLI, DONALD & NOTT**
A Professional Corporation
J. SCOTT DONALD, SBN: 158338
JEFFREY C. CHIAO, SBN: 236781
601 University Avenue, Suite 225
Sacramento, CA 95825
Telephone:  (916) 448-7888
Facsimile:   (916) 448-6888

Attorneys for Defendants
ROBERT PUCKETT, SR., CLINT DINGMAN, MICHELE HANSON, MELISSA TUELLEDO and HORNBROOK COMMUNITY SERVICES DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY R. OLSON,<br><br>  Plaintiff,<br><br>vs.<br><br>ROBERT PUCKETT, SR., CLINT DINGMAN; MICHELE HANSON; MELISSA TUELLEDO; HORNBROOK COMMUNITY SERVICES DISTRICT; BRUCE'S TOWING/RADIATOR & DISMANTLING; and DOES 1 through 20, inclusive,<br><br>  Defendants. | Case No.:  2:21-cv-1482-KJM-DMC (PS)<br><br>**DEFENDANTS' NOTICE OF MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FED R. CIV. PROC. 12(B)(6)**<br><br>Date:            January 5, 2022<br>Time:           10:00 am<br>Courtroom:   304, 3RD Floor<br>Judge:          Hon. Dennis M. Cota<br><br>Complaint Filed: August 18, 2021<br>First Amended Complaint Filed: October 6, 2021<br>Trial Date:  TBD |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 5, 2022, at 10:00 a.m., or as soon thereafter as the matter may be heard in the above-entitled court, located at the Redding Federal Courthouse, 2986 Bechelli Lane, Redding, CA 96002, before the Honorable Dennis M. Cota, Defendants ROBERT PUCKETT, SR., CLINT DINGMAN, MICHELE HANSON, MELISSA TUELLEDO and HORNBROOK COMMUNITY SERVICES DISTRICT, will and does hereby move the Court to dismiss the claims alleged by Plaintiff in her First Amended Complaint.

The motion is brought pursuant to the following grounds:

1. Plaintiff's First Amended Complaint is barred by res judicata.

2. Plaintiff's entire First Amended Complaint and each cause of action alleged does not comply with Rule 8(a) and is therefore subject to dismissal.

3. Plaintiff fails to allege sufficient facts for a viable claim for 4th/5th Amendment claim for illegal search and seizure against Defendants.

4. Plaintiff fails to allege sufficient facts for a viable federal conspiracy claim against Defendants.

5. Plaintiff fails to allege sufficient facts for a viable §1983 claim based on violations of due process or equal protection against Defendants.

6. Plaintiff fails to allege sufficient facts for a viable federal retaliation claim against Defendants.

7. Plaintiff fails to allege sufficient facts for a viable ADA Claim against Defendants.

8. Plaintiff fails to allege sufficient facts for a viable *Monell* Claim against Hornbrook Community Services District.

9. Plaintiff fails to allege claims against the Individual Defendants in their individual or official capacities.

10. This Court lacks jurisdiction to grant the declaratory and injunctive relief requested in Plaintiff's First Amended Complaint; the First Amended Complaint is also barred by the Eleventh Amendment.

This motion to dismiss is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Jeffrey Chiao in support, and the pleadings and papers filed in this action to date, and on any and all further evidence that may be presented to the Court during the hearing on this motion.

Dated: October 20, 2021         SPINELLI, DONALD & NOTT

By: /s/ *Jeffrey Chiao*
   J. SCOTT DONALD
   JEFFREY CHIAO
   Attorneys for Defendants