**SPINELLI, DONALD & NOTT**
A Professional Corporation
J. SCOTT DONALD, SBN: 158338
JEFFREY C. CHIAO, SBN: 236781
601 University Avenue, Suite 225
Sacramento, CA 95825
Telephone: (916) 448-7888
Facsimile: (916) 448-6888

Attorneys for Defendants
ROBERT PUCKETT, SR., CLINT DINGMAN, MICHELE HANSON, MELISSA TUELLEDO and HORNBROOK COMMUNITY SERVICES DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY R. OLSON,<br><br>  Plaintiff,<br><br>  vs.<br><br>ROBERT PUCKETT, SR., CLINT DINGMAN; MICHELE HANSON; MELISSA TUELLEDO; HORNBROOK COMMUNITY SERVICES DISTRICT; BRUCE'S TOWING/RADIATOR & DISMANTLING; and DOES 1 through 20, inclusive,<br><br>  Defendants. | Case No.: 2:21-cv-1482-KJM-DMC (PS)<br><br>**PROOF OF SERVICE BY MAIL OF DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FED R. CIV. PROC. 12(B)(6)**<br><br>Date:     January 5, 2022<br>Time:     10:00 am<br>Courtroom: 304, 3RD Floor<br>Judge:    Hon. Dennis M. Cota<br><br>Complaint Filed: August 18, 2021<br>First Amended Complaint Filed: October 6, 2021<br>Trial Date: TBD |

I am a citizen of the United States, employed in the County of Sacramento, State of California. My business address is 601 University Avenue, Suite 225, Sacramento, CA 95825. I am over the age of 18 and not a party to the above-entitled action.

I am readily familiar with Spinelli, Donald & Nott's practice for collection and processing of correspondence for mailing with the United States Postal Service. Pursuant to said practice, each document is placed in an envelope, the envelope is sealed, the appropriate postage is placed thereon and the sealed envelope is placed in the office mail receptacle. Each day's mail is collected and

SPINELLI, DONALD & NOTT

1
PROOF OF SERVICE BY MAIL OF DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FED R. CIV. PROC. 12(B)(6)

deposited in a U.S. mailbox at or before the close of each day's business.  (Code Civ. Proc., § 1013a(3) or Fed.R.Civ.P.5(a) and 4.1.)

On the date set forth below, I caused the within

1. **DEFENDANTS' NOTICE OF MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FED R. CIV. PROC. 12(B)(6)**
2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO Fed. R. Civ. P. 12(b)(6)**
3. **DECLARATION OF JEFFREY CHIAO IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FED R. CIV. PROC. 12(B)(6)**

the originals of which were produced on recycled paper, to be served via:

**[XX]   FIRST-CLASS MAIL**
Placed in the United States Mail at Sacramento, California in an envelope with postage thereon fully prepaid to the person(s) at the address(es) set forth below:

| Kimberly R. Olson<br>P.O. Box 243<br>Hornbrook, CA 96044<br>530-475-3669 | *Plaintiff*<br>**IN PRO PER** |
|---|---|

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on October 20, 2021, at Sacramento, California.

                                            /s/ *Lois Acheson*
                                              Lois Acheson

SPINELLI, DONALD & NOTT

2
PROOF OF SERVICE BY MAIL OF DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FED R. CIV. PROC. 12(B)(6)