IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY OLSON,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT PUCKETT, SR., et al.,<br><br>Defendants. | No. 2:21-CV-1482-KJM-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. On September 17, 2021, Defendants filed an amended motion to dismiss, ECF No. 31, which was noticed for hearing before the undersigned in Redding, California, on November 3, 2021, at 10:00 a.m. Defendants' amended motion to dismiss challenges the sufficiency of the allegations in the original complaint. On October 6, 2021, Plaintiff filed a first amended complaint. See ECF No. 44. On October 20, 2021, Defendants filed a motion to dismiss the first amended complaint and noticed their motion for hearing before the undersigned in Redding, California, on January 5, 2022, at 10:00 a.m. See ECF No. 47.

Because Plaintiff's first amended complaint supersedes the original complaint which is the subject of Defendants' amended motion to dismiss, the amended motion to dismiss at ECF No. 31 is now moot. The amended motion to dismiss will be terminated as a pending motion and the November 3, 2021, hearing will be vacated. The matter remains on calendar for

hearing on Defendants' motion to dismiss the first amended complaint on January 5, 2022.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to terminate ECF No. 31 as a pending motion; and

2. The hearing scheduled for November 3, 2021, before the undersigned in Redding, California, is vacated.

Dated:  October 27, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE