IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY OLSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT PUCKETT, SR., et al.,<br><br>　　　　Defendants. | No. 2:21-CV-1482-KJM-DMC<br><br><br>ORDER |

　　　　Plaintiff, who is proceeding pro se, brings this civil action. The matter was referred to a United States Magistrate Judge as provided by the Eastern District of California local rules.

　　　　On September 17, 2021, the Magistrate Judge filed findings and recommendations, which were served on the parties and which contained notice that the parties may file objections within the time specified therein. Plaintiff filed objections, ECF Nos. 40-42, to which defendants responded, ECF Nos. 45, 46. Plaintiff then filed a further reply. ECF No. 49.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this court has conducted a *de novo* review of this case. Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/ / / / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 17, 2021, are adopted in full;

2. Plaintiff's motion for injunctive relief, ECCF No. 3, is granted to the extent HCSD must provide Olson with water in compliance with internal rules and all other applicable state and local laws;

3. Within 10 days of the date of this order, HCSD is ordered to return Olson's water meter and attach a flow restrictor to it, limiting Olson to 200 gallons of water per day, or whatever <u>generally applicable</u> use restrictions HCSD enacts in order to conserve water;

4. HCSD shall provide all required time periods between any notice of violation and any adverse action not covered by the order granting injunctive relief;

5. HCSD is permitted to take regular readings of Olson's water meter and undertake any routine or emergency maintenance necessary;

6. Olson is ordered not to tamper with or obstruct her water meter or the attached flow regulator, except to the extent an emergency situation requires maintenance of the meter; Olson is further ordered to comply with all lawful directives from law enforcement, including orders to remove illegal obstructions to her water meter; Olson is further ordered not to interfere with HCSD officials undertaking lawful, routine duties concerning her water meter;

6. Olson is ordered to comply with all HCSD restrictions, including usage limits and restrictions on outdoor watering; and

7. This order shall remain in place during the pendency of this case.

Additionally, plaintiff's request to conduct expedited discovery is referred back to the magistrate judge. *See* ECF No. 40 at 1.

DATED: December 3, 2021.

CHIEF UNITED STATES DISTRICT JUDGE