**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIMBERLY OLSON, | No. 2:21-CV-1482-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| ROBERT PUCKETT, SR., et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. Pursuant to Eastern District of California Local Rule 230(g), the hearing scheduled for January 5, 2022, at 10:00 a.m., before the undersigned in Redding, California, on Defendants' motion to dismiss, ECF No. 47, and Plaintiff's motion to strike, ECF No. 51, is hereby taken off calendar and the matters are submitted on the record and briefs without oral argument.

IT IS SO ORDERED.

Dated:  December 27, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1