# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY OLSON, | No. 2:21-CV-1482-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| ROBERT PUCKETT, SR., et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. Plaintiff and Defendant Bruce's Towing/Radiator and Dismantling (Bruce's Towing) have filed a stipulation of voluntary dismissal of all claims against Defendant Bruce's Towing. Because the stipulation has been signed by both parties, leave of Court is not required and Defendant Bruce's Towing is dismissed on the parties' notice. See Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to terminate Bruce's Towing/Radiator and Dismantling as a defendant to this action.

IT IS SO ORDERED.

Dated: January 31, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1