IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY OLSON, | No. 2:21-CV-1482-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| ROBERT PUCKETT, SR., et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. Among other motions pending in this case, before the Court are the following motions which are noticed for hearings on the undersigned's civil law and motion calendar: (1) Plaintiff's motion for civil contempt sanctions and further injunctive relief, ECF No. 67, set for hearing on March 9, 2022, at 10:00 a.m., in Redding, California; and (2) Plaintiff's motion for partial summary judgment, ECF No. 68, set for hearing on March 23, 2022, at 10:00 a.m., in Redding, California.[1]  Pursuant to Eastern District of California Local Rule 230(g), the March 9, 2022, and March 23, 2022, hearings are hereby taken off calendar and the matters will be submitted on the record and briefs without oral argument upon completion of the briefing schedule set below.

/ / /

---

[1] Also before the Court are the following motions, which have been submitted on the briefs without oral argument: (1) Defendants' motion to dismiss, ECF No. 47; and (2) Plaintiff's motion, ECF No. 51, to strike.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing set on ECF No. 67 for March 9, 2020, at 10:00 a.m., before the undersigned in Redding, California, is vacated;

2. The hearing set on ECF No. 68 for March 23, 2020, at 10:00 a.m., before the undersigned in Redding, California, is vacated;

3. Defendants' opposition to Plaintiff's motion for partial summary judgment at ECF No. 68 is due within 60 days of the date of this order;

4. Plaintiff's reply to Defendants' opposition to her motion for sanctions and injunctive relief at ECF No. 67 is due within 60 days of the date of this order;

5. Plaintiff's reply to any opposition to Plaintiff's motion for partial summary judgment at ECF No 28 is due within 30 days of service of Defendants' opposition;

6. Upon completion of briefing, all pending motions, ECF Nos. 47, 51, 67, and 68, will stand submitted on the papers without oral argument; and

7. Plaintiff's motion, ECF No. 70, for an extension of time is denied as unnecessary in light of the foregoing.

Dated:  March 2, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE