IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| KIMBERLY OLSON, | No. 2:21-CV-1482-KJM-DMC |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| ROBERT PUCKETT, SR., et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. Pursuant to Eastern District of California Local Rule 230(g), the hearing scheduled for April 27, 2022, at 10:00 a.m., before the undersigned in Redding, California, on Plaintiff's motion for injunctive relief, ECF No. 72, is hereby taken off calendar. Plaintiff may file a reply in support of her motion on or before April 26, 2022. Thereafter the matter will stand submitted on the record and briefs without oral argument.

IT IS SO ORDERED.

Dated: April 18, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE