**SPINELLI, DONALD & NOTT**
A Professional Corporation
J. SCOTT DONALD, SBN: 158338
JEFFREY CHIAO, SGN: 236781
601 University Avenue, Suite 225
Sacramento, CA 95825
Telephone: (916) 448-7888
Facsimile:   (916) 448-6888

Attorneys for Defendants
ROBERT PUCKETT, SR., CLINT
DINGMAN, MICHELE HANSON,
MELISSA TUELLEDO and HORNBROOK
COMMUNITY SERVICES DISTRICT

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY R. OLSON,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT PUCKETT, SR., CLINT DINGMAN; MICHELE HANSON; MELISSA TUELLEDO; HORNBROOK COMMUNITY SERVICES DISTRICT; BRUCE'S TOWING/RADIATOR & DISMANTLING; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-1482-KJM-DMC (PS)<br><br>**DECLARATION OF ROBERT PUCKETT, SR. IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hearing on Motion vacated by court order on March 3, 2022 (ECF No. 71)<br><br>Complaint Filed: December 16, 2020<br>Trial Date:  TBD |

I, Robert Puckett, Sr., hereby declare:

      1.   That on April 29, 2021, a document entitled Conserve Hornbrook Water was sent out via

email and also by hand delivery to all customers of the district specifically providing

notification that customers would need to begin conserving water immediately.  A copy of

the Conserve Hornbrook Water flyer is attached as **Exhibit A** to this declaration.

2. On July 14, 2021, the Siskiyou County Office of Emergency Services sent out an "urgent message" asking all customers of the district to conserve water due to a finding that the storage tanks were nearly empty and that the current level of water usage was beyond the available supply to adequately replenish the system.  This notice was posted on the district website and distributed to all customers by hand.  Attached as **Exhibit B** to this declaration is a true and correct copy of the warning.

3. On July 16, 2021, HCSD passed and adopted through its board of directors Resolution No. 2021-02 "Declaration of Water Shortage Emergency".  Under the terms of this resolution, which was enacted as a response to an extreme water shortage brought about by the drought and determined necessary under the California Water Code to address a determination that the ordinary demands and requirements of water consumers within the district could not be satisfied without depleting the water supply of the district to the extent that there would be insufficient water for human consumption, sanitation and fire protection.  In furtherance of the ordinance, the district's customers were restricted to 200 gallons per household per day during the emergency.  A copy of this Resolution is attached as **Exhibit C** to this declaration.

4. On July 17, 2021, a public notice declaring an emergency water use reduction and boil water notice was issued and hand delivered to all customers and posted at business and on the district website.  At that time, all meters were read to keep an eye on water usage.

5. On July 19, 2021, the water meter for Kimberly Olson could not be accessed because a car had been parked on top of the meter making it impossible for the meter to be read.  Attached as **Exhibit D** is a true and correct copy of this notice.  However, it was observed and Ms. Olson was cited for violating Resolution 2021-02 by outdoor watering.  Attached as **Exhibit E** is a true and correct copy of this notice.

6. On July 20, 2021, a second notice of violation for tampering and obstruction of the water meter siting Government Code Section 61064 and District Rules & Regulations 4.11 and 4.12 were issued to Kimberly Olson.  Attached as **Exhibit F** is a true and correct copy of this notice.

DECLARATION OF ROBERT PUCKETT, SR. IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

7. On July 22, 2021, Ms. Olson's meter was read and it was shown that she was significantly exceeding the water use restriction of 200 gallons per day.  At that time, she was ordered to immediately cease and desist exceeding the allotting amount and that a result of a violation of her meter would be the removal and discontinuance of service.  Attached as **Exhibit G** is a true and correct copy of this notice.

8. Ms. Olson's water was temporarily disconnected due her continuing refusal to adhere to Hornbrook Community Service District's Rules and Regulations.  Attached as **Exhibit H** is a true and correct copy of Hornbrook Community Service District's Rules and Regulations dated June 6, 2013.

9. On July 23, 2021, Ms. Olson was issued another violation for obstruction and outside watering and at that time the sheriff was called out to have her remove the obstruction which she refused to do.  It was explained to her that if she did not remove the car which she had again parked on top of the meter, that it would be towed away by the sheriff's office.  When she refused again, her car was towed.  Her car was retrieved that same day and again parked back on the meter along with a van and a very large water tank, all of which obstructed the reading of her meter.

10. For the month of July, and while a restriction on use was in place for households to limit their use to 200 gallons per day, Ms. Olson was utilizing 6,200 gallons per day.  In addition to utilizing motor vehicles to block her meter from being read, Ms. Olson poured kitty litter over it and placed the board over it.

11. Due to the multiple violations and overuse of water and after being placed on notice that her water would in fact be turned off if she continued such actions.  On July 23, 2021, Ms. Olson was issued with another violation to remove an obstruction of her water meter and placed on notice that if the obstruction was not removed that her water would be disconnected and her meter removed.  Due to her refusal to the district, the sheriff's department was called out and after she refused to comply with the sheriff's request and remove the obstruction, the vehicles obstructing the meter were towed away and her water was disconnected and meter removed.

DECLARATION OF ROBERT PUCKETT, SR. IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

12. Ms. Olson received notification of all of the violations noted above both through email and the hand-delivery of the notices.  Due to the fact that Ms. Olson kept her gate locked, the notices were taped to her fence and were also placed in the window of the car parked on top of the meter.

13. The applicable emergency ordinance due to drought remains in effect.  As a result of the drought and Ms. Olson's persistent misuse of water, the district is concerned that an injunction will significantly impact the health, safety and welfare of the other 121 customers serviced by the district.  It is expected that if the court enforces the injunction that Ms. Olson will revert to her prior conduct that includes grossly excessive use of water during a drought and purposeful interference with the district's ability to monitor her use.

I declare under penalty of perjury, in the State of California, that the foregoing matters are true and correct and executed on this 2nd day of May, 2022 in Hornbrook, California.

_____/s/ *Robert Puckett, Sr.*_____
ROBERT PUCKETT, SR.

DECLARATION OF ROBERT PUCKETT, SR. IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

# EXHIBIT A

# CONSERVE HORNBROOKS WATER

Water is always on our minds. We worry about it constantly, thinking "will we have enough?" and "what happens if we run out?

Due to weather in the past season HCSD is requesting **all** to start an **immediate Water Conservation.**  Water conservation can go a long way to help alleviate these impending shortages.

## 1. Check your toilet for leaks.

Put a few drops of food coloring in your toilet tank. If, without flushing, the coloring begins to appear in the bowl., you have a leak that may be wasting more than 100 gallons of water a day.

## 2. Stop using your toilet as an ashtray or wastebasket.

Every cigarette butt or tissue you flush away also flushes away five to seven gallons of water.

## 3. Put a plastic bottle in your toilet tank.

Put an inch or two of sand or pebbles in the bottom of a one liter bottle to weigh it down. Fill the rest of the bottle with water and put it in your toilet tank, safely away from the operating mechanism. In an average home, the bottle may save five gallons or more of water every day without harming the efficiency of the toilet.

## 4. Take shorter showers.

Limit your showers to the time it takes to soap up, wash down and rise off.

## 5. install water-saving shower heads or flow restrictors.

They are easy to install, and your showers will still be cleansing and refreshing.

## 6. Take baths

A partially filled tub uses less water than all but the shortest showers.

## 7. Turn off the water while brushing your teeth.

Before brushing, wet your brush and fill a glass for rinsing your mouth.

## 8. Turn off the water while shaving.

## 9. Check faucets and pipes for leaks.

Even a small drip can waste 50 or more gallons of water a day.

### 10. Use your automatic dishwasher for full loads only.

### 11. Use your automatic washing machine only for full loads.

### 12. Don't let the faucet run while you clean vegetables.

Rinse your vegetables instead in a bowl or sink full of clean water.

### 13. Keep drinking water in the refrigerator.

This puts a stop to the wasteful practice of running tap water to cool it for drinking

### 14. If you wash dishes by hand, do not leave the water running for rinsing.

If you have two sinks, fill one with rinse water. If you have only one sink, first gather all your washed dishes in a dish rack, then rinse them quickly with a spray device or a pan of water.

### 15. Check faucets and pipes for leaks.

Leaks waste water 24 hours a day, seven days a week. An inexpensive washer is usually enough to stop them.

### 16. Water your lawn only when it needs it.

Step on some grass. If it springs back up when you move your foot, it doesn't need water.

### 17. Water during the cool parts of the day.

Early morning is better than dusk since it helps prevent the growth of fungus. Position your sprinklers so that water lands on your lawn or garden, not in areas where it does no good. Avoid watering on windy days.

### 18. Plant drought-resistant trees and plants.

Many beautiful trees and plants thrive without irrigation.

### 19. Put a layer of mulch around trees and plants.

Mulch slows the evaporation of moisture.

### 20. Use a broom to clean driveways, sidewalks and steps.

### 21. Don't run the hose while washing your car Use a hose only to rinse it off.

### 22. Tell your children not to play with the hose and sprinklers.

Unfortunately, this practice is extremely wasteful of precious water and should be discouraged.

<u>23. Check for leaks in pipes, hoses faucets and couplings.</u>

Leaks outside the house are easier to ignore since they don't mess up the floor or keep you awake at night. However, they can be even more wasteful than inside water leaks especially when they occur on your main water line.

**<u>Doing as many of these items on this list will help our community conserve our supply of water.</u>**

**If anyone has any questions regarding how to conserve water in Hornbrook you can**

**Call Hornbrook CSD (530) 475-3730 or Email hornbrookcsd@gmail.com**

# EXHIBIT B



# Siskiyou County
## Office of Emergency Services

Angela Davis
County Administrator

Bryan Schenone
Director, OES

## July 14 Urgent Message

**The Hornbrook Community Services District is asking all users of the Hornbrook water system to conserve water.**

-The current level of water usage is beyond the available supply to adequately replenish the system.

- At present, storage tanks are nearly empty.

Please refrain from unnecessary water usage to allow the system to recover the capacity needed to ensure public safety and provide for the community's basic needs.





# EXHIBIT C

# HORNBROOK COMMUNITY SERVICES DISTRICT

### Resolution No. 2021-02
### Declaration of Water Shortage Emergency

**WHEREAS,** drought conditions and water demand in the year 2021 have contributed to a water shortage emergency severely affecting and disrupting the supply of water within the Hornbrook Community Services District such that there is insufficient water for human consumption, sanitation, and fire protection unless emergency water conservation and restriction measures are implemented immediately; and

**WHERAS,** Water Code Section 350 requires that the governing body of a distributor of a public water supply declare a water shortage emergency condition to prevail within the area served by such distributor whenever it finds and determines that the ordinary demands and requirements of water consumers cannot be satisfied without depleting the water supply of the distributor to the extent that there would be insufficient water for human consumption, sanitation, and fire protection; and

**WHEREAS,** the above described drought conditions and water demands have caused a failure to the District's ability to supply water and constitutes an emergency which requires immediate action to be taken; and

**WHEREAS,** pursuant to Water Code Section 351, under the current circumstances the failure of the District water supply qualifies the District to be exempt from causing notice of this Declaration of Water Shortage Emergency to be published in accordance with applicable statutory requirements set forth at Water Code Section 352 and the public hearing process set forth at Water Code Section 351; and

**WHEREAS,** Water Code Section 353 states that when the governing body has so determined and declared the existence of an emergency condition of water shortage within its service area, it shall thereupon adopt such regulations and restrictions on the delivery of water and the consumption within said area of water supplied for public use as will in the sound discretion of such governing body conserve the water supply for the greatest public benefit with particular regard to domestic use, sanitation, and fire protection; and

**WHEREAS,** Water Code Section 354 states that after allocating and setting aside the amount of water which in the opinion of the governing body will be necessary to supply water needed for domestic use, sanitation, and fire protection, the regulations may establish priorities in the use of water for other purposes and provide for the allocation, distribution, and delivery of water for such other purposes, without discrimination between consumers using water for the same purpose or purposes; and

**WHEREAS,** Water Code Section 355 states that such regulations and restrictions shall thereafter be and remain in full force and effect during the period of the emergency and until the supply of water available for distribution within such area has been replenished or augmented; and

**WHEREAS,** Water Code Section 356 states that such regulations and restrictions may include the right to deny applications for new or additional service connections, and provision for their enforcement by discontinuing service to consumers willfully violating the regulations and restrictions; and

1

**WHEREAS,** Water Code Section 357 states that if the regulations and restrictions on delivery and consumption of water adopted pursuant to the above mentioned Water Code Sections conflict with any law establishing the rights of individual consumers to receive either specific or proportionate amounts of the water supply available for distribution within such service area, the regulations and restrictions adopted pursuant to said Water Code Sections shall prevail over the provisions of such laws relating to water rights for the duration of the period of emergency.

NOW, THEREFORE, BE IT RESOLVED BY THE BOARD OF DIRECTORS OF THE HORNBROOK COMMUNITY SERVICES DISTRICT AS FOLLOWS:

1. That the foregoing recitals are true and correct and are incorporated by this reference as fully set forth herein.

2. The Board of Directors finds and determines, pursuant to Water Code Section 350, that the ordinary demands and requirements of water consumers cannot be satisfied without depleting the water supply of the District to the extent that there would be insufficient water for human consumption, sanitation, and fire protection.

3. The Board of Directors finds and determines, pursuant to Water Code Section 351, that the District's water supply has failed and there exists an immediate emergency to the water supply of the District to the extent that there is insufficient water for human consumption, sanitation, and fire protection and that a such an immediate emergency exempts the District from the noticed published hearing process set forth at Water Code Sections 351 & 352.

4. The Board of Directors declares a Water Shortage Emergency for the year 2021, to take effect immediately upon adoption of this Resolution.

5. The Board of Directors is hereby authorized to adopt such regulations and restrictions on the delivery of water and the consumption within the District of water supplied for public use as will in the sound discretion of such governing body to restrict and conserve the water supply for the greatest public benefit with particular regard to domestic use, sanitation, and fire protection, pursuant to Water Code Section 353.

6. The Board of Directors finds and determines that due to the failure of a reliable water supply to the District, the following restrictions shall immediately apply:

   a. All residential water users shall be restricted to 200 gallons of water per household per day. The District Board of Directors reserves the right to make further adjustments as needed to protect the health and safety of the public.

   b. No new water service connections or commitments for new water service shall be put in place.

   c. Outdoor watering is prohibited, including watering and irrigation of any landscaping, gardens, plants, shrubs, trees, ground cover, turf, grass, and lawn.

2

d.  No new or expanded landscaping, gardens, planting of trees, shrubs, plants, ground cover, turf grass shall be planted, hydroseeded, or laid.

e.  The use of running water from a hose, pipe, or faucet for the purpose of cleaning buildings and outdoor hardscape surfaces is prohibited.

f.  Filling pools and spas is prohibited.

g.  The operation of, and introduction of water into, ornamental fountains is prohibited.

h.  Washing of boats, vehicles, and equipment shall be prohibited.

i.  Operators of hotels, motels, restaurants and other commercial establishments shall post notice at their establishment or work site a notice of water shortage emergency and shall serve water only upon request.

j.  During this declared water shortage emergency the District shall impose other or further regulations, which the District Board of Directors determines to be necessary to ensure that water supply is used only to meet public health and safety needs.

k.  In the event that the District observes that water use is in violation of these Declaration of Water Shortage Emergency regulations is occurring at a customer's premises, the District may, after a written warning to the customer, authorize installation of a flow-restricting device on the service line for any customer observed by the District to be willfully violating any of the regulations and restrictions on water use set forth in this Declaration of Water Shortage Emergency. In the event that a further willful violation is observed by the District, the District may discontinue service. Charges for the installation of flow-restricting devices or restoring service may be fixed by the District Board of Directors from time to time.

l.  Water waste, as defined below in Section 6(m) of this Declaration of Water Shortage Emergency, is prohibited.

m. "Water waste" means:

   i.  Residential water use that exceeds the 200 gallons per household per day limit set above at Section 6(a) of this Declaration of Water Shortage Emergency.
   ii.  Water use that violates any water restriction set forth in this Declaration of Water Shortage Emergency.
   iii.  Causing or permitting excessive water to discharge, flow, or run to waste into any drain, gutter, sanitary sewer, watercourse, or storm drain, or to any adjacent property, from any tap, hose faucet, pipe,

ii.    Water use that violates any water restriction set forth in this
       Declaration of Water Shortage Emergency.

iii.   Causing or permitting excessive water to discharge, flow, or run to
       waste into any drain, gutter, sanitary sewer, watercourse, or storm
       drain, or to any adjacent property, from any tap, hose faucet, pipe,

       sprinkler, or nozzle. In the case of irrigation, "discharge," "flow," or
       "run to waste" means that the earth intended to be irrigated has
       been saturated with water to the point that excess water flows
       over the earth to waste.

iv.    Allowing water fixtures or heating or cooling devices to leak or
       discharge excessively.

v.     Backwashing so as to discharge to waste from swimming pools,
       decorative basins or ponds in excess of the frequency necessary
       to ensure the healthful condition of the water or in excess of that
       required by standards for professionally administered
       maintenance or to address structural considerations.

vi.    Operation of an irrigation system that applies water to an
       impervious surface or that is in disrepair.

vii.   Outdoor watering or irrigation of landscaping.

viii.  Any other factors as determined by the District Board of Directors.

7.  If any provision of this Declaration of Water Shortage Emergency is held illegal or
    unenforceable in a judicial proceeding, such provision shall be severed and shall be
    inoperative, and the remainder of this Declaration of Water Shortage Emergency
    shall remain operative and binding.

Passed and adopted by the Board of Directors of the Hornbrook Community Services District at
their meeting held on this _16_ th day of July 2021, by the following vote:

AYES: Puckett, Mellon, Tulledo, Hanson

NOES: 0

ABSENT: 1, Duncan

_____
President of the Board

ATTEST:

_____
Secretary of the Board

# EXHIBIT D



### Hornbrook Community Services District

hornbrookcsd@gmail.com

P.O. Box 29, Hornbrook, CA. 96044

530-475-3730

Date July 16, 2021

Dear Customer, Kimberly Olson and Peter Harrell

Address 408 Henly Hornbrook Rd. Hornbrook Ca. 96044    meter# 97

## NOTICE OF

## VIOLATION OF WATER EMERGENCY REGULATIONS.

On July 19, 2021, you are in violation of tampering and obstruction of water meter.  Parking car on top of meter making it impossible for meter to be read and refusing to remove it.

Signature_____          Date_____

# EXHIBIT E



### Hornbrook Community Services District

hornbrookcsd@gmail.com

P.O. Box 29, Hornbrook, CA. 96044

530-475-3730

Date July 16, 2021

Dear Customer, Kimberly Olson and Peter Harrell

Address 408 Henly Hornbrook Rd. Hornbrook Ca. 96044     meter# 97

## NOTICE OF

## VIOLATION OF WATER EMERGENCY REGULATIONS.

On July 19, 2021, this is a warning for violation of outdoor watering.  Cease and desist all outdoor watering immediately.

Signature_____          Date_____

# EXHIBIT F



## Hornbrook Community Services District

hornbrookcsd@gmail.com

P.O. Box 29, Hornbrook, CA. 96044

530-475-3730

Date July 20, 2021

Customer Kimberly Olson and Peter Harrell

Address 408 Henley Hornbrook Rd.  Hornbrook, Ca. 96044 meter # 97

## NOTICE OF

## VIOLATION OF WATER EMERGENCY REGULATIONS.

You are in violation of the water shortage emergency regulations again today July 20, 2021 for irrigation.  You must immediately cease and desist. As a result of your violation a flow restrictor will be installed on your meter.  If the violation continues, your meter will be locked out with discontinuance of service.  Any attempt to cut the lock will result in your meter being removed. You will be held liable for all cost and charges of the installation of flow-restricting devices, restoring service, meter locks and meter removal if applicable.

Signature_____          Date_____

## HORNBROOK COMMUNITY SERVICES DISTRICT     Date 07/20/21

**Kimberly Olson** - 408 Henley Hornbrook Road, Hornbrook. Ca. 96044

## SECOND VIOLATION NOTICE

**Notice of Violation,** obstructing and tampering with a district water meter in violation of District Rule 4.11 and 4.11.

**Pursuant to Government Code Section 61064,** a violation of any district rule, regulation or ordinance adopted by the board of directors is punishable as a misdemeanor under section 19 of the Penal Code. District Rule 4.11 Tampering with District Property – Except as otherwise specifically authorized by The General Manager, no one, except and employee or representative if the District, shall at any time in any manner operate the curb cock or valves, main cocks, gates or valves of the District's system; or interface with meters or their connections, street mains or other parts of the water system, with the district meter is a violation. Parking a vehicle over a district water meter and willfully refusing to move it so the district can read the meter is a violation of District Rule 4.11.

You are in violation of District Rule 4.11 if you refuse to move the vehicle you would also be subject to a misdemeanor under Government Code section 61064 and Penal Code section 19 and the Sheriff will be called to issue a misdemeanor violation and your car will be towed away at your expense if you refuse to move it.

If the meter is obstructed again your water will be shut off per district rules. The district has the right to enter the premises of the customer, per Government Code Section 61064 and district rules.

**Charge for Violation** 4.12 - Failure of a customer to comply with all or any part if this Resolution, any other resolution fixing rates and charges of this District, or a charge for which has not hereafter been specifically fixed, shall be discontinued and the water shall not be supplied such customer until the customer is in full compliance with the rules and regulations, rate or charge which has been violated.

## Government Code Sec. 61064.

**(a)** Violation of any rule, regulation, or ordinance adopted by a Board of directors is a misdemeanor punishable pursuant to Section 19 of The Penal Code. **(b)** Any citation issued by a district for violation of a rule, regulation, or ordinance adopted by a board of directors may be processed as an infraction pursuant to subdivision **(d)** of Section 17 of the Penal Code. **(c)** To protect property and to preserve the peace at facilities owned or managed by a district, a board of directors may confer on designated uniformed district employees the power to issue citations for misdemeanor and infraction violations of state law, city or county ordinances, or district rules, regulations, or ordinances when the violation is committed within a facility and in the presence of the employee issuing the citation. District employees shall issue citations pursuant to Chapter 5C (commencing with Section 853.5) of Title 3 of Part 2 of the Penal Code.

_____                    _____
Signature                                     Date

# EXHIBIT G



**Hornbrook Community Services District**

hornbrookcsd@gmail.com

P.O. Box 29, Hornbrook, CA. 96044

530-475-3730

Date July 22, 2021

Customer Kimberly Olson and Peter Harrell

Address 408 Henley Hornbrook Rd. Hornbrook, Ca. 96044 meter # 97

## NOTICE OF

## VIOLATION OF WATER EMERGENCY REGULATIONS.

On July 22, 2021 your meter was read and it exceeded the water shortage emergency regulation water use restriction of 200 gallons per household per day. You are in violation of the water shortage emergency regulations. You must immediately cease and desist exceeding the allotted 200 gallons per day per household during this declared water shortage. As a result of your violation your meter will be removed and discontinuance of service. You will be held liable for all cost and charges of the installation of flow-restricting devices, restoring service, meter locks and meter removal if applicable.

Signature_____     Date_____

## HORNBROOK COMMUNITY SERVICES DISTRICT          Date_____

**Kimberly Olson** - 408 Henley Hornbrook Road, Hornbrook. Ca. 96044

**Notice of Violation,** obstructing and tampering with a district water meter in violation of District Rule 4.11 and 4.11.

**Pursuant to Government Code Section 61064**, a violation of any district rule, regulation or ordinance adopted by the board of directors is punishable as a misdemeanor under section 19 of the Penal Code. District Rule 4.11 Tampering with District Property – Except as otherwise specifically authorized by The General Manager, no one, except and employee or representative if the District, shall at any time in any manner operate the curb cock or valves, main cocks, gates or valves of the District's system; or interface with meters or their connections, street mains or other parts of the water system, with the district meter is a violation. Parking a vehicle over a district water meter and willfully refusing to move it so the district can read the meter is a violation of District Rule 4.11.

You are in violation of District Rule 4.11 if you refuse to move the vehicle you would also be subject to a misdemeanor under Government Code section 61064 and Penal Code section 19 and the Sheriff will be called to issue a misdemeanor violation and your car will be towed away at your expense if you refuse to move it.

If the meter is obstructed again your water will be shut off per district rules. The district has the right to enter the premises of the customer, per Government Code Section 61064 and district rules.

**Charge for Violation** 4.12 - Failure of a customer to comply with all or any part if this Resolution, any other resolution fixing rates and charges of this District, or a charge for which has not hereafter been specifically fixed, shall be discontinued and the water shall not be supplied such customer until the customer is in full compliance with the rules and regulations, rate or charge which has been violated.

**Government Code Sec. 61064.**

(a)  Violation of any rule, regulation, or ordinance adopted by a Board of directors is a misdemeanor punishable pursuant to Section 19 of The Penal Code. **(b)**  Any citation issued by a district for violation of a rule, regulation, or ordinance adopted by a board of directors may be processed as an infraction pursuant to subdivision **(d)** of Section 17 of the Penal Code. **(c)**  To protect property and to preserve the peace at facilities owned or managed by a district, a board of directors may confer on designated uniformed district employees the power to issue citations for misdemeanor and infraction violations of state law, city or county ordinances, or district rules, regulations, or ordinances when the violation is committed within a facility and in the presence of the employee issuing the citation. District employees shall issue citations pursuant to Chapter 5C (commencing with Section 853.5) of Title 3 of Part 2 of the Penal Code.

_____                    _____
Signature                                            Date

# EXHIBIT H

# RESOLUTION POLICY NO. 13-01
## ESTABLISHING RULES AND REGULATIONS
## FOR THE HORNBROOK COMMUNITY SERVICE DISTRICT
### JUNE 6, 2013

Whereas documentation of the past policy, rates, rules and regulations governing the district cannot be found and are presumed lost or destroyed, and

Whereas Hornbrook Community Service District must have policy establishing rules and necessary regulations to legally govern, operate the District and communicate with the customers:

Therefore be it resolved the following rules and regulation are hereby adopted as a segment of the operation policy of Hornbrook Community Service District.

# SECTION 1.  TABLE OF CONTENTS

RESOLUTION POLICY NO. 13-01 ..................................... 1

SECTION 1.   TABLE OF CONTENTS ............................... 2

SECTION 2.   GENERAL PROVISION .............................. 3

SECTION 3.   DEFINITIONS .................................... 5

SECTION 4.   GENERAL RULES .................................. 8

SECTION 5.   APPLICATION FOR REGULAR WATER SERVICE .......... 14

SECTION 6.   APPLICATION FOR REGULAR WATER SERVICE WHEN MAIN
EXTENSION REQUIRED ........................................... 18

SECTION 7.   SUBDIVISIONS ................................... 20

SECTION 8.   ANNEXATIONS .................................... 22

SECTION 9.   TEMPORARY SERVICE .............................. 23

SECTION 10.   FIRE PROTECTION ............................... 24

SECTION 11.  CROSS-CONNECTION CONTROL ....................... 26

SECTION 12.   CUSTOMER BILLING PROCEDURES ................... 29

SECTION 13.   COMPLAINTS AND DISPUTED BILLS ................. 31

SECTION 14.   DISCONNECTION FOR NONPAYMENT .................. 33

SECTION 15.   ADDING DELINQUENT CHARGE TO TAX ROLL .......... 34

SECTION 16.   DEFINITIONS OF CHARGES ........................ 35

SECTION 17. EFFECTIVE DATE .................................. 38

## SECTION 2.  GENERAL PROVISION

2.01  **Short Title** - This Resolution may be cited as the "Hornbrook Community Service District Water Regulations and Service Resolution".

2.02  **Purpose** - This Resolution is intended to provide rules and regulations applicable to the administration and operational activities of the District.  This Resolution may be amended from time to time by action of the Board of Directors of the Hornbrook Community Service District.

2.03  **Enabling Statutes** - This Resolution is adopted pursuant to the applicable provisions of Division 12 of the Water Code and Division 5, Chapter 7, Title 5, Division 2 of the Government Code, and further pursuant to the Constitution of the State of California.  The District is further authorized by Water Code Section 31027 to prescribe and define by Resolution those restrictions, prohibitions and exclusions it may determine to be necessary pursuant to the California Constitution Article X, Section 2 and Water Code Sections 31026, 375-277 and 1009 to restrict the use of district water during threatened or existing water shortages.  It is therefore the intent of the Board of Directors to establish by this Resolution those procedures and policies necessary to the orderly administration of a water conservation program to prohibit waste and to restrict the use of water during a water shortage emergency.

2.04  **Application** - This Resolution shall apply to all water facilities constructed, maintained, and operated by the District.

2.05  **Enterprise** - The District will furnish and/or make available, a system, plant, works, and undertaking used for and useful in, the delivery of water for the District's service area, including all annexations thereto, lands, easements, rights in land, contract rights, and franchises.

2.06  **Separability** - If any section, subsection, sentence, clause, phrase, or portion of this Resolution or the application thereof to any person or circumstances are for any reason held to be unconstitutional or invalid by the decision of any court of competent jurisdiction, such decision shall not affect the validity of the remaining portions of this Resolution or the application of such provision to other persons or circumstances. The governing body hereby declares that it would have passed this Resolution or any section, subsection, sentence, clause or phrase hereof irrespective of the fact that any one or more section, subsection, sentences, clauses or phrases be declared to be unconstitutional.

2.07 **Words and Phrases** - For the purpose of this Resolution all words used herein in the present tense shall include the future; all words in the plural number shall include the singular number; and all words in the singular number shall include the plural number.

2.08 **Posting** - Upon adoption, this Resolution shall be entered in the minutes of the governing body and certified copies hereof shall be posted in accordance with the law.

2.09 **Means of Enforcement** - The District hereby declares that the procedures contained herein are established as a means of enforcement of the terms and conditions of its Resolutions, rules and regulations and not as a penalty.

2.10 **Notices** - Whenever a notice is required to be given under this Resolution, unless different provisions are specifically made herein, such notice may be made either by personal delivery thereof to the person to be notified or by deposit in the U.S. Mail in a sealed envelope, postage prepaid, addressed to such person at his or her last known business or residence address as the name appears on public records or other records pertaining to the matter to which the notice is directed.  Service by mail shall be deemed to have been completed at the time of deposit in the post office.

Proof of giving any notice may be made by the certificate of any officer or employee of the District or by affidavit of any person over the age of eighteen years, which shows service in conformity with this Resolution or other provisions of law applicable to the subject matter concerned.

2.11 **Effect of Heading** - The title, division or section headings contained in this Resolution shall not be deemed to govern, limit or modify in any manner, the scope, meaning or intent of any section or subsection of this Resolution.

2.12 **Ruling Final** - All Rulings of the District shall be final.  All rulings of the General Manager shall be final, unless appealed in writing to the Board within five (5) business days of the General Manager's decision.  When appealed, the Board's ruling shall be final.  Appeals to the Board shall be processed in accordance with Section 13 of this Resolution.

2.13 **Bills Against Property** - Any and all bills rendered for the use of

therefore.

3.31   **Waste** -  Shall mean any unreasonable or non-beneficial use of water, or any unreasonable method of use of water, including, but not limited to;  the use of water for any purpose which allows flooding or runoff in gutters, driveways, streets or adjacent lands; the use of water in violation of any of the specific uses prohibited and restricted by this Resolution as hereinafter set forth; or the use of water in violation of any other Ordinance or Resolution of the District either in effect at this time or as hereinafter adopted.

3.32   **Water Department** - The Water Department, as created on the 15th day of March 1978, comprising the Directors, the General Manager, and such other employees and assistants as may be hired therefore. The Board of Directors of the District performing functions related to the District's water service, together with the General Manager and any other duly authorized representatives.

3.33   **Water Service Connection** - The connection of a meter or service to the District system, the installation of a meter or service.

3.34   **Water Supply Shortage** -  Shall mean any water shortage caused by drought or any other threatened or existing water shortage, disaster or facility failure, earthquake, loss of electrical power, pipe line breakage, or other condition which results in or threatens to result in the District's inability to meet the water demands of its customers.

3.35   **Water User** - Shall mean any person, firm, partnership, association, corporation or political entity using water obtained from the water system of the District.

3.36   **Water** - Shall mean that water supplied by the Hornbrook Community Service District.

## SECTION 4.   GENERAL RULES

4.01   **Standards** - The Governing Body may, from time to time, adopt standard requirements for the design, construction, repair and maintenance, or connection to District water system.

4.02   **Violation Unlawful** - Following the effective date of this Resolution,

it shall be unlawful for any person to connect to, construct, install, provide, maintain or use any other means of water facilities from any building in the area serviced with water by said District except by connection to water facilities in the manner as provided for in this Resolution. Any violation of this Resolution will be subject to the provisions of this section, at the discretion of the General Manager.

4.03   **Notice of Violation** - Wherever or whenever practicable under the particular circumstances and pursuant to the discretion of the General Manager, any person found to be violating any provision of this or any other Resolution, resolution, rule or regulation of the District shall be served, by the Inspector or other authorized person, with written notice stating the nature of the violation and providing a reasonable time limit for the satisfactory correction thereof. Said time limit shall be not less than two, nor more than seven working days unless otherwise specified. The offender shall, within the period of time stated in such notice, permanently cease all violations. Upon being notified by an authorized representative of the District of any defect arising in any water facility or of any violation of this Resolution, the person or persons having charge of said work shall immediately correct the same. All persons shall be held strictly responsible for any and all acts of agents or employees done under the provisions of this or any other Resolution, resolution, rule or regulation of the District.

4.04   **Protection from Damage** - No unauthorized person shall maliciously, willfully, or negligently break, damage, destroy, uncover, deface or tamper with any structure, appurtenance or equipment which is a part of the District's water works. Any person violating this provision shall be subject to the penalties provided by the District and or by law.

4.05   **Investigation Powers** - The officers, inspectors, manager and any other duly authorized employees of the District shall carry evidence establishing his or her position as an authorized representative of the District and upon exhibiting the proper credentials and identification shall be permitted to enter in and upon any and all building, industrial facilities and properties to which the District is furnishing water or has been requested to furnish water for the purpose of inspection, reinspection, observation, measurement, sampling, testing or otherwise performing such duties as may be necessary in the enforcement of the provisions of the Resolutions, resolutions, rules and regulations of the District pursuant to the authorization contained in the required application for water service.

4.06   **Noncompliance with Regulations** - As an alternative method of

enforcing the provisions of this or any other Resolution, resolution rule or regulation of the District, the District shall have the power to disconnect the user or subdivision water service from the water mains of the District.   Upon disconnection, an authorized representative of the District shall estimate the cost of disconnection from and reconnection to the water mains of the district and such user shall deposit the cost, as estimated, of disconnection and reconnection before such user is reconnected to the system.

4.07   **Liability for Violation** - Any person violating any of the provisions of the Resolutions, resolutions, rules or regulations of the District, or permitting or maintaining any property in violation of any of the Resolutions, resolutions, rules or regulations of the District, shall be liable to the District for any expense, loss or damage, occasioned by the District by reason of such violation.  Such liability shall be in addition to any other civil or criminal penalties imposed under this Resolution or under any other provision of law.

4.08   **Relief on Application** - When any person, by reason of special circumstances, is of the opinion that any provision of the Resolutions, rules or regulations of the District is unjust or inequitable as applied to the person or premises, may file a written application to the Governing Body within the time frame identified in Section 2.12 stating the special circumstances, citing the provision complained of, and requesting suspension or modification of that provision as applied to a particular premises.  If such application is approved, the Governing Body may, by resolution, suspend or modify the provision complained of, as applied to such person or premises, to be effective as of the date of the application and continuing during the period of the special circumstances.

4.09   **Relief on Own Motion** - The Governing Body may, on it's own motion, find that by reason of special circumstances, any provisions of it's Resolutions, rules or regulations should be suspended or modified as applied to a particular person or premises and may, by resolution, order such suspension or modification for such premise during the period of such special circumstances or any part thereof.

4.10   **Maintenance of Water Pressure and Pressure Conditions**
The District shall not accept any responsibility for the maintenance of pressure and it reserves the right to discontinue service while making emergency repairs, or other work required on the water system as determined by the General Manager. Customers dependent upon a continuous supply should provide emergency storage.

All applicants for service connections or water service shall be required to accept such conditions of pressure and service as are provided by the distributing system at the location of the proposed service connection, and to hold the District harmless for any damages arising out of low pressure or high pressure conditions or interruptions of service.

4.11   **Tampering with District Property** - Except as otherwise specifically authorized by the General Manager, no one, except an employee or representative of the District, shall at any time in any manner operate the curb cocks or valves, main cocks, gates or valves of the District's system; or interface with meters or their connections, street mains or other parts of the water system.

4.12   **Charge for Violation** - Failure of a customer to comply with all or any part of this Resolution, any other resolution or order fixing rates and charges of this District, or a charge for which has not hereafter been specifically fixed, shall be discontinued and the water shall not be supplied such customer until the customer is in full compliance with the rules and regulations, rate or charge which have been violated.

4.13   **Water System** - The District will furnish a system, plant, works and undertakings used for and useful in obtaining, conserving and disposing of water for public and private uses, including all parts of the Enterprise, all appurtenances to it, and lands, easements, rights in land, water rights, contract rights, franchises, and other water supply, storage and distribution facilities and equipment.

4.14   **Number of Services per Premises** - The applicant may apply for as many services as may be reasonably required for his or her premises provided that the pipe line system for each service be independent of the others and that they not be interconnected.

4.15   **Waste of Water** - No customer shall knowingly permit leaks or waste of water. Where water is wastefully or negligently used on a customer's premises, the District may discontinue the service if such conditions are not corrected after giving notice of violation as provided in Section 4.03 of this Resolution or as provided in any other Ordinance, resolution, rule or regulation in effect at this time or as hereinafter adopted or amended.

4.16   **Responsibility for Equipment on Customer Premises** - All facilities

installed by the District on private property for the purpose of rendering water service shall remain the property of the District and may be maintained, repaired or replaced by the Water Department without consent or interference of the owner or occupant of the property. The property owner shall use reasonable care in the protection of the facilities.

4.17   **Damage to Water System Facilities** - The customer shall be liable for any damage to the service facilities when such damage is from causes originating on the premises by an act or omission of the customer or his or her tenants, agents, employees, contractors, licensees or permittees, including the breaking or destruction of locks by the customer or others on or near a meter, and any damage to a meter that may result from hot water or steam from a boiler or heater on the customer's premises. The District shall be reimbursed by the customer for any such damage promptly on presentation of a bill.

4.18   **Ground-Wire Attachments** - All individuals or business organizations are forbidden to attach any ground-wire or wires to any plumbing which is or may be connected to a service connection or main belonging to the District. The District will hold the customer liable for any damage to its property occasioned by such ground-wire attachments.

4.19   **Control Valve on the Customer Property** - The customer shall provide a valve on his or her side of the service installation, as close to the meter location as practicable, to control the flow of water to the piping on his or her premises. The customer shall not use the service curb stop to turn water on and off for his or her convenience.

4.20   **Unsafe Apparatus** - Water service may be refused or discontinued to any premises where apparatus or appliances are in use which might endanger or disturb the service to other customers.

4.21   **Cross-Connections** - Water service may be refused or discontinued to any premises where there exists a cross- connection as defined in Section 11 of this Resolution.

4.22   **Fraud or Abuse** - Service may be discontinued if necessary to protect the District against fraud or abuse.

4.23   **Interruptions in Service** - The District shall not be liable for damage

which may result from an interruption in service from a cause beyond the control of the District.

4.24 **Ingress and Egress** - Representatives from the District shall have the right of ingress and egress to the customer's premises at reasonable hours for any purpose reasonably connected with the furnishing of water service.

4.25 **Installation of Services** - Only duly authorized employees or agents of the District shall be authorized to install service connections. All service connections shall comply with the specifications of the District. Meters will be installed in the parkway area, and shall be owned by the District. No rent or other charge will be paid by the District for a meter or other facilities, including connections. All meters will be sealed by the District at the time of installation, and no seal shall be altered or broken except by one of its authorized employees or agents.

4.26 **Change in Location of Meters** - Meters moved for the convenience of the customer will be relocated at the customer's expense. Meters moved to protect the District's property will be moved at District expense.

4.27 **Size and Location** - The District reserves the right to determine the size of service connections and their location with respect to the boundaries of the premises to be served. Service installations will be made only to property abutting on distribution mains as have been constructed in public streets, alleys or easements, or to extensions thereof as herein provided. Services installed in new subdivisions prior to the construction of streets in advance of street improvements must be accepted by the applicant in the installed location.

4.28 **Curb Cock** - Each service connection installed by the District shall be equipped with a curb cock or wheel valve on the inlet side of the meter. Such valve or curb cock is intended for the exclusive use of the District in controlling the water supply through the service connection pipe. If the curb cock or wheel valve is damaged by the consumer's use to an extent requiring replacement, such replacement shall be at the consumer's expense.

4.29 **Access to Meters** - The District reserves the right to enter upon the applicant's premises for the purpose of reading, repairing or replacing the water service meter. The applicant shall be solely responsible for the control of all

animals which may pose a potential threat to District employees and shall be liable for any injury to District employees resulting from unrestrained animals. Should an applicant for new service fail to properly restrain animals present on his or her property, the District may, upon written notice, refuse to install or turn on service until such time as the District determines that a threat to it's employees no longer exists. In the case of existing customers, where District employees may encounter some personal risk in attempting to read a meter (due to the presence of unrestrained animals, or otherwise), the employee is not required to read the meter, and the customer's bill will be estimated based upon the last year's consumption plus the average increase in consumption in the District. At the request of the customer, the meter will be read in the presence of the customer or someone of his or her choosing, so that over estimates and under estimates of use may be rectified on the bill.

## SECTION 5.   APPLICATION FOR REGULAR WATER SERVICE

5.01   **Application for Water Service** - The property owner or his or her agent, designated in writing, shall make application for regular water service by personally signing an "Application For Water Service" form provided by the District and pay the necessary charge for connection to the District's facilities, as prescribed in the latest Resolution on Charges, adopted by the Board of Directors.

5.02   **Water Service to Customers Other Than Property Owners** Water service to other than property owners shall be made as follows:

5.02.01   **Property Owner's Signature** - If a property owner rents the premises to a tenant, the tenant may have water service and other services instituted in the tenant's name, provided that the tenant makes reasonable efforts to secure the property owner's signature on the application for service.

5.02.02   **Temporary Service** - A tenant may be given temporary service for ten (10) days while attempting to obtain the owner's signature for service. If the application for water service signed by the owner is not returned to the District within ten (10) days, or the tenant fails to initiate service in his or her or her own name, service will be terminated, pursuant to the District's rules, regulation, Resolutions and Ordinances.

5.02.03   **Inability to Secure Property Owner's Signature** - If,

after making reasonable efforts, the tenant is unable to secure the property owner's signature on the application for service, water service may be instituted in the tenant's name, pursuant to District rules and regulations. In any event, the tenant shall provide the District with the property owner's name, mailing address and telephone number prior to the District providing the tenant with any temporary water service. The District will thereafter mail the application for service to the owner for signature.

5.02.04 **Responsibility and Liability** - Both the tenant and the property owner shall be liable for any unpaid charges, fees, rates, penalties, interest, and damages required as a result of nonpayment of any District fees, charges and rates as provided in this Resolution, or as provided in any other ordinance, resolution, rule or regulation in effect at this time or as hereinafter adopted or amended.

5.02.05 **Owner Responsibility** - Whether or not a property owner signs the District's application for service form, and whether or not the District mails the property owner the application for service, the property owner shall be responsible for any unpaid water charges for the subject property as provided in this Resolution and pursuant to California Water Code Section 31701.5, et. seq, whether such charges are incurred by the tenant or the owner.

5.03 **Security Deposits** - Are as follows:

5.03.1 **Security Deposit. Residential** - A security deposit for a single family residential unit shall be deposited at the time application is made

5.03.2 **Security Deposit. Commercial** - A security deposit for each commercial, retail unit or a multi-unit complex shall be deposited at the time application is made.

5.03.3 **Required Payment of Security Deposits** - The security deposit shall be paid by the applicant as a condition of establishment of new residential or commercial service, or as a condition of reinstating service after disconnection due to failure to pay the account when due. Prior to initiation of new service or reinstatement of prior service, all charges and deposits shall be paid in full.

5.03.4 **Security Deposit Refund** - The District shall refund each

security deposit to the residential customer where funds have been on deposit for one year in a customer's account and there has been no one delinquent payment on that account during the year; within thirty days after discontinuance of service, following written request for discontinuance of service, so long as the account is not currently delinquent; or when a new property owner makes a deposit for the same property and the account is not currently delinquent. The District shall refund the security deposit for commercial, retail, or industrial connections within thirty (30) days after discontinuance of service following the customer's written request for discontinuance of service, so long as the account is not currently delinquent; or when a new property owner makes a deposit for the same property and the account is not currently delinquent. Upon discontinuance of service, the Security Deposit shall be applied to reduce any unpaid charges outstanding on the customer's account.

5.04 **Payment for Previous Service** - An application shall not be honored unless all other accounts with the District have been paid in full by the applicant and there are no delinquent accounts by the applicant. Any application for reinstatement of service shall be accompanied by the security deposit set forth in Sections 5.03 of this Resolution.

5.05 **Changes in Owner's or Customer's Equipment** - Owners or customers making any material change in the size, character, or extent of the equipment or operations utilizing water service, or whose change in operations result in a significant increase in the use of water, shall immediately give the District written notice of the nature of the change and, if necessary, amend their application.

5.06 **Size and Location** - The District reserves the right to determine the size of service connections and their location with respect to the boundaries of the premises to be served. The laying of owner's pipeline to the curb shall not be done until the location of the service connection has been approved by the District. Curb and gutter shall be installed before water mains or service is to be installed for all subdivisions.

5.07 **Curb Cock** - Every service connection installed by the District shall be equipped with a curb cock or wheel valve on the inlet side of the meter. Such valve or curb cock is intended for the exclusive use of the District in controlling the water supply through the service connection pipe. If the curb cock or wheel valve is damaged by the owner's or consumer's use to an extent requiring

replacement, such replacement shall be at the owner's expense.

5.08 **Domestic, Commercial, and Industrial Service Connection** - It shall be unlawful to maintain a connection except in conformity with the following rules:

5.08.01 **Separate Building** - Each house or building under separate ownership shall be provided with a separate service connection.

5.08.02 **Single Connection** - Not more than one service connection for domestic or commercial supply shall be installed for one building, except under special conditions.

5.08.03 **Different Owners** - A service connection shall not be used to supply any adjoining property, or property across a street, alley or easement.

5.08.04 **Divided Property** - When property provided with a service connection is divided, the service connection shall be considered as belonging to the lot or parcel of land which it directly enters.

5.08.05 **Multiple Buildings** - Multiple houses or buildings, under one ownership, and on the same lot or parcel of land may be supplied through the same service connection provided that the service connection shall be of such size to adequately serve said houses or buildings.

5.08.06 **Property of District** - Upon completion of such installation, the facilities shall be dedicated to the District, and upon acceptance of the dedication by the District, shall become property of the District.

5.09 **Service Connections Maintenance** - The service connection extending from the water main to the property line and including the meter, meter box, and curb cock or wheel valve shall be maintained by the District. All pipes and fixtures extending or lying beyond the meter shall be installed and maintained by the owner of the property.

5.10 **Water Loss** - The District's jurisdiction and responsibility ends at the property line and the District will in no case be liable for or assume any responsibility for damages occasioned by water running from the customer's open or faulty fixtures, or from broken or damaged pipes beyond the meter.

5.11 **Damages Through Leaking Pipes and Fixtures** - When turning on the water supply as requested to a house or property which is vacant, the District will make a reasonable attempt to ascertain if water is running on the inside of the building. If such is found to be the case, the water will be left shut off at the curb cock or the private shutoff. The District's jurisdiction and responsibility ends at the meter and the District shall in no case be liable for or assume any responsibility for damages occasioned by water running from open or faulty fixtures, or from broken or damaged pipes inside the property line.

5.12 **Damage to Meters** - The District reserves the right to set and maintain a meter on any service connection. The water customer shall be held liable for any damage to the meter due to his or her negligence or carelessness or other fault.

# SECTION 6.   APPLICATION FOR REGULAR WATER SERVICE WHEN MAIN EXTENSION REQUIRED

6.01 **Main Extension** - General water main extensions may be made within the District as follows:

6.01.01 **Subdivisions** - See Section 7.

6.01.02 **Annexations** - See Section 8.

6.01.03 **Other Main Extensions** - Owners of property desiring the District to install the extension of one or more water mains to serve such property shall deposit with the District the estimated cost per foot for all frontage to be benefitted from said main extension as determined by the District. Deposit shall be estimated at cost per foot.

6.02 **Application for Main Extension** - The following rules shall be adhered to when making application for main extensions:

6.02.01 **Application** - Any owner of one or more lots or parcels of land or a subdivider of a tract of land, desiring the extension of one or more water mains to service such property shall make a written application therefore to the District. Said application shall contain the legal description of the property to

be served and tract number thereof, and any additional information which may be required by the District. Said application shall also be accompanied by a map showing the location of the proposed connections. The application shall be made a minimum of ten business days prior to a regular board meeting.

6.02.02 **Investigation** - Upon receipt of the application, the General Manager, or his or her designee, shall make an investigation and survey of the proposed extension and shall report his or her findings to the Board, including the estimated cost thereof.

6.02.03 **Ruling** - The Board shall thereupon consider said application and report; and, after such consideration, reject or approve it.

6.02.04 **District Lines** - All extensions thus provided for, in accordance with these regulations, shall be offered for dedication to the District and, upon acceptance of the dedication by the District, shall become and remain the property of the District.

6.02.05 **Dead-End Lines** - No dead-end lines shall be permitted except at the discretion of the District and, in cases where circulation lines are necessary, shall be designed and installed as part of the cost of the extension. Any dead-end line permitted shall have a flush-out provided by the applicant at his expense.

6.03 **System Requirements** - At the time of laying out and subdividing or re-subdividing any tract or parcel of land within the District, the owners of said tract or parcel of land shall, at their own expense, provide for such water mains, valves, fire hydrants, services, and appurtenances as may be necessary for the distribution of water to each lot, piece, or parcel of land. The service shall be carried to the lot line and clearly marked on the property. When installed, such mains, valves, fire hydrants, services, and appurtenances shall be offered for dedication to the District and, upon acceptance by the District shall become the property of the District. The owners shall provide to the District a detailed as-built blueprint signed by a registered civil engineer, and a CAD disc (AutoCAD format) of the water system.

6.04 **Specifications** - The size, type, and quality of materials and location of the lines, fire hydrants, and valves shall be specified by the District and the actual construction shall be done by a contractor acceptable to the District in

accordance with the District's Master Plan and specifications, and supervised and inspected by the District. Inspection fees shall be established by Board Resolution and deposited with the District prior to construction approval. Nothing herein is intended to make the contractor an employee or agent of the District.

6.05 **Payment of Cost of Oversized Mains** - In the event the District elects to install mains of greater size than shall be adequate to supply any new subdivision with water and fire protection, as determined by the District, the owner or owners of the proposed subdivision shall not be required to pay more than the cost of mains which, in the opinion of the District, are adequate to supply such subdivision with water and fire protection, but no other adjustment of the cost of installation shall be made.

6.06 **Pay Back Agreements** - When main extensions are made by the District and paid for by an applicant and said main extension shall be of benefit to another person or persons in the future, said applicant shall enter into a pay back agreement with said District. Said pay back agreement shall provide for a refund payment for main service charges collected by the District for service connection to a main, paid for by new applicant. Said pay back shall be computed on the basis of actual cost to the person making the original main extension per front foot benefitted for which the main service charge is collected. All pay back agreements shall become null and void ten years from the date first written.

6.07 **Property of District** - Upon completion of such installation, the facilities shall be dedicated and become property of the District.

## SECTION 7. SUBDIVISIONS

7.01 **Application for Subdivision** – The following rules shall be adhered to when making applications for subdivisions:

7.01.01 **Application** - A person desiring to provide a water system within a tract of land which he or she proposes to subdivide within the District's boundaries shall make written application therefore to the District. The application shall state the number of the tract, the name of the subdivision, and its location. It shall be accompanied by a copy of the tentative map and a deposit for expenses involved in investigation. Application shall be made a minimum of ten business days prior to a regular

Board Meeting.

7.01.02 **Investigation** - Upon receiving the application and deposit, the General Manager, or his or her designee, shall make an investigation and survey of the proposed subdivision and shall report his or her findings to the Board, including a recommendation as to the facilities required and the estimated cost of the proposed water system.

7.01.03 **Ruling** - The Board shall thereupon consider said application and report; and, after such consideration, reject, or approve it. If approved, applicant will receive a conditional "Will Serve" letter valid for one year. Applicant can apply for extension to Will Serve letter.

7.02 **System Requirements** - At the time of laying out and subdividing or re-subdividing any tract or parcel of land within the District, the owners of said tract or parcel of land shall, a their own expense, provide for such water mains, valves, fire hydrants, services, and appurtenances as may be necessary for the distribution of water to each lot, piece, or parcel of land. The service shall be carried to the lot line and clearly marked on the property. When installed, such mains, valves, fire hydrants, services, and appurtenances shall be offered for dedication to the District, and upon acceptance by the District shall become the property of the District. A detailed blueprint of the water system shall be signed by a registered civil engineer and CAD disc shall be supplied to the District.

7.03 **Specifications and Construction** - The size, type, and quality of materials and location of the lines, fire hydrants, and valves shall be specified by the District and the actual construction shall be done by a contractor acceptable to the District in accordance with the District's Master Plan and specifications, and supervised and inspected by the District. Inspection fees shall be established by the Board and deposited with the District prior to construction approval. Nothing herein is intended to make the contractor an employee or agent of the District.

7.04 **Property of District** - All facilities, upon completion and final inspection, shall be offered for dedication to the District, and upon acceptance of dedication, shall become the property of the District.

7.05 **Water Rights and Improvements** - Whenever land is to be subdivided, any water well, water-bearing land, mains, and easements needed

therefore which may be appurtenant thereto or which may be used exclusively thereon shall be deeded to the District in consideration of the District's approving any application for water service to such tract or subdivision.  Said deed to the District shall be executed before any such application shall be approved by the District; provided, however, that where water wells and equipment as described in this paragraph are used to supply water to additional land not subdivided, such wells and equipment may continue to supply the un-subdivided portion previously served until such time as the total area served is subdivided.

7.06  **Payment of Facility/Capacity Charges** - All fees for Facility/Capacity Charges shall be paid at the time meter installation is required.

## SECTION 8. ANNEXATIONS

8.01  **Application for Annexation** – The following rules shall be adhered to when making applications for annexation:

8.01.01  **Application** - A person desiring to annex land to the District shall make written application accompanied by maps showing location and area of the land with legal description. The application shall be accompanied by a deposit for expenses involved in investigation. Application shall be made a minimum of ten business days prior to a regular Board Meeting.

8.01.02  **Investigation** - Upon receiving the application and deposit, the General Manager, or his or her designee, shall make an investigation and survey of the proposed annexation and shall report his or her findings to the Board, including a recommendation as to the facilities required and the estimated cost thereof.

8.01.03  **Ruling** - The Board shall thereupon consider said application and report; and, after such consideration, reject, or approve it.

8.02  **Terms of Annexation** - Terms and fees shall be determined by the Board, but in all cases, transfers of water rights, wells, and springs shall be made to the District.

8.03  **Annexations of Developed Land** - Owner or owners of land

requesting annexation to the District, where said land is developed, shall, at their own expense, provide for such water mains, valves, fire hydrants, services, and appurtenances as may be necessary for the distribution of water to each lot, piece, or parcel of land as a condition of annexation. The service shall be carried to the lot line and clearly marked on the property. When installed, such water improvements shall become and be the property of the District. Any existing water system or portion thereof in the annexed section shall first be brought to the design standards of the District at the expense of the owner or owners of property desiring annexation. Extension of water mains to uninhabited or underdeveloped land proposed to be annexed to the District shall be made in compliance with the main extension and/or subdivision policies as herein set forth in Sections 6 and 7.

## SECTION 9.   TEMPORARY SERVICE

9.01   **Supply from Fire Hydrant** - An applicant for temporary use of water from a fire hydrant shall secure a permit therefore from the District and pay the hydrant meter deposit. The applicant shall also pay for the water used in accordance with the meter readings, at the rates prescribed by the Board.

9.02   **Unauthorized Use of Hydrants** - Tampering with any fire hydrant for the unauthorized use of water therefrom, or for any other purpose, is and subject to a penalty charge for each occurrence as may be set by the Board.

9.03   **Meter Availability** - The applicant shall make the hydrant meter available as prescribed by the District for reading on a monthly basis.

9.04   **Pools and Tanks** - When an abnormally large quantity of water is desired for filling a swimming pool or for other purposes, arrangements shall be made with the District prior to taking such water. Permission to take water in unusual quantities will be given only if it can be safely delivered through the District's facilities and if other customers are not inconvenienced thereby.

9.05   **Responsibility for Equipment** - The customer shall, at his or her own risk and expense, furnish, install and keep in good and safe condition all equipment that may be required for receiving, controlling, applying and utilizing water, and the District shall not be responsible for any loss or damage caused by the improper installation of such equipment, or the negligence, fault, or other wrongful act of the customer or of any of his or her tenants, agents, employees, contractors, licensees

or permittees in installing, maintaining, operating or interfering with such equipment. The District shall not be responsible for damage to property, including but expressly not limited to any damage caused by faucets, valves and other equipment, which are open when water is turned on at the meter, either originally or when turned on after a temporary shutdown.


## SECTION 10.   FIRE PROTECTION

10.01 **Public Fire Protection** - The following pertains to the use of District facilities for public fire protection:

10.01.01     **Use of Fire Hydrants** - Fire hydrants are for use by the District or by organized fire protection agencies pursuant to contract with the District.   Other parties desiring to use fire hydrants for any purpose shall first obtain written permission from the Water Department prior to use and shall operate the hydrant in accordance with instructions issued by the Water Department. Unauthorized use of hydrants in violation of any provision of this Section shall be penalized and/or prosecuted according to law.  No provision herein shall preclude the District from taking any other legal actions to restrain any violation of this Section.

10.01.02     **Moving of Fire Hydrants** - When a fire hydrant has been installed in the location specified by the proper authority, the District has fulfilled its obligation.  If a property owner or other parties desire a change in the size, type or location of the hydrant, they shall bear all costs of such charges, without refund.  Any change in the location of fire hydrant shall be approved by the District and any other proper authority.

10.02 **Private Fire Protection Service** - The following pertains to the use of District facilities for private fire protection systems:

10.02.01     **Payment of Cost** - The applicant for private fire protection service shall pay the total actual cost of installation of the service from the distribution main to the service location including the cost of a detector check meter or other suitable and equivalent device, valve and meter box, said installation to become the property of the District.

10.02.02    **No Connection to Other System** - There shall be no connection between this fire protection system and any other water distribution system on the premises.

10.02.03    **Use** - There shall be no water used through the fire protection service except to extinguish fires and for testing the fire fighting equipment.

10.02.04    **Charges for Water Used** - Any consumption recorded on the meter will be charged as provided in District Resolution except that no charge will be made for water used to extinguish fires where such fires have been reported to the fire department.

10.02.05    **Monthly Rates** - The monthly rates for private fire protection shall be established from time to time by Resolution of the Board of Directors.

10.02.06    **Water for Fire Storage Tanks** - Occasionally water may be obtained from a private fire service for filling a tank connected with the fire service, but only if written permission is secured from the District in advance and an approved means of measurement is available.

10.02.07    **Violation of Agreement** - If water is used from a private fire service in violation of the agreement or this Resolution, the District may, at its option, discontinue and remove the service.

10.02.08    **Meter** - If the District does not require a meter, and if water is used through a fire service connection for any other purpose than extinguishing of fires, the District shall have the right to place a meter on the fire service connection at the owner's expense, or disconnect the entire water supply from such premises, in addition to any and all other civil and criminal remedies available by law.

10.02.9    **Additional Service** - The District shall have the right to take a domestic, commercial or industrial service connection from the fire service connection at the curb to supply the same premises as those to which the fire service connection belongs.  The Board shall also have the right to determine the proportion of the installation costs properly chargeable to each service connection, if such segregation of costs shall become necessary.

10.02.10    **Backflow Prevention Device** - Shall be installed on all fire service connections of a type approved by the National Board of Fire Underwriters, which shall be equipped with a by-pass meter at the expense of the owner of the property.

10.02.11    **Water Pressure and Supply** - The District assumes no responsibility for loss or damage due to lack of water or pressure, either high or low, and merely agrees to furnish such qualities and pressures as are available in its general distribution system. The service is subject to shut-downs and variations required by the operation of the system.

## SECTION 11.  CROSS-CONNECTION CONTROL

11.01 **Cross-Connections** - The purpose of this Section is to protect the public potable water supply system of the Hornbrook Community Service District by establishing a Cross Connection Control Program to effect the control of cross connections, actual or potential, thereby isolating within the customer's private water system or internal piping, contaminates or pollutants which could backflow or back siphon into the District's water supply system.

The regulations relating to cross connections as established in the California Administrative Code, Title 17, and as amended from time to time, insofar as these regulations are applicable to the protection of water supply of this District are hereby adopted, incorporated herein by reference and made a part hereof.

11.02    **Determination of Cross-Connection** - Upon the determination by the District that a backflow prevention device is required in the customer's private piping system for the safety of the public water supply system, the customer shall immediately install such a device in the manner and location prescribed by the District at his or her own expense.

11.03    **Failure to Install Prescribed Device** - Failure to install said device as prescribed shall constitute grounds for discontinuance of water service to the premises. No water service shall be installed or maintained by the District to any premises on which there exists or there is suspected to exist cross-connection between the public water supply and other piping, fixtures, appliances, equipment, drains or any system which might cause contamination or pollution through backflow or back-siphonage, unless such service is protected by the installation of

a backflow prevention device acceptable to the District.

11.04   **Installation, Inspection, Testing and Maintenance** - All backflow prevention devices shall be inspected and tested at least annually for proper operation.   Inspection and testing shall be performed by a certified backflow testers, as approved by the County of Siskiyou, certified to test and repair backflow prevention devices.   The results of each test including repairs, shall be reported on a form provided by the District.

11.04.01   **Repair of Defective devices** - In the event that the device is found to be defective, the customer shall cause the necessary repairs and/or replacement to be made at his or her expense.   The owner shall have an acceptance test performed after repairs and/or replacements have been made to confirm proper operation of the device.   All annual inspections, testing, acceptance tests after installation, repair and/or replacement costs shall be at the expense of the owner.

11.04.02   **No service unless properly protected** - A water service connection to any premise shall not be installed or maintained unless the public water supply system is protected in accordance with the laws of the State of California and this Resolution.   If a backflow prevention device has not been installed, tested and maintained in accordance with the provisions of this Resolution, or if a backflow prevention device has been removed or bypassed, or if an unprotected cross connection exists on the premise, water service shall be discontinued and not restored until such conditions or defects have been corrected.

11.04.03   **Installation Required** - Upon the determination by the District that backflow prevention device is required on a customer's water service line, it shall be installed immediately behind the meter and before the first branch line leading off the service line.

11.05   **Cross-Connection Control Criteria** - Criteria examined to determine whether a backflow prevention device is required shall include, but not be limited to, the following:

11.05.01   **Auxiliary Water Supply** - A premise being or to be served with water by the District having an auxiliary water supply of a quality which is not acceptable to the District as an additional source.

11.05.02   **Industrial Hazards** - A premise on which industrial

## Section II (Cross-Connection Control)

## Amended

    11.04.04   **Notification** – The District shall notify the property owners who are required to have a cross-connection device annually to remind them of this policy and their responsibility to provide proof of a cross-connection inspection to the district by a specific date.

    11.04.05   **Inspection by the District** – If the property owner does not provide an inspection report by the date specified in section 11.04.04, the District is authorized to hire a cross-connection inspector and bill the customer accordingly.  A copy of the inspection report will be provided with the bill.

If the cross-connection control device is not installed or fails the inspection, the customer will be notified and be allowed to fix the problem by a certain date.  If the problem is not rectified by that date, water will be disconnected according to section 11.04.02 and 11.09.

    11.07.01   **Vacant Properties** – Properties that once required a cross-connection device, but are currently vacant will not be required to be inspected, but water service to those properties will be disconnected.

Upon reconnection, a cross-connection control inspection will be required and all deficiencies will be remedied.

fluids, or other objectionable substances, are being handled in a manner that creates an actual or potential hazard to the public water supply.

11.05.03     **Inspection Not Possible** - A premise whose internal piping system has cross-connections that cannot be corrected or controlled, or the system is not accessible for inspection to make a determination of the existence of a cross connection.

11.06 **Degree of Hazard** - The type of backflow prevention device required shall be based upon the degree of hazard existing upon the customer's premise. The degree of hazards is considered to be those defined as follows:

11.06.01     **Severe** - A cross-connection, actual or potential, involving a fluid, chemical or substance capable of causing death or the spreading of disease or illness.  These premises shall be isolated from the public water supply system by an approved Air Gap.

11.06.02     **Moderate** - A cross-connection, actual or potential within a customer's piping system handling potable water which has a high probability of becoming contaminated with any substance.  Under these conditions the public water supply system shall be protected by an approved Reduced Pressure Principle Device.

11.06.03     **Minor** - A cross-connection, actual or potential within a customer's piping system which has a low probability of becoming contaminated with a substance which would be aesthetically objectionable if introduced into the public water supply system shall be protected by an approved Double Check Valve assembly.

11.07 **Typical Facilities** -

| | |
|---|---|
| Sewage Plants | Air Gap |
| Sewage Lift Stations | Reduced Pressure Device |
| Mortuaries | Reduced Pressure Device |
| Hospitals | Reduced Pressure Device |
| Convalescent Homes | Reduced Pressure Device |
| Plating Plants | Reduced Pressure Device |
| Cooling Towers | Reduced Pressure Device |

| | |
|---|---|
| Air Conditioning (Chemical Pots) | Reduced Pressure Device |
| Cleaners | Reduced Pressure Device |
| Bottling Company | Reduced Pressure Device |
| Multi-storied Building (over 50' high) | Double Check Valve Device |
| Sprinkling Systems (Chemical entrained) | Double Check Valve Device |
| Mobile Home Parks | Double Check Valve Device |
| Mobile Home Parks (Sewer Line and Clean out Conditions) | Reduced Pressure Device |
| Steam Facilities | Reduced Pressure Device |

11.08 **Approved Devices** - The District shall maintain and make available a list of approved backflow prevention devices which may be installed for the protection of the public water supply system.

11.09 **Enforcement** - Service of water to any premise shall be discontinued by the District if a backflow prevention device required by the rules and regulations of the district is not installed, tested and maintained or if defects are found in the installed backflow prevention device or if it is found that a backflow prevention device has been removed or bypassed or if unprotected cross-connections exist on the premises. Service will not be restored until such condition or defects are corrected. The District representative assigned to inspect premises relative to possible cross connection hazards, shall carry proper credential of his or her office, upon exhibition of which, he or she shall have the right of entry during usual business hours to inspect any and all buildings and premises in the performance of his or her duty. This right of entry shall be a condition of water service in order to provide assurance that the continuation of service to the premises will not constitute a menace to health, safety and welfare to the people throughout the District's water system.

## SECTION 12.   CUSTOMER BILLING PROCEDURES

12.01 **Establish Rates and Charges** - The Board of Directors shall from time to time, by Resolution, establish rates, fees and charges for water and other service provided by the District.

12.02 **Charges** - Water charges shall begin when a water service connection is installed, and shall continue until the water service connection is removed.

12.03 **Liability for Water Used** - The property owner shall be held liable for water service until the District is notified in writing to remove the water service connection or to transfer the account to another property owner.

12.04 **Liens for Unpaid Bills** - All unpaid bills shall be made a lien against the property pursuant to these rules, regulations and California Water Code Section 31701.5, et. seq., or as otherwise authorized by law.

12.05 **Owner Liability** - The property owner shall be  responsible for all charges owed to the district whether or not the property owner actually lives on the premises, or signs the application for water service form.

12.06 **Billing Period** - The regular billing period will be monthly or as otherwise established by the District.

12.07 **Meter Reading** - Meters will be read as nearly as possible on the same day of each month.

12.08 **Billing of Separate Meters Not Combined** - Separate bills shall be rendered for each meter installation.

12.09 **Opening and Closing Bills** - Opening and closing bills for less than the normal billing period shall be pro-rated. Closing bills may be estimated by the District for the final period as an expediency to permit the customer to pay the closing bill at the time service is discontinued.

12.10 **Payment of Bills** - Bills for metered water service shall be rendered at the end of each billing period and are due and payable upon presentation.  If full payment is not received at the business office of the District on or before the 15th day after date of billing, the bill shall become past due and delinquent.

12.11 **Notice of Delinquent Status** - If a bill remains unpaid at the next billing cycle, a notice of termination will appear on the bill.  A reasonable attempt to personally notify by telephone or in person will be made not less than 48 hours prior to the disconnection date.  The notice of termination shall indicate the amount of delinquency, and the date and time by which the past due balance must be paid

to avoid discontinuance of service. The actual termination date shall not be less than fifteen calendar days following the mailing of the notice of termination. If the bill remains unpaid on the date specified, the service shall be discontinued the day specified. Notice of any delinquency in a tenant's account shall also be sent to the owner of the property with indication of the owner's liability.

12.12 **Suit** - All unpaid rates, fees, charges and penalties herein provided may be collected by suit.

12.13 **Costs** - Defendant shall pay all costs of suit in any judgment rendered in favor of District, including reasonable attorney's fees.

12.14 **Upon Vacating Premises** - Customers vacating the premises should so notify the District in writing two (2) business days prior to vacating the premises.


## SECTION 13.   COMPLAINTS AND DISPUTED BILLS

13.01 **Right to Meet** - Should a customer have a complaint with regard to the application of any provision of this Resolution, any resolution implementing this Resolution, or any complaint or dispute with regard to water service, or the accuracy of a bill for water service or other charges, the customer has the right to meet with the General Manager or his/her designee to discuss the dispute and present any evidence the customer has to support their position. In the case of disputes over bills, the customer shall be required to submit his/her complaint, request for a meeting or request for initiation of an investigation in writing not later than five (5) business days of his/her receipt of the disputed bill or not later than thirteen (13) calendar days of mailing of the notice of termination.

13.02 **Arrangement of Meeting** - To arrange such a meeting the customer shall contact the District office, either in writing or by telephone during normal business hours as may be set by the Board.

13.03 **Presentation of Evidence** - The customer may be accompanied by a friend, attorney, or other representative to meet with the General Manager, or his/her designee, and may present any evidence they may have to support their position.

13.04 **Unresolved Disputes** - If the customer is unable to resolve his or her dispute with the General Manager, or his/her designee, the customer may submit the complaint in writing within five (5) business days of the General Manger's decision, along with a full and detailed explanation to the Board for resolution, in accordance with Section 2.12 of this Resolution.

13.05 **Appearance Before the Board of Directors** - Upon submittal of a timely appeal, the customer may appear before the Board at the next regularly scheduled Board meeting by notifying the District Secretary not less than seven calendar days prior to the Board meeting in writing of the date he or she wishes to attend and the subject matter of the dispute.  The customer may then present the complaint and any evidence in support of his or her position and ask for a decision by the Board.

13.06 **Delays on Action** - The Board shall act promptly to resolve the dispute, but may delay a resolution of the dispute to a subsequent regular meeting in order to investigate the dispute or receive special reports related to the dispute.

13.07 **Further Delays** - Any further delays shall be freely and willingly agreed to by the customer.

13.08 **Decision of the Board** - The decision of the Board of Directors shall be final.  Should the Board not render a decision within sixty (60) calendar days of receipt of the appeal to the Board, this failure to act shall be deemed a denial of the requested action, unless the District has informed the complainant in writing of its intention to extend the resolution period.

13.09 **Meter Test Deposit** - Should a customer desire to have the water meter serving their premises tested, he or she shall first deposit an amount, as specified in District Resolutions, for testing of meters up to one (1") in size, and may be present when the meter is tested in the meter shop of the District or other test facilities.  Should the meter register more than one percent (1%) fast, the deposit will be refunded, but should the meter register less than one (1%) fast, the deposit will be retained by the District.

13.11 **Adjustment for Fast Meter Errors** - If a meter tested at the request of a customer is found to be more than one percent (1%) fast, the excess charges for the time service was rendered the customer requesting the test, or for a period of six months, whichever shall be the lesser, shall be refunded to the customer.

13.12 **Adjustment for Slow Meter Errors** - If a meter tested at the request of a customer is found to be more than ten percent (10%) slow, the District may bill the customer for the amount of the undercharge based upon corrected meter readings for the period, not exceeding six months, that the meter was in use.

13.13 **Non-Registering Meters** - If a meter is found to be not registering, the charges for service shall be based on the estimated consumption. Such estimates shall be made from previous consumption for a comparable period or by such other method as is determined by the District and its decision shall be final.

## SECTION 14.   DISCONNECTION FOR NONPAYMENT

14.01 **Disconnection for Non-Payment** - In accordance with Section 12, water service shall be discontinued if payment for water service is not made within fifteen (15) calendar days of the date of mailing the past due bill. At least forty-eight (48) hours prior to termination, the District will make a reasonable good faith attempt to notify the resident of the affected residential property by telephone or in person. At no time shall the District initiate the discontinuance of water service at a time when the District offices are closed, or on a Saturday, Sunday or legal holiday.

14.02 **Complaint Procedures for Disconnection** - Service disconnection for non-payment of bills shall be subject to the complaint procedures specified in Section 13.

14.03 **Refusal or Neglect to Pay Debt** - Any amount due is a debt to the District, and any person, firm or corporation failing, neglecting, or refusing to pay this debt may be subject to a civil action to recover any amounts due and/or to obtain any other relief authorized by law, from a court of competent jurisdiction.

14.04 **Lien Against Property for Non-Payment** - Any unpaid debt will be deemed a lien against the real property to which service is rendered as specified herein and California Water Code Section 31701.5 et seq., or as otherwise authorized by law.

14.05 **Service Charges for Violations** - If water service is discontinued for violation of any of the District's rules, regulations, resolutions or Resolutions,

service shall not be reinstituted until the violations have been corrected and all applicable security deposits, service charges, fees, and penalties, as provided for herein paid.

14.06 **Partial Payments** - A partial payment of a delinquent account may be accepted and credited to a customer's account, but such partial payment shall not be cause for removing the account from a delinquent status and shall not preclude the meter from being turned off for delinquency unless such partial payment is made pursuant to an amortization agreement authorized by the District pursuant to Section 14.07 of this Resolution.

14.07 **Authorization for Continuance of Service for Delinquent Accounts** - The General Manager, or his or her designee, may authorize continuation of service to a delinquent account if an amortization agreement or other arrangements satisfactory to the District have been established.

## SECTION 15.   ADDING DELINQUENT CHARGE TO TAX ROLL

15.01 **Report of Delinquent and Unpaid Charges** - A report of delinquent and unpaid charges for water and other services which remain unpaid and delinquent for sixty calendar days or more on July 1 of each year shall be prepared and submitted to the Board for consideration as tax liens.   The unpaid and delinquent charges listed in said report for each parcel of property shall be fixed at the amount listed in said report.

15.02 **Adoption and Filing of Report** - The secretary shall file with the County Assessor and the Board of Supervisors of the appropriate county, in the time and manner specified by the County Assessor and Board of Supervisors, a copy of such written report with a statement endorsed thereon over the signature of the secretary, that such a report has been adopted and approved by the Board of Directors and that the County Assessor shall enter the amount of such charges against the respective lots or parcels of land as they appear on the current assessment roll.

15.03 **Collection of Delinquent and Unpaid Charges** - The County Assessor shall include the amount of charges on bills for taxes levied against their respective lots and parcels of land and thereafter, the amount of such unpaid and delinquent charges shall be collected at the same time and in the same manner by

the same person as, together with and not separately from, the general taxes, if any, for the District or the County and shall be delinquent at the same time and thereafter be subject to the same delinquency penalties.

15.04 **Non-Exclusive Remedy** - No provision herein is intended to preclude the District from taking any other legal action to enforce payment of any unpaid debts to the District.

## SECTION 16.   DEFINITIONS OF CHARGES

16.01 **Charges** - The Board may from time to time establish, by resolution, any or all of the following types of charges, in accordance with this Section or any other provision of this Resolution.   The schedule of approved charges will be posted at the District Office.

16.02 **Administrative Charges** - The charges for returned checks, notary fees, and reproduction charges.

16.03 **Consumption Charge** - The consumption charge is the charge per thousand gallons for all water registered by the customer's water service meter.

16.04 **Delinquency Charges** - The charge added to each delinquent account at the time any amount becomes delinquent.   When a delinquency charge is made, such charge shall be added to the account as of the date the account becomes delinquent and the charge shall become part of the amount due as of that time.

16.05 **Disconnect Processing Charge** - The charge which covers the reasonable District costs of processing the past due accounts for disconnection.

16.06 **Disconnect/Reconnect Charge** - The charge or fee which covers the reasonable District costs of disconnection and reconnection of service connections which are in violation of the provisions of this Resolution.

16.07 **Fire Hydrant Installation Charge** - The charge for installation of Fire Hydrants as may be required.

16.08 **Fire Service Standby Charge** - The monthly standby charge per inch diameter of the district fire service meter.   Water use through this service shall be

limited to emergency fire requirements only.

16.09 **Inspection Charge** - Where a customer service connection or facility requires inspection by District personnel, the customer shall be charged for such inspection.

16.10 **Meter Test Charge** - The charge which covers the District costs for pulling, testing, and reinstalling the water meter to be tested.

16.11 **Plan Check Charge** - The charge incurred by the District in reviewing and inspecting water plans submitted to the District.

16.12 **Repair Charge** - The charge incurred by the District in repairing any damage to any District meters, water mains, water lines and/or any other appurtenances.

16.13 **Security Deposit Charge** - The charge which insures payment of minimum District charges, and which shall be deposited with the District with the completed application prior to commencement of water service to any property.

16.14 **Special Facility/Capacity Charge** - The charge required for development of limited service areas whenever Special Facilities, including, but not limited to, Booster Stations, Hydro pneumatic Stations and Pressure Regulators are required. The charge to be made to a Developer or Owner of land that is considered by the District to be within a limited service area shall be based upon the Developer's or Landowner's proportionate share of the cost for the installation of such Special Facility. Such proportionate share to be borne by the Developer or Landowner shall be based on the percentage of such development to the entire limited service area to be served by the Special Facilities; and the difference between the cost of facilities to serve the same number of acres or area under normal conditions and the cost of facilities to serve the acreage or area under special conditions at a higher cost.

16.15 **Availability of Service Charge** - The availability of service charge is the monthly availability charge applicable to all metered services.

16.16 **Unauthorized Use of Water Charge** - The charge imposed on any person, organization or agency for each unauthorized use of District water, or for tampering in any manner with any meter belonging to the District, where such

tampering affects the accuracy of such meter.

16.17 **Water Main Extension Charge** - The charge for the replacement or construction of the water main fronting on the property to be served.

16.18 **Water Service Connection Charges** - Regular - The charge for the type and size of water service meter or other connection desired and the cost of connection of a building or property to the District's water system, as determined by the Board of Directors. Such regular charge shall be paid in advance by applicant. Where there is no regular charge, the District may require the applicant to deposit an amount equal to the estimated cost of such service connections.

Water service connections during winter months, when excessive snow and frost conditions prevail, shall be at the option of the District. The applicant shall agree to pay additional cost plus ten percent (10%) if he or she wishes service under the above conditions. A deposit shall be required, based on an estimate of additional costs.

16.19 **Facility/Capacity Charges** - The water service connection charge for facilities/capacity based upon five separate categories including (A) storage; (B) supply; (C) transmission; (D) office and maintenance facilities; and (E) future storage and transmission facilities.

16.20 **Water Rights Charge** - Charges in lieu of delivery of water rights for new service connections, and any other charge necessary for the purchase of replacement water.

16.21 **Water System Design Charge** - A non-refundable charge required for checking plans provided for all main extensions, service connections and/or special facilities or for requiring the preparation of engineering plans and drawings by District personnel or consultants.

## SECTION 17. EFFECTIVE DATE

17.0  This Resolution shall become effective upon adoption.
APPROVED AND ADOPTED this 6th day of June, 2013.

Ayes:      3  Dave Book, H,Virginia, McMaster, & Virginia Pelsor
Noes:      0
Absent:    0

_Virginia Pelsor_
President of the Board of Directors

ATTEST:

_Helen McMaster_
Secretary to the Board of Directors

Vice president  to Board of Directors