IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY OLSON, | No. 2:21-CV-1482-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| ROBERT PUCKETT, SR., et al., | |
| Defendants. | |

   Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Plaintiff's motion, ECF No. 84, for leave to exceed the page limit for her brief in reply to Defendants' opposition to her motion for injunctive relief. Plaintiff's supporting declaration indicates that, due to recent inclement weather, among other reasons, she has not had sufficient time to edit her brief in such a way that it can be timely filed and not exceed the page limit. Plaintiff has not shown good cause to exceed the page limit, but has shown good cause for an extension of time, which the Court will grant sua sponte.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion, ECF No. 84, to exceed the page limit is denied;

2. The Court sua sponte grants Plaintiff an extension of time; and

3. Plaintiff may file a reply brief within 30 days of the date of this order.

Dated: May 2, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE