**SPINELLI, DONALD & NOTT**
A Professional Corporation
J. SCOTT DONALD, SBN: 158338
JEFFREY C. CHIAO, SBN: 236781
601 University Avenue, Suite 225
Sacramento, CA 95825
Telephone: (916) 448-7888
Facsimile:   (916) 448-6888

Attorneys for Defendants
ROBERT PUCKETT, SR., CLINT
DINGMAN, MICHELE HANSON,
MELISSA TUELLEDO and HORNBROOK
COMMUNITY SERVICES DISTRICT

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY R. OLSON,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT PUCKETT, SR., CLINT DINGMAN; MICHELE HANSON; MELISSA TUELLEDO; HORNBROOK COMMUNITY SERVICES DISTRICT; BRUCE'S TOWING/RADIATOR & DISMANTLING; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-1482-KJM-DMC (PS)<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO QUASH PLAINTIFF'S SUBPOENA TO PRODUCE DOCUMENTS TO HORNBROOK COMMUNITY SERVICES DISTRICT**<br><br>Date:          June 29, 2022<br>Time:          10:00 am<br>Courtroom:  304, 3rd Floor<br>Judge:        Hon. Dennis M. Cota<br><br>Complaint Filed: August 18, 2021<br>FAC filed: October 6, 2021<br>Trial Date:  TBD |

DEFENDANTS' NOTICE OF MOTION AND MOTION TO QUASH PLAINTIFF'S SUBPOENA TO PRODUCE
DOCUMENTS TO HORNBROOK COMMUNITY SERVICES DISTRICT

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

   **PLEASE TAKE NOTICE THAT** on June 29, 2022, at 10:00 a.m. or as soon thereafter as the matter may be heard before the Honorable Dennis M. Cota, in Courtroom 304, 3rd Floor of the United States District Court for the Eastern District of California, Defendant Hornbrook Community Services District will and does hereby move the Court to quash the subpoena issued by Plaintiff Olson to Defendant Hornbrook Community Services District on or about April 16, 2022.

   The motion is brought pursuant to the following grounds:

   1)  The Subpoena is facially invalid because it was not issued by an attorney or the Clerk of the Court.

   2)  Discovery is not permitted without a court order before the parties have conferred pursuant to Federal Rule of Civil Procedure 26(f).

   The motion is based on this Notice of Motion and accompany Memorandum of Points and Authorities, and the Declaration of Robert Puckett, Sr., and such other authorities, evidence, and argument as may be submitted in any reply or during the hearing.

Dated: May 9, 2022                              **SPINELLI, DONALD & NOTT**


                                                By ___/s/  Jeffrey Chiao_____
                                                      JEFFREY C. CHIAO
                                                      Attorney for Defendants
                                                      ROBERT PUCKETT, SR., CLINT
                                                      DINGMAN, MICHELE HANSON,
                                                      MELISSA TUELLEDO and HORNBROOK
                                                      COMMUNITY SERVICES DISTRICT

DEFENDANTS' NOTICE OF MOTION AND MOTION TO QUASH PLAINTIFF'S SUBPOENA TO PRODUCE
DOCUMENTS TO HORNBROOK COMMUNITY SERVICES DISTRICT