Kimberly R. Olson, In Pro Per
PO Box 243
Hornbrook, CA 96044
530-475-3669

FILED
MAY 31 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kimberly R. Olson,<br>　　Plaintiff,<br><br>vs.<br><br>Robert Puckett, Sr., et al,<br><br>　　Defendants, | Case No: 2:21-cv-01482-KJM-DMC<br><br>**DECLARATION OF MATTHEW POST IN SUPPORT OF REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:　　April 27, 2022<br>Time:　　10:00 a.m.<br>Room:　　304, 3rd floor<br>Judge:　　Hon. Dennis M. Cota |

## DECLARATION OF MATTHEW POST

I, Matthew Post, the undersigned, make the following declaration under penalty of perjury, and under the provisions of 28 USC §1746:

1. I am 77 years old, and I live at 15421 Hornbrook Rd., in Hornbrook, Siskiyou County California, which is within the boundaries of the Hornbrook Community Services District ("HCSD"), the agency that provides water service to my home. I have lived at this address for several years, and was living at this address with my Housemate, Jeff Sargent, during the problems with the HCSD water system in December of 2020, January of 2021, and July of 2021 - all of which I believe to be caused by the dramatic lack of competence of the people running the system.

2. About the middle of July, 2021, the Hornbrook Community Services District ("HCSD") delivered a letter saying to me that said the District would begin imposing severe water restrictions on our use of water. The letter was hand-delivered to our front door. At the time the letter about the water restrictions was delivered, something was wrong with the HCSD's water system, so there was almost no water coming out of the tap in the house, and at other times, there was no water at all. That problem began about the second week of July, 2021, and continued until almost the very end of July, 2021. During that time, I didn't think much about the water restrictions because there was no way to use 200 gallons in one day anyway.

3. The problems with the HCSD's water system and the lack of functioning water service to my home continued until the end of July, when a gigantic leak was discovered underground at the bottom of the main water line through town, just a couple of blocks from my home. The leak was featured on the local TV news, and the story showed HCSD President Robert Puckett ("Puckett") saying that the leak "might" have had something to do with the water problems, but that he blamed the lack of water on people who were suing the HCSD, and who were using too much water. Since I went by the site of the leak during the repairs, and saw that it created a small pond in just a little while after the pipe was dug up, I don't think that statement makes much sense, as it was obvious to me by looking at it that the leak was definitely the cause of the problem of no usable amount of water in the pipes coming down our street, and then going to my home. Puckett also stated that he did not give anyone working on the pipe permission to dig it up, or to repair it. The news story is archived at this web address: https://ktvl.com/news/local/amid-water-crisis-small-community-takes-matters-into-its-own-hands

4. Once the leak was fixed, which happened on the 27th or 28th of July, 2021, the water pressure and flow to my home was returned to normal, and there haven't been any incidents of no water since, except for those regular interruptions occurring when the HCSD would turn the system off for maintenance or other work - and after the HCSD put a "flow restrictor" onto my water meter. For months, the flow restrictor made it so that water would run fine for a few seconds, then just dribble out of the facets, so it was impossible to take a shower, or do laundry in anything approaching a normal way, or wash dishes even. Filling the bathtub didn't work either, since by the time it was full enough to bathe, the water was completely cold - which was much worse in the winter, too.

5. Once the big leak, and so the HCSD's water problem, was repaired, my household started living our normal lives again - until we started getting letters in August of 2021 from Robert Puckett, Clint Dingman ("Dingman"), and the HCSD about how we were supposedly violating the "water emergency" restrictions of 200 gallons, and that they would shut the water off unless we stopped using more than 200 gallons a day. This didn't make any sense to me, since the "water emergency" was caused by the leak in the HCSD's main water line, so once it was fixed, the "emergency" should have been over, and people allowed to go back to normal routines. I also told Puckett and Dingman repeatedly that there was something wrong with the meter and that they should fix it, but it took them months to do anything about that, and when they did, Clint broke part of the water meter, and the entire thing had to be replaced, and once

Declaration of Matthew Post - 2

that was done, there were not anymore problems on our side of the service - despite Puckett continuing to blame us for the HCSD's faulty equipment, and Dingman's lack of ability to properly diagnose and repair the water meter and its connections..

6. Both Puckett and Dingman were extremely defensive, hostile, and overbearing to me and my Housemate for many months on each occasion that I and/or my Housemate spoke to either or both of them, and during that time they refused to allow me any means to defend myself from their accusations, and also refused to show me any proof that I had actually violated any rules, or used "too much" water. I feel that I have been denied any kind of fair hearing, or my other rights under the laws, including the right to know exactly what I am accused of, and what proof Puckett and Dingman have against me. Because of that, my Housemate and I told the HCSD that we were considering suing them.

7. To this day, and <u>after nine months since the leak in the HCSD's main line was fixed</u>, I am unable to do anything about the way I have been treated because the HCSD wont hold public meetings of its Board of Directors, doesn't have an office, and keeps the water plant locked up all the time so you can't go in and talk to anybody about your water service - despite Clint Dingman living there. My Housemate and I have sent letters and spoken to HCSD President Robert Puckett about our concerns, but he does nothing to help us, and wont let us know when things will get better. I am attaching true copies of the two letters I sent the HCSD talking about all of these things, as well as the hardships that this unfair, and unwarranted behavior is causing my household.

10. I also know now that I am not "the only one complaining" as Puckett told me, because other people have been complaining too, but the HCSD and Puckett pretend like it isn't happening, hide things from the community, and wont hold any public meetings where people can speak directly with the Board to confront them over these things - and they don't bother to respond to letters, either, since they never responded to either of the two I sent.

11. It is crazy that this can be done in America to me and my household, and that there is no way for us to pay a fine, call the company and work something out, or whatever it takes to get normal water service like you can anywhere else I have ever lived.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and recollection. Executed on this 25 day of May, 2022, at Hornbrook, California.

By: *Matthew Post*
Matthew Post

Declaration of Matthew Post - 3

Hornbrook Water Board (H.D.S.C.)

P.O. Box 29

Hornbrook, CA, 96044

Post/Sargent Household

P.O. Box 282,

Hornbook, CA 96044

To whom it may concern,

Our house is one of the Hornbrook houses who have a *flow restrictor* attached to our water system. We have *allegedly* exceeded our water usage over the 200 gallons of water that we are entitled to daily. I say *allegedly* because we have not seen any proof of our overage, nor its quantity, and if we *did* use more than our share of water, it was unintentional, because we have tried to be very diligent about our water use.

Now, about this *flow restrictor*. We often have **no pressure at all!** This does not seem like something a flow restrictor should do. Water will flow from the faucet for about one minute, then pressure and flow drop to *ZERO!* Is it supposed to work that way?

This means that we can't: wash dishes; take showers; flush toilets; wash clothes. There is practically **NOTHING** we can do that involves water! One resident of our house, due to last summer's incredibly high temperatures, combined with the lack of **ALL** water from the town for WEEKS, developed eczema, a serious and painful disease of super dry skin that needs constant moisturizing, which is impossible without water, and this person may get very sick and probably have this disease for life. Our only source of showers is at a friend's house in Yreka, which means round trips of 30 miles, and with gas at over $4.00 per gallon makes these trips costly, and we can't afford to make these trips more than once every week or week-and-a-half.

Now, whether or not we did or didn't go over our limit, it was *accidental*, not on purpose. Still, we are being severely punished for a crime we may or may not have committed. What happened to *innocent until proven guilty?* Isn't that the law of the land? And if we *did* go over our limit, couldn't you give us a *reasonable* fine to pay and give us back our water and be done with this DRACONION penalty? You are literally *killing us!* And how long are we to suffer this penalty? Weeks? Months? When the well is finished? When will that be? March? April?

We can't live like this! This is too much to bear! We don't deserve this! We are being treated like CRIMINALS! We are considering suing the HCSD for this. Wouldn't you if you were us?

And since we are getting ZERO water, we are expecting to be billed $ZERO!

Matthew Post			January 18, 2022
15421 Hornbrook Road
Hornbrook, CA 96044

Dear HCSD,

As you know, we have had severe problems with our water since the flow restrictor was installed on our meter. We had diminishing pressure, and the meter indicated we had a leak somewhere in our system. After contacting HCSD many times, Clint came to check our water meter. Thank you for that.

HOWEVER....
Clint came out to inspect our water meter. A part broke while he was working on it, so the next day he installed a brand new meter. In the two days we've had the new meter, there has been NO SIGN of a leak in our system. We have been checking the meter several times per day to confirm this. We had scheduled (but then we canceled) a leak-detection company to check our system - the cost to us would have been approximately $600.

ALSO...
In the months since HCSD installed a flow restrictor on our meter, we've had an ongoing problem with our water pressure. Water would run at normal flow for about 10 seconds, then drop to a mere trickle, making it impossible to shower, wash dishes, or flush the toilet. After the new meter was installed, we've had constant pressure with no drop-off.

THEREFORE...
It now appears that:
1. We never really had a leak, even though the old meter indicated we did.

2. Because our pressure issues ended when the new meter was installed, the old meter must have been malfunctioning somehow.

The stress and discomfort we've lived through because of this were severe. We had several conversations with board members, and **in every instance we were told that the problem must be because of something we were doing. It was not.** Having a new meter installed solved both our problems (pressure and leak). If HCSD had addressed the problem when we first told you, two months of suffering could have been avoided. Frankly, your response was dismissive. We were told several times that we were the only customers complaining. The fact that we were the only ones should have told you that there really was a malfunction, since nobody else reported the same problems we were having.

Of course, this is all in the past now. We're not sure if there is anything to be done about the past two months we've been without water, but a two-month refund on our water bill would be appropriate.

Thank you for your time. We wanted the HCSD to know what happened here.

Matthew Post
15421 Hornbrook Road