Kimberly R. Olson, In Pro Per
PO Box 243
Hornbrook, CA 96044
530-475-3669

MAY 31 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
　　　DEPUTY CLERK

THE UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

Kimberly R. Olson,
　　　　Plaintiff,

vs.

Robert Puckett, Sr., et al,

　　　　Defendants,

Case No: 2:21-cv-01482-KJM-DMC

**DECLARATION OF RANDALL SCHEIMER IN SUPPORT OF REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Date:　　April 27, 2022
Time:　　10:00 a.m.
Room:　 304, 3rd floor
Judge:　　Hon. Dennis M. Cota

## DECLARATION OF RANDALL SCHEIMER

I, Randall Scheimer, the undersigned, make the following declaration under penalty of perjury, and under the provisions of 28 USC §1746:

1. I live at 339 Henley Hornbrook Rd., Hornbrook, Siskiyou County California, which is within the boundaries of the Hornbrook Community Services District ("HCSD"), the agency that provides water service to my home. I have several years of experience working on well drilling crews, as well as maintaining and operating a small community water system at a California State Park as the watermaster, although I am retired now, and not employed. Before making this Declaration, I reviewed the HCSD's water treatment and production records for the water plant for the months of June through November of 2021; the "Public Water System Inspection Report" of March 12, 2020 by the State Water resources Control Board; and, the electricity bills for the HCSD's three wells for several months of the years 2021 and 2022 - all of which have a power usage history graph on them that shows relative power draw for the past year from the date of the billing.

2. Since the middle of July, 2021, the Hornbrook Community Services District ("HCSD") has imposed water restrictions on my use of water that make it impossible for me to live my life in a normal way, or to properly protect my home from fire. Any violations of the

Declaration of Randall Scheimer - 1

water restrictions results in harassment and threats to turn the water off from HCSD President Robert Puckett, or from Clint Dingman, the HCSD's water system operator. I know several people in Hornbrook who got their water service taken away for minor violations (some of which were due to just leaks in piping), and they have not been allowed by the HCSD to ever get it back, so I am constantly afraid that a leaky toilet, or other incident will result in my water service being shut off, and that then I won't have any way to fight or appeal that shut off decision.

    3. The HCSD restrictions say that I am only allowed to use 300 gallons of water each day, and I am not allowed to "save up" any part of that water allotment from one day to the next, which makes it very hard to do loads of laundry over the weekend, for instance - particularly if there are several loads to do, and/or some large item loads such as bedding, blankets, or towels.

    4. The HCSD water restrictions also do not allow for <u>any</u> kind of outdoor watering, no matter how much water you save up. This means that I cannot enjoy the few flowering plants I keep in my yard, or get much fruit from the 30-40 year old standard pear trees around my home - which I usually am able to share with my neighbors who have nothing. In fact, I am barely able to keep these plants and trees alive by hauling in my own water from Yreka and other places, so I am concerned that if I can't keep them properly watered and green, that they will die, or at least be very fire-prone in the event of another fast-moving fire like the Klamathon Fire in 2018 - which was stopped across the street by my neighbors using garden hoses.

    5. Although the water was out except for a trickle for about two weeks towards the end of July last year, once some of my neighbors found and fixed the huge leak in the HCSD's main water line that runs down to the street to the end of our road (about three blocks away), and thence to the rest of the town on July 27 (at about 3:30 p.m.), the water pressure has been better than it ever has been since I moved to Hornbrook many years ago. I found out later that while the State had originally estimated a leak to have been about 17 gallons each minute, that the size of the hole, and its location at the bottom of the water system meant that the extreme pressure at that point was pushing out closer to 60 gallons each minute, so it is no wonder none of us had any water, since the HCSD is only a gravity-fed system, and there are no pumps that could (try to) compensate for the very large drop in line pressure caused by that much loss of water.

    6. By looking at the water production records of the water plant, as well as the Pacific Power bills for the electricity to operate the wells, I can say with absolute confidence that once that leak was fixed on July 27, 2021, the system integrity thus restored, and the storage tank filled that day and the next, that there was then <u>no longer any reason to continue with water restrictions</u> since there is nothing wrong with the HCSD well production at all - besides the fact

Declaration of Randall Scheimer - 2

that the HCSD has been shutting them down (in terms of overall total production) since last August, so keeping water from them from flowing into the system.  It is true that the HCSD wells need to be rotated each day for optimum performance, and to protect the wells themselves, but even the smallest of the HCSD wells produces more water than the town normally uses - except during the summer months - and that has always been the case since I have lived here (even right after the fire in 2018), up until the HCSD decided to declare the (in my professional opinion, looking at the HCSD's documentaion) baseless, and seemingly never-ending, "emergency" in July of 2021.

      7. Every time I have seen HCSD President Puckett since the leak was fixed, I have asked him why there are still restrictions in place, and when the emergency is going to be lifted.  His response has been, essentially, that the emergency will remain in place until the new well ("well #5") is completed and online, and that the amount of water the HCSD produces from the other wells doesn't have anything to do with it.

      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and recollection. Executed on this _17_ day of May, 2022, at Hornbrook, California.

By: *Randall Scheimer* (signature)
Randall Scheimer