IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY OLSON,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT PUCKETT, SR., et al.,<br><br>Defendants. | No. 2:21-CV-1482-KJM-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Plaintiff's motion for administrative relief pursuant to Eastern District of California Local Rule 233. See ECF No. 98. Defendants have not filed any opposition within the time allowed therefor under Local Rule 233(b) and the matter is now submitted for immediate decision without a hearing pursuant to Local Rule 233(c).

In her motion for administrative relief, Plaintiff seeks an extension of time to file a reply in support of her motion for summary adjudication. Good cause appearing therefor and given Defendants' lack of any opposition, Plaintiff's motion for administrative relief is granted. Plaintiff may file and serve her reply brief within 30 days of the date of this order. Thereafter,

/ / /

/ / /

/ / /

1

Plaintiff's motion for summary adjudication will stand submitted without oral argument pursuant to the Court's March 3, 2022, order.  See ECF No. 71.

        IT IS SO ORDERED.

Dated:  June 10, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE