**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIMBERLY OLSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT PUCKETT, SR., et al.,<br><br>　　　　　Defendants. | No.  2:21-CV-1482-KJM-DMC<br><br><br>ORDER |

　　　　Plaintiff, who is proceeding pro se, brings this civil action.  Pending before the Court are: (1) Plaintiff's motion for civil contempt, ECF No. 90; and (2) Defendants' motion to quash, ECF No. 91.  Both motions, which are now fully briefed, are set for a hearing before the undersigned in Redding, California, on June 29, 2022, at 10:00 a.m.

　　　　Pursuant to Eastern District of California Local Rule 230(g), the hearing scheduled for June 29, 2022, on both motions is hereby taken off calendar and the matters are submitted on the record and briefs without oral argument.

　　　　IT IS SO ORDERED.

Dated:  June 10, 2022

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1