# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

KIMBERLY OLSON,

    Plaintiff,

    v.

ROBERT PUCKETT, SR., et al.,

    Defendants.

No. 2:21-CV-1482-KJM-DMC

ORDER

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Plaintiff's motion for summary adjudication, ECF No. 68, Defendants' response thereto, ECF No. 87, and Plaintiff's reply, ECF No. 104.

Plaintiff's motion is procedurally premature. As Defendants note in their response, a motion to dismiss Plaintiff's complaint is currently pending. Thus, the pleadings are not settled, Defendants have not answered or presented their defenses, and the case is not yet at issue. A motion for summary judgment or adjudication filed at this stage in the proceedings results in uncertainty as to which allegations are in dispute and which are not making it impossible to evaluate which disputes might raise genuine issues of material fact. See Mohamed v. Jeppesen Dataplan, Inc., 579 F.3d 943, 961, n.9 (9th Cir. 2009); see also Vining v. Runyon, 99 F.3d 1056, 1058 (11th Cir. 1996) ("A premature decision on summary judgment impermissibly deprives the [defendants] of their right to utilize the discovery process to discover the facts

1 necessary to justify their opposition to the motion").

2 Because Plaintiff's motion for summary adjudication is premature procedurally
3 given that the case is not yet at issue, the Court will strike it from the docket.  The Court does so
4 without expressing any opinion as to the merits of Plaintiff's motion and without prejudice to
5 Plaintiff renewing her arguments at an appropriate time as ordered by the Court after Defendants
6 have filed an answer and the case has been scheduled.

7 Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for summary
8 adjudication, ECF No. 68, is stricken and terminated as a pending motion, without prejudice to
9 renewal at a later stage in the proceedings.

11 Dated:  August 16, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2