IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY OLSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT PUCKETT, SR., et al.,<br><br>　　　　Defendants. | No.  2:21-CV-1482-KJM-DMC<br><br><br>ORDER |

　　　　Plaintiff, who is proceeding pro se, brings this civil action.  Pending before the Court is Plaintiff's motion, ECF No. 110, for a 60-day extension of time to file objections to the Court's August 31, 2022, findings and recommendations.  Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to her disability, distance to the nearest law library in Oregon, and difficulties obtaining transportation, Plaintiff's motion is granted in part.  Plaintiff may file objections within 45 days of the date of this order.

　　　　IT IS SO ORDERED.

Dated:  September 13, 2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1