# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY OLSON, | No. 2:21-CV-1482-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| ROBERT PUCKETT, SR., et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Plaintiff's motion, ECF No. 124, for a 60-day extension of time to file objections to the Court's February 10, 2023, findings and recommendations. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to the distance from her home in Northern California to the nearest law library in Southern Oregon, as well as Plaintiff's disability, Plaintiff's motion is granted. The parties may file objections within 60 days of the date of this order.

IT IS SO ORDERED.

Dated:  February 27, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1