**SPINELLI, DONALD & NOTT**
A Professional Corporation
DOMENIC D. SPINELLI, SBN: 131192
J. SCOTT DONALD, SBN: 236781
601 University Avenue, Suite 225
Sacramento, CA 95825
Telephone: (916) 448-7888
Facsimile: (916) 448-6888

Attorneys for Defendants
ROBERT PUCKETT, SR., CLINT DINGMAN, MICHELE HANSON, MELISSA TUELLEDO and HORNBROOK COMMUNITY SERVICES DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY R. OLSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ROBERT PUCKETT, SR., CLINT DINGMAN; MICHELE HANSON; MELISSA TUELLEDO; HORNBROOK COMMUNITY SERVICES DISTRICT; BRUCE'S TOWING/RADIATOR & DISMANTLING; and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No.: 2:21-cv-1482-KJM-DMC (PS)<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL**<br><br><br>Complaint Filed: August 18, 2021<br>Trial Date:  TBD |

**TO ALL PARTIES, THEIR COUNSEL OF RECORD, AND TO THIS COURT:**

**NOTICE IS HEREBY GIVEN** that Counsel Jeffrey C. Chiao is no longer counsel for ROBERT PUCKETT, SR., CLINT DINGMAN, MICHELE HANSON, MELISSA TUELLEDO and HORNBROOK COMMUNITY SERVICES DISTRICT in this case. Please remove the following from your service list:

/ / /

**SPINELLI, DONALD & NOTT**
A Professional Corporation
JEFFREY C. CHIAO (SBN 236781)
601 University Avenue, Suite 225
Sacramento, CA 95825
T:    916.448.7888
F:    916.448.6888

The below listed counsel remain counsel of record for Defendants ROBERT PUCKETT, SR., CLINT DINGMAN, MICHELE HANSON, MELISSA TUELLEDO and HORNBROOK COMMUNITY SERVICES DISTRICT:

**SPINELLI, DONALD & NOTT**
A Professional Corporation
DOMENIC D. SPINELLI (SBN: 131192)
601 University Avenue, Suite 225
Sacramento, CA 95825
T:    916.448.7888
F:    916.448.6888

**SPINELLI, DONALD & NOTT**
A Professional Corporation
J. SCOTT DONALD (SBN: 158338)
601 University Avenue, Suite 225
Sacramento, CA 95825
T:    916.448.7888
F:    916.448.6888

Dated:  March 14, 2023                    **SPINELLI, DONALD & NOTT**

                                          By:  /s/ J. Scott Donald
                                                DOMENIC D. SPINELLI
                                                J. SCOTT DONALD
                                                Attorney for Defendants

# PROOF OF SERVICE

COURT:        U.S. District Court, Eastern District of California
CASE NO.:     2:21-cv-1482-KJM-DMC (PS)
CASE NAME:    *Olson v. Puckett, Sr., et al.*

I am a citizen of the United States, employed in the County of Sacramento, State of California. My business address is 601 University Ave., Suite 225, Sacramento, CA 95825. I am over the age of 18 and not a party to the above-entitled action.

I am readily familiar with Spinelli, Donald & Nott's practice for collection and processing of correspondence for mailing with the United States Postal Service. Pursuant to said practice, each document is placed in an envelope, the envelope is sealed, the appropriate postage is placed thereon and the sealed envelope is placed in the office mail receptacle. Each day's mail is collected and deposited in a U.S. mailbox at or before the close of each day's business. (Code Civ. Proc., § 1013a(3) or Fed.R.Civ.P.5(a) and 4.1.),

On March 14, 2023, I caused the attached **NOTICE OF DISASSOCIATION OF COUNSEL** served via:

☒   MAIL--
Placed in the United States Mail at Sacramento, California in an envelope with postage thereon fully prepaid addressed as follows:

| Kimberly R. Olson<br>P.O. Box 243<br>Hornbrook, CA 96044 | **IN PRO PER** |
|---|---|

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on March 14, 2023, Sacramento, California.

　　　　　　　　　　　　　　　　　　/s/ *Kate Pirgaru*
　　　　　　　　　　　　　　　　　　Kate Pirgaru

SPINELLI, DONALD
& NOTT