IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY OLSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT PUCKETT, SR., et al.,<br><br>　　　　Defendants. | No.  2:21-CV-1482-KJM-DMC<br><br><br>ORDER |

　　　　Plaintiff, who is proceeding pro se, brings this civil action.  Pending before the Court is Plaintiff's motion, ECF No. 132, for a 45-day extension of time to file objections to findings and recommendations issued on February 10, 2023.  Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to the distance between her home in Northern California and the nearest law library in Medford, Oregon, as well as her physical disability and difficulty arranging transportation, Plaintiff's motion is granted.  Plaintiff shall file a first amended complaint within 45 days of the date of this order.

　　　　IT IS SO ORDERED.

Dated:  April 25, 2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1