IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY OLSON, | No. 2:21-CV-1482-KJM-DMC |
| Plaintiff, | |
| v. | <u>AMENDED ORDER</u> |
| ROBERT PUCKETT, SR., et al., | |
| Defendants. | |

      Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Plaintiff's motion, ECF No. 132, for a 45-day extension of time to file objections to findings and recommendations issued on February 10, 2023. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to the distance between her home in Northern California and the nearest law library in Medford, Oregon, as well as her physical disability and difficulty arranging transportation, Plaintiff's motion is granted. The court's April 26, 2023, order, ECF No. 134, is hereby amended to reflect that Plaintiff shall have an extension of 45 days from the date of that order to file objections to the court's February

/ / /

/ / /

/ / /

/ / /

10, 2023, findings and recommendations, ECF No. 123.[1]

        IT IS SO ORDERED.

Dated: May 3, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

---

[1] The April 26, 2023, order incorrectly referenced an extension of time to file a first amended complaint.