IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY R. OLSON,<br><br>           Plaintiff,<br><br>     v.<br><br>ROBERT PUCKETT, SR., et al.,<br><br>           Defendants. | No. 2:21-CV-1482-KJM-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. The Court's October 23, 2023, scheduling order is hereby modified at page 3, line 5, to reflect that dispositive motions shall be noticed for hearing by the assigned Magistrate Judge, <u>not</u> the District Judge as originally directed.

IT IS SO ORDERED.

Dated: October 24, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1