Kimberly R. Olson, In Pro Per
PO Box 243
Hornbrook, CA 96044
530-475-366

**FILED**
OCT 26 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

THE UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

Kimberly R. Olson,

    Plaintiff,

vs.

Robert Puckett, Sr.;, et al,

    Defendants,

Case No: 2:21-cv-1482-KJM-DMC (PS)

PLAINTIFF'S MEMORANDUM RE: SCHEDULING CONFERENCE OF OCTOBER 18, 2023

    Pursuant to this Court's Order of August 16, 2023 (ECF #138), Plaintiff Kimberly R. Olson ("Plaintiff") submitted a Request to Appear Telephonically for the scheduling conference held October 18, 2023 at 10:00 a.m.

    On October 17, 2023 Plaintiff, who must borrow her caregiver's laptop to access the internet at home, was sent an email by Clerk Erik Stewart with information that was supposed to allow her to call into the Scheduling Conference with the Court (see attached Exhibit A, with conference phone number 877-3336-1274, and associated code).

    However, when Plaintiff attempted to use the number provided in the email from Clerk Stewart at 9:50 am on October 18, 2023, she was unable to connect as instructed (instead being answered by some kind of energy company), and so called the Redding Courthouse directly, where she left a phone message explaining her problem, along with her phone number and a request for a return call. Plaintiff was never contacted in response.

Dated this 21st day of October, 2023

                                 Kimberly R. Olson, Plaintiff Pro Se

**CERTIFICATION OF SERVICE**

    I, Kimberly R. Olson, the undersigned Plaintiff in this matter, do hereby affirm under penalty of perjury that I served the foregoing document by US Mail upon the Defendants via their attorneys at the address below, and on the date listed.

J. Scott Donald
601 University Ave., Ste. 225
Sacramento, CA 95825

October 21, 2023

Dated this 21st October, 2023

                                 Kimberly R. Olson, Plaintiff Pro Se

Plaintiff's Memorandum Re: Request to Appear Telephonically - 1

# EXHIBIT A

# EXHIBIT A



**J Stewart** <estewart@caed.uscourts.gov>
To: kimberly olson <kimberlyrenee@yahoo.com>

Thank you Ms. Olson.

We can accommodate you by telephone. Please dial 877-3336-1274 and enter access code 5444373. This will connect you to the tel

The hearing begins at 10:00 a.m. Please dial in a few minutes prior to that time.


Erik Stewart
Law Clerk to Hon. Dennis M. Cota
(530) 246-5045

**From:** kimberly olson <kimberlyrenee@yahoo.com>
**Sent:** Monday, October 16, 2023 10:36 PM
**To:** J Stewart <EStewart@caed.uscourts.gov>
**Subject:** Re: Olson v. Puckett, et al., 2:21-cv-1482-KJM-DMC

**CAUTION - EXTERNAL:**


Mr. Stewart,

Thank you for your email. Please do not use any computer service to try and contact me. I am reliant upon friends for access to the ir by borrowing my caregiver's laptop IF he has it with him when he comes by my place, and that is at somewhat random times of the d

Please do use my home phone, which is 530-475-3669

Kimberly R. Olson

> On Monday, October 16, 2023 at 11:43:09 AM PDT, J Stewart <estewart@caed.uscourts.gov> wrote:
>
>
> I just wanted to confirm that this email address is a good address to use to send you a Zoom link for the scheduling conference set
> Judge grant your request to appear remotely. We can also accommodate your appearance by telephone if Zoom does not work fo
>
> Please let me know your preference for telephonic or Zoom appearance. I will then confer with the Judge and will let you know wl appearance is granted.
>
> Thank you.
>
>
> Erik Stewart
> Law Clerk to Hon. Dennis M. Cota
> (530) 246-5045

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clic