# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY OLSON,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT PUCKETT, SR., et al.,<br><br>Defendants. | No. 2:21-CV-1482-KJM-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is stipulation of the parties to stay proceedings, ECF No. 153. Good cause appearing therefor based on parties declaration indicating that a criminal matter pending in California Superior Court, Siskiyou County, Case Number SCCR – CRM – 2021 – 1214 – 1, <u>People v. Kimberly Renee Olson</u>, may have overlapping issues and Plaintiff indicated an interest in invoking her Fifth Amendment Privilege in response to Defendants' discovery requests, this action will be stayed. <u>See</u> ECF No. 153. The parties are instructed to file a joint status report within 60 days of this order and every 60 days thereafter until otherwise directed by the Court.

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED as follows:

    1. This action is stayed;

    2. Parties are instructed to file a joint status report within 60 days of this order and every 60 days thereafter until otherwise directed by the Court.

Dated: March 4, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE