IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY OLSON, | No. 2:21-CV-1482-DC-DMC |
| Plaintiff, | |
| v. | ORDER |
| ROBERT PUCKETT, SR., et al., | |
| Defendants. | |

        Plaintiff, who is proceeding pro se, brings this civil action. Upon initiation of this action, the Court issued an order directing the parties to submit a joint status report within 60 days of the Order and every 60 days thereafter. See ECF No. 154. A review of the docket reflects that the most recent status report was filed May 5, 2025. See ECF No. 155. To date, more than 60 days have elapsed since the filing of the first status report and parties have not filed a subsequent joint status report as ordered by the Court. Accordingly, the parties are directed to show cause in writing within 30 days of the date of this order why sanctions should not be imposed for failure to comply with the Court's order to file a joint status

/ / /

/ / /

/ / /

/ / /

1

report.  The filing of a joint status report within 30 days of the date of this order shall constitute a sufficient response to this order to show cause.

        IT IS SO ORDERED.

Dated:  July 14, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE