IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY OLSON,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT PUCKETT, SR., et al.,<br><br>    Defendants. | No. 2:21-CV-1482-DC-DMC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE |

Plaintiff, who is proceeding pro se, brings this civil action. Upon representation from parties that a pending state criminal action may impede parties' ability to conduct discovery in this case, on March 5, 2025, this Court issued a stay and ordered parties to file a joint status report within 60 days of that order and every 60 days thereafter. See ECF No. 154. On May 5, 2025, parties filed their first status report. See ECF No. 155. Parties failed to file a joint status report by July 5, 2025, and this Court issued an order to show cause to why sanctions should not be imposed for failure to comply with the Court's order. See ECF No. 156. That order to show cause states that the filing of a joint status report within 30 days of the order would constitute sufficient response such that the order to show cause would be discharged. See id. On August 14, 2025, Defendants filed a status report stating that the next state criminal proceeding is in October, and nothing has changed since the last status report. See ECF No. 157. Additionally, Defendants stated that Plaintiff failed to respond to requests to approve or modify the joint status report

1

prepared by Defendants. See id.

Finding Defendants' status report to be sufficient response to the order to show cause, the undersigned will discharge parties from the order to show cause. The Court reminds Plaintiff that both parties are responsible for filing a joint status report every 60 days, consistent with the March 5, 2025, order. Failure to work with the other party on a status report without notifying the Court would constitute a failure to comply with the Court's order, ECF No. 154, and sanctions may be imposed for failure to comply with a Court order.

Accordingly, IT IS HEREBY ORDERED that:

1. Parties are discharged from the order to show cause, ECF No. 156.

2. Parties are directed to file a joint status report within 60 days of this Order and every 60 days thereafter until otherwise directed by the Court.

Dated:  August 19, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE