IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY OLSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT PUCKETT, SR., et al.,<br><br>　　　　Defendants. | No.  2:21-CV-1482-DC-DMC<br><br>ORDER |

　　　　Plaintiff, who is proceeding pro se, brings this civil action. The Court will by this order set the matter for an initial scheduling conference.

　　　　Following a stay, which was lifted on November 7, 2025, parties were directed to file a joint status report by December 17, 2025. See ECF No. 160. Consistent with this Court's Order, Defendant filed a declaration stating that they were unable to get in contact with Plaintiff and requesting the Court set a scheduling conference so the matter may proceed. See ECF No. 161.

/ / /

/ / /

/ / /

/ / /

/ / /

1

1        The matter is set for an initial status/scheduling conference before the undersigned on February 25, 2026, at 10:00 a.m., via Zoom. On or before February 18, 2026, the parties shall meet and confer and file with the Court a <u>joint</u> scheduling conference statement consistent with Eastern District of California Local Rule 240(a).

       IT IS SO ORDERED.

Dated: December 19, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE